UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:17-CV-80495-MARRA

CONSUMER FINANCIAL PROTECTION BUREAU,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION; OCWEN MORTGAGE SERVICING, INC.; and OCWEN LOAN SERVICING, LLC,

    Defendants.

**ORDER ON JOINT MOTION FOR 1) EXTENSION OF TIME;
AND 2) ENLARGEMENT OF PAGE LIMIT**

THIS CAUSE came before the Court upon the Parties' Joint Motion for 1) Extension of Time; and 2) Enlargement of Page Limit (DE 25), and the Court having reviewed the Motion (DE 25) and being fully advised in the premises, hereby

ORDERS and ADJUDGES that the Motion (DE 25) is GRANTED.

1. The Court hereby:

    (a) extends the deadline for the filing of Defendants' Motion to Dismiss the Complaint or counts thereof and supporting memorandum;

    (b) extends any deadline for the filing of an answer to any count which Defendants may not move to dismiss;

    (c) extends the deadline for the filing of Plaintiffs' opposing memorandum;

    (d) extends the deadline for the filing of Defendants' reply memorandum; and

    (e) enlarges the page limits set forth in Local Rule 7.1(c)(2), all as follows:

| Pleading | Deadline | Page Limit[1] |
|---|---|---|
| Motion to dismiss | June 23, 2017 | 35 pages |
| Answer to any count for which dismissal is not requested | At the time any answer to the complaint may be required | n/a |
| Opposing memorandum | July 20, 2017 | 35 pages |
| Reply memorandum | August 4, 2017 | 15 pages |

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of June, 2017.

KENNETH A. MARRA
United States District Judge

Copies furnished to: All Counsel of Record

---

[1] In accordance with Local Rule 7.1(c)(2), title pages preceding the first page of text, "request for hearing" sections, signature pages, certificates of good faith conferences, and certificates of service shall not be counted as pages.