# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

Case No. 9:17-CV-80495- MARRA-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU
    Plaintiff,

vs.

OCWEN FINANCIAL CORPORATION,
OCWEN MORTGAGE SERVICING, INC., and
OCWEN LOAN SERVICING, LLC,
    Defendants.

_____/

## JOINT MOTION TO EXTEND THE DEADLINE TO CHOOSE A MEDIATOR

Plaintiff, the Consumer Financial Protection Bureau ("Bureau"), and Defendants, Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC (collectively, "Ocwen") (collectively with the Bureau, "Parties"), submit this Joint Motion to extend the Parties' deadline to choose a mediator.

Pursuant to the Court's June 19, 2017 Scheduling Order [DE 29], the Parties are required to choose a mediator and advise the Clerk's Office of their choice by today. Where the Parties are still in discussions about a potential mediator, they respectfully request a three-week extension until September 8, 2017 to agree upon a mediator.

Dated: August 18, 2017

Respectfully submitted,

Attorneys for Plaintiff
Consumer Financial Protection Bureau

ANTHONY ALEXIS
Enforcement Director

GABRIEL O'MALLEY
Acting Deputy Enforcement Director for Litigation

RICHA DASGUPTA
Acting Assistant Litigation Deputy

*/s/ Jean M. Healey*
Jean M. Healey
E-mail: jean.healey@cfpb.gov
Phone: 202-435-7514

Jan Singelmann
E-mail: jan.singelmann@cfpb.gov
Phone: 202-435-9670

Atur Desai
E-mail: atur.desai@cfpb.gov
Phone: 202-435-7978

Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722

Respectfully submitted,

*/s/ Sabrina M. Rose-Smith*
Bridget Ann Berry
**GREENBERG TAURIG LLP**
777 South Flagler Drive, Suite 300 East
West Palm Beach, FL  33401
Tel.:  561.650.7900
BerryB@gtlaw.com

Thomas M. Hefferon (*pro hac vice*)
Sabrina M. Rose-Smith (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Ave., NW
Washington, DC 20001
Tel.:  202.346.4000
thefferon@goodwinlaw.com
srosesmith@goodwinlaw.com

**Matthew P. Previn**
Buckley Sandler LLP
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Tel: 212.600.2310
mprevin@buckleysandler.com

*Attorneys for Defendants Ocwen Financial Corp., Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC*