UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:17-CV-80495-MARRA-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION
BUREAU,

       Plaintiff,

  v.

OCWEN FINANCIAL CORPORATION;
OCWEN MORTGAGE SERVICING, INC.;
and OCWEN LOAN SERVICING, LLC,

       Defendants.

## NOTICE OF MEDIATOR SELECTION

In accordance with this Court's Scheduling Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge [DE 29] and Order Granting Motion for Extension of Time to September 8, 2017 [DE 42], the Parties hereby notify the Court that they have selected mediator David Lichter.

Dated: September 8, 2017

Respectfully submitted,

Attorneys for Plaintiff
Consumer Financial Protection Bureau

ANTHONY ALEXIS
Enforcement Director

GABRIEL O'MALLEY
Acting Deputy Enforcement Director for Litigation

RICHA DASGUPTA
Acting Assistant Litigation Deputy

/s/ Jean M. Healey
Jean M. Healey
E-mail: jean.healey@cfpb.gov
Phone: 202-435-7514

Jan Singelmann
E-mail: jan.singelmann@cfpb.gov
Phone: 202-435-9670

Atur Desai
E-mail: atur.desai@cfpb.gov
Phone: 202-435-7978

Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722

s/ Sabrina M. Rose-Smith
Bridget Ann Berry
**GREENBERG TRAURIG, P.A.**
777 South Flagler Drive, Suite 300 East
West Palm Beach, FL  33401
Tel.:  561.650.7900
BerryB@gtlaw.com

Thomas M. Hefferon (*pro hac vice*)
Sabrina M. Rose-Smith (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Ave., NW
Washington, DC 20001
Tel.:  202.346.4000
thefferon@goodwinlaw.com
srosesmith@goodwinlaw.com

*Attorneys for Defendants Ocwen Financial Corp., Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing were served on September 8, 2017, on all counsel or parties of record on the following Service List via CM/ECF.

/s/ Jean Healey
Jean Healey

SERVICE LIST

*Attorneys for the Defendants*:

**Bridget Ann Berry**
Greenberg Traurig, P.A.
777 South Flagler Drive, Suite 300
West Palm Beach, Florida 33401
Tel: 561.650.7900
Fax: 561.655.6222
BerryB@gtlaw.com, darschs@gtlaw.com, thomsonj@gtlaw.com,
WPBLitDock@GTLAW.com, whitfieldd@gtlaw.com, msheldon@goodwinlaw.com

**Thomas M. Hefferon**
**Sabrina M. Rose-Smith**
Goodwin Proctor LLP
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000
Fax: 202.346.4444
thefferon@goodwinlaw.com
srosesmith@goodwinlaw.com

**Matthew P. Previn**
Buckley Sandler LLP
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Tel: 212.600.2310
mprevin@buckleysandler.com