**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:17-CV-80495- MARRA-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU
Plaintiff,

vs.

OCWEN FINANCIAL CORPORATION,
OCWEN MORTGAGE SERVICING, INC., and
OCWEN LOAN SERVICING, LLC,
Defendants.

___________________________________/

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Consumer Financial Protection Bureau respectfully submits this notice to advise the Court and defendants of recent authority concerning the constitutionality of the provision of the Bureau's organic statute permitting the President to remove the Bureau Director only for cause, an issue raised in defendants' pending motion to dismiss. On January 31, 2018, the D.C. Circuit, sitting en banc, issued the attached decision in *PHH Corp. v. CFPB*, No. 15-1177 (D.C. Cir.) (en banc). The D.C. Circuit held that the "provision of the Dodd-Frank Wall Street Reform and Consumer Protection Act shielding the Director of the CFPB from removal without cause is consistent with Article II." *PHH*, slip op. at 5. The court also addressed the constitutionality of the Bureau's funding—another issue raised by defendants—and held that "Congress can, consistent with the Appropriations Clause, create governmental institutions" that are funded

outside of "the ordinary appropriations process," and that the Bureau's funding source "has no constitutionally salient effect on the President's power." *Id.* at 39, 40.

Dated: February 5, 2018

Respectfully submitted,

Attorneys for Plaintiff
CONSUMER FINANCIAL PROTECTION BUREAU

KRISTEN DONOGHUE
Enforcement Director

CARA PETERSEN
Deputy Enforcement Director for Litigation

GABRIEL O'MALLEY
Assistant Litigation Deputy

/s/ Jean M. Healey
Jean M. Healey
E-mail: jean.healey@cfpb.gov
Phone: 202-435-7514

Jan Singelmann
E-mail: jan.singelmann@cfpb.gov
Phone: 202-435-9670

Atur Desai
E-mail: atur.desai@cfpb.gov
Phone: 202-435-7978

Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of this Notice were served on February 5, 2018, on all counsel or parties of record on the following Service List via CM/ECF.

/s/ Jean M. Healey_______

Jean M. Healey

SERVICE LIST

*Attorneys for the Defendants*:

**Bridget Ann Berry**
Greenberg Traurig, P.A.
777 South Flagler Drive, Suite 300
West Palm Beach, Florida 33401
Tel: 561.650.7900
Fax: 561.655.6222
BerryB@gtlaw.com, darschs@gtlaw.com, thomsonj@gtlaw.com, WPBLitDock@GTLAW.com, whitfieldd@gtlaw.com, msheldon@goodwinlaw.com

**Thomas M. Hefferon**
**Sabrina M. Rose-Smith**
Goodwin Proctor LLP
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000
Fax: 202.346.4444
thefferon@goodwinlaw.com
srosesmith@goodwinlaw.com

**Matthew P. Previn**
Buckley Sandler LLP
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Tel: 212.600.2310
mprevin@buckleysandler.com