UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CONSUMER FINANCIAL PROTECTION
BEREAU,

        Plaintiff,

        v.

OCWEN FINANCIAL CORPORATION,
INC.; OCWEN MORTGAGE SERVICING,
INC.; and OCWEN LOAN SERVICING,
LLC,

        Defendants.

Case No. 9:17-cv-80495-KAM

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Catalina E. Azuero, from the law firm of Goodwin

Procter LLP, hereby enter my appearance as counsel of record on behalf of OCWEN Financial

Corporation, Inc., OCWEN Mortgage Servicing Inc., and OCWEN Loan Servicing, LLC, defendants

in the above- captioned action in accordance with Local Civil Rule 11.1(d)

and request that copies of all papers in this action be served upon me at the address set forth below. I

certify that I am admitted to practice before this Court.

        Respectfully submitted,

        */s/ Catalina E. Azuero*
        *Catalina E. Azuero, Esq.*
        *Florida Bar No. 821411*
        **Goodwin Procter LLP**
        100 Northern Avenue
        Boston, MA 02210
        M: 617-570-1000
        F:  617-523-1231
        cazuero@goodwinlaw.com

        *Attorney for Defendants OCWEN Financial Corporation, Inc., OCWEN*
        *Mortgage Servicing Inc., and OCWEN Loan Servicing, LLC.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served on February 22, 2018, on all counsel or parties of record via CM/ECF System (Notice of Electronic Filing generated by CM/ECF System).


/s/ Catalina E. Azuero
Catalina E. Azuero, Esq.