UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:17-CV-80495-MARRA-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION,
OCWEN MORTGAGE SERVICING, INC., and
OCWEN LOAN SERVICING, LLC,

    Defendants.
_____/

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, third-party movant Altisource Solutions, Inc. submits this corporate disclosure statement. Altisource Solutions, Inc. is a wholly-owned subsidiary of Altisource Portfolio Solutions, Inc. Altisource Portfolio Solutions, Inc. is a wholly owned subsidiary of Altisource S.à r.l. Altisource S.à r.l. is a wholly-owned subsidiary of Altisource Portfolio Solutions S.A., which is a publicly traded company.

Dated: April 6, 2018                        Respectfully submitted,

                                                    /s/ Douglas C. Dreier
                                                    Douglas C. Dreier (Florida Bar No. 104985)
                                                    GIBSON, DUNN & CRUTCHER LLP
                                                    1050 Connecticut Avenue, N.W.
                                                    Washington, DC  20036
                                                    Telephone:   202.955.8500
                                                     Facsimile:   202.467.0539

                                                    *Attorney for Third-Party Movant Altisource*
                                                    *Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on April 6, 2018 via CM/ECF on all counsel or parties of record on the Service List below.

/s/ Douglas C. Dreier
Douglas C. Dreier (Florida Bar No. 104985)

## SERVICE LIST

Jean M. Healey
jean.healey@cfpb.gov
Jan Singelmann
jan.singelmann@cfpb.gov
Atur Desai
atur.desai@cfpb.gov
Tianna Baez
tianna.baez@cfpb.gov
James Savage
james.savage@cfpb.gov
Adam Cohen
adam.cohen@cfpb.gov
Lawrence Demille-Wagman
lawrence.demille-wagman@cfpb.gov
Erin Kelly
erin.kelly@cfpb.gov
Amanda Roberson
amanda.roberson@cfpb.gov
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street, N.W.
Washington, DC
Telephone: 202.435.7514
Facsimile: 202.435.7722

*Attorneys for Plaintiff*

Bridget Ann Berry
BerryB@gtlaw.com
Andrew Wein
weina@gtlaw.com
GREENBERG TRAURIG, P.A.
777 South Flagler Drive, Suite 300
West Palm Beach, FL  33401
Telephone: 561.650.7900
Facsimile: 561.655.6222

Thomas M. Hefferon
thefferon@goodwinlaw.com
Sabrina M. Rose-Smith
srosesmith@goodwinlaw.com
Catalina E. Azuero
cazuero@goodwinlaw.com
GOODWIN PROCTOR LLP
901 New York Avenue, N.W.
Washington, DC  20001
Telephone: 202.346.4000
Facsimile: 202.346.4444

Matthew P. Previn
mprevin@buckleysandler.com
BUCKLEY SANDLER LLP
1133 Avenue of the Americas, Suite 3100
New York, NY  10036
Telephone: 212.600.2310

*Attorneys for Defendants*