UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:17-CV-80495-MARRA-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION
BUREAU,

            Plaintiff,

v.

OCWEN FINANCIAL CORPORATION;
OCWEN MORTGAGE SERVICING, INC.;
and OCWEN LOAN SERVICING, LLC

            Defendants.

**PLAINTIFF'S MOTION TO SEAL ITS MOTION AND MEMORANDUM OF LAW TO COMPEL DEFENDANTS TO PRODUCE COMPLETE BORROWER SERVICING FILES (REQUESTS FOR PRODUCTION 8–10)**

Pursuant to L.R. 5.4(b), Plaintiff, the Bureau of Consumer Financial Protection ("Bureau"), seeks leave to file under seal portions of and Exhibits 1-13 to *Plaintiff's Motion and Memorandum of Law to Compel Defendants to Produce Complete Borrower Servicing Files (Requests For Production 8-10)* ("Motion to Compel").

In support of this motion, the Bureau states as follows:

1. Defendants have designated some or all of the information in Exhibits 1-13 as confidential pursuant to the Protective Order in place in this action (DE 51).
2. The Bureau refers to the information contained in these Exhibits in its Motion to Compel.
3. The Bureau seeks to file Exhibits 1-13 and portions of the Motion to Compel that reference information in these Exhibits under seal until: (1) Defendants withdraw the confidentiality designation for these Exhibits; or (2) the Bureau obtains a Court order that the attachments to the Exhibits are not confidential. At such time, the Bureau intends to file via CM/ECF its unsealed, unredacted Motion to Compel.

4. The Bureau met-and-conferred with counsel for Defendants, who consent to this motion.

For the foregoing reasons, the Bureau respectfully requests that the Court grant leave to file under seal Exhibits 1-13 and portions of the Motion to Compel that reference the information contained in those Exhibits.

Dated: October 1, 2018              Respectfully submitted,


                                    Attorneys for Plaintiff,
                                    BUREAU OF CONSUMER FINANCIAL PROTECTION

                                    JOHN C. WELLS
                                    Deputy Enforcement Director

                                    JAMES T. SUGARMAN
                                    Assistant Litigation Deputy

                                    /s Jean M. Healey
                                    Jean M. Healey
                                    E-mail: jean.healeydippold@cfpb.gov
                                    Phone: 202-435-7514

                                    Jan Singelmann        jan.singelmann@cfpb.gov
                                    Atur Desai            atur.desai@cfpb.gov
                                    Tianna Baez           tianna.baez@cfpb.gov
                                    Amanda Roberson       amanda.roberson@cfpb.gov
                                    Stephanie Brenowitz   stephanie.brenowitz@cfpb.gov
                                    Erin Mary Kelly       erin.kelly@cfpb.gov
                                    James Savage          james.savage@cfpb.gov
                                    Greg Nodler           greg.nodler@cfpb.gov
                                    Michael Posner        michael.posner@cfpb.gov

                                    1700 G Street NW
                                    Washington, DC 20552
                                    Facsimile: (202) 435-7722

## **CERTIFICATE OF GOOD FAITH CONFERENCE; CONSENTED-TO MOTION**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the Bureau has met-and-conferred with Defendants in good faith and the Defendants consent to this Motion.

/s Jean M. Healey
Jean M. Healey

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on October 1, 2018 via CM/ECF on all counsel or parties of record listed below:

**Attorneys for Defendants**

Bridget Ann Berry
BerryB@gtlaw.com
Andrew Stuart Wein
weina@gtlaw.com
GREENBERG TRAURIG, P.A.
777 South Flagler Dr., Suite 300
West Palm Beach, FL 33401
Telephone: 561-650-7900
Facsimile: 561-655-6222

Sabrina Rose-Smith
SRoseSmith@goodwinlaw.com
Catalina Azuero
CAzuero@goodwinlaw.com
Michelle Treadwell Briggs
MBriggs@goodwinlaw.com
Molly Madden
MMadden@goodwinlaw.com
Thomas Hefferon
THefferon@goodwinlaw.com
GOODWIN PROCTER, LLP
901 New York Ave., NW
Washington, D.C. 20001
Telephone: 202-346-4000
Facsimile: 202-346-4444

Matthew Previn
mprevin@buckleysandler.com
BUCKLEYSANDLER, LLP
1133 Ave. of the Americas, Suite 3100
New York, NY 10036
Telephone: 212-600-2310
Facsimile: 212-600-2405

/s/ Jean M. Healey
Jean M. Healey

3