**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

Case No. 9:17-CV-80495-MARRA-MATTHEWMAN

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN FINANCIAL CORPORATION, OCWEN MORTGAGE SERVICING, INC., and OCWEN LOAN SERVICING, LLC, <br><br> Defendants. | |

**DECLARATION OF CATALINA E. AZUERO IN SUPPORT OF OCWEN'S
OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION AND
RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
<u>REQUEST NOS. 8–10</u>**

I, Catalina Azuero, do hereby state as follows:

1. I am an attorney at the law firm Goodwin Procter, LLP and I am admitted as counsel for Defendants Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC ("Ocwen") in the above-captioned action (the "Action").

2. I make this Declaration based upon my personal knowledge in support of Ocwen's Opposition to the Consumer Financial Protection Bureau's ("Plaintiff") Motion to Compel Production and Responses to Plaintiff's First Request for Production, Request Nos. 8–10. If called as a witness, I could and would competently testify to the matters set forth herein.

3. Attached as <u>Exhibit 1</u> is a true and correct copy of excerpts of the transcript from the Court's August 9, 2018 hearing.

4. Attached as <u>Exhibit 2</u> is a true and correct copy of Plaintiff's Second Set of Requests for Production in this Action.

5. Attached as <u>Exhibit 3</u> is a true and correct copy of excerpts from a letter dated March 30, 2018, from myself to Jean M. Healey and Jan Singelmann at the Consumer Financial Protection Bureau.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 9, 2018                Respectfully submitted,

/s/ Catalina A. Azuero

Catalina E. Azuero (Fla. Bar No.: 821411)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA  02210
Tel.: 617.570.1000
cazuero@goodwinlaw.com

Thomas M. Hefferon (*pro hac vice*)
Sabrina M. Rose-Smith (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Ave., NW
Washington, DC 20001

1

Tel.: 202.346.4000
thefferon@goodwinlaw.com
srosesmith@goodwinlaw.com

Matthew P. Previn (*pro hac vice*)
**BUCKLEY SANDLER, LLP**
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Tel.: 212.600.2310
mprevin@buckleysandler.com

Bridget Ann Berry
Andrew Stuart Wein
**GREENBERG TRAURIG, P.A.**
777 South Flagler Drive, Suite 300 East
West Palm Beach, FL 33401
Tel.: 561.650.7900
berryb@gtlaw.com
weina@gtlaw.com

*Attorneys for Defendants Ocwen Financial Corp., Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served on October 9, 2018 via ECF on all counsel or parties of record listed below:

Jean Healey
Email: jean.healey@cfpb.gov

Jan Singelmann
E-mail: jan.singelmann@cfpb.gov

Atur Desai
E-mail: atur.desai@cfpb.gov

Tianna Baez
E-mail: tianna.baez@cfpb.gov

Amanda Roberson
E-mail: amanda.roberson@cfpb.gov

Erin Mary Kelly
E-mail: erin.kelly@cfpb.gov

James Savage
E-mail: james.savage@cfpb.gov

Stephanie Brenowitz
E-mail: stephanie.brenowitz@cfpb.gov

Greg Nodler
E-mail: greg.nodler@cfpb.gov

Adam Cohen
E-mail: adam.cohen@cfpb.gov

Lawrence DeMille-Wagman
E-mail: lawrence.wagman@cfpb.gov

Michael Posner
E-mail: michael.posner@cfpb.gov

                                              /s/ *Catalina E. Azuero*
                                              Catalina E. Azuero