IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-80495-MARRA/MATTHEWMAN

CONSUMER FINANCIAL
PROTECTION BUREAU,
        Plaintiff,

v.

OCWEN FINANCIAL CORPORATION,
OCWEN MORTGAGE SERVICING, INC., and
OCWEN LOAN SERVICING, LLC,

        Defendants.

FILED BY _____ D.C.

JAN 15 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### ORDER ADDING MOTION TO HEARING AND REQUIRING FURTHER CONFERRAL AND FILING OF JOINT NOTICE

**THIS CAUSE** is before the Court upon Plaintiff, Consumer Financial Protection Bureau's Motion for Leave to Take Additional Depositions. [DE 223]. This matter was referred to the undersigned upon an Order referring all discovery matters to the undersigned for appropriate disposition. *See* DE 29.

Upon careful review of the Motion [DE 223], it is hereby **ORDERED** as follows:

1. The Court has already set a hearing for Thursday, January 24, 2019, at 2:00 p.m. *See* DE 219. Therefore, in the interest of the efficient use of the Court's time and resources, the Court will also hear argument on the Motion for Leave to Take Additional Depositions [DE 223] at the hearing scheduled for **January 24, 2019** at 2:00 p.m.

2. In light of the upcoming hearing, the Court will expedite this matter. Defendants, Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC

1

are required to file their Response on or before Friday, January 18, 2019. If Plaintiff wishes to file a Reply, it must do so on or before Monday, January 21, 2019.

3. The Court has required that counsel for both Plaintiff and Defendants file a Joint Notice on or before January 22, 2019, advising the Court of Defendants' progress regarding production of the documents sought by Plaintiff pertaining to the 1.58 million loans and the costs of that production, Defendants' email production efforts, and whether there are any remaining discovery disputes. The parties are also **ORDERED** to further confer, either in person or by telephone, in good faith and for as long as necessary to address the instant discovery dispute. The parties shall include in the Joint Notice whether the discovery dispute has been resolved, and if not, what specific issues remain for determination by the Court and a brief recitation of the position of each party on the specific dispute.

**DONE and ORDERED** in Chambers this 15th day of January, 2019, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE