**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 9:17-CV-80495-MARRA-MATTHEWMAN**

CONSUMER FINANCIAL PROTECTION
BUREAU,

      Plaintiff,

v.

OCWEN FINANCIAL CORPORATION;
OCWEN MORTGAGE SERVICING, INC.;
and OCWEN LOAN SERVICING, LLC,

      Defendants.

## <u>NOTICE OF CHANGE OF FIRM NAME</u>

PLEASE TAKE NOTICE THAT effective January 17, 2019, Buckley Sandler LLP has

changed its name to Buckley LLP.  All future reference to the Firm should be to Buckley LLP.

The Firm's address and its lawyers' addresses, phone number, and fax numbers have not been

affected by this change.  However, the email addresses of the Firm attorneys have changed as

reflected in the signature block at the bottom of this Notice.

Dated:  January 23, 2019               Respectfully submitted,

                                      /s/ Andrew S. Wein
                                      Andrew S. Wein
                                      Bridget Ann Berry
                                      **GREENBERG TRAURIG, P.A.**
                                      777 South Flagler Drive, Suite 300 East
                                      West Palm Beach, FL  33401
                                      Tel.:  561.650.7900
                                      weina@gtlaw.com
                                      berryb@gtlaw.com

Thomas M. Hefferon (*pro hac vice*)
Sabrina M. Rose-Smith (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Ave., NW
Washington, DC  20001
Tel.:  202.346.4000
thefferon@goodwinlaw.com
srosesmith@goodwinlaw.com

Laura A. Stoll (*pro hac vice*)
**GOODWIN PROCTER LLP**
601 S. Figueroa Street
Los Angeles, CA  90017
Tel.:  213.426.2500
lstoll@goodwinlaw.com

Catalina E. Azuero (Florida Bar No. 821411)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA  02210
Tel.:  617.570.1000
catalinaazuero@goodwinlaw.com

Matthew P. Previn (*pro hac vice*)
**BUCKLEY LLP**
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Tel:  212.600.2310
mprevin@buckleyfirm.com

*Attorneys for Defendants Ocwen Financial Corp., Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on January

23, 2019 via ECF on all counsel or parties of record listed below:

Jean Healey
Email: jean.healey@cfpb.gov

Jan Singelmann
E-mail: jan.singelmann@cfpb.gov

Atur Desai
E-mail: atur.desai@cfpb.gov

Tianna Baez
E-mail: tianna.baez@cfpb.gov

Amanda Roberson
E-mail: amanda.roberson@cfpb.gov

Stephanie Brenowitz
E-mail: stephanie.brenowitz@cfpb.gov

Erin Mary Kelly
E-mail: erin.kelly@cfpb.gov

James Savage
E-mail: james.savage@cfpb.gov

Greg Nodler
E-mail: greg.nodler@cfpb.gov

Michael Posner
E-mail: michael.posner@cfpb.gov

Jack Douglas Wilson
E-mail:  doug.wilson@cfpb.gov

/s/ Andrew S. Wein
Andrew S. Wein

*WPB 384401853v1*

3