IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-80495-MARRA/MATTHEWMAN

CONSUMER FINANCIAL
PROTECTION BUREAU,
           Plaintiff,

v.

OCWEN FINANCIAL CORPORATION,
OCWEN MORTGAGE SERVICING, INC., and
OCWEN LOAN SERVICING, LLC,

           Defendants.

## ORDER SETTING HEARING AND REQUIRING FURTHER CONFERRAL AND FILING OF JOINT NOTICE

**THIS CAUSE** is before the Court upon Plaintiff, Consumer Financial Protection Bureau's Motion to Compel Defendants to Unredact Certain Remediation Reports [DE 227][1]. This matter was referred to the undersigned upon an Order referring all discovery matters to the undersigned for appropriate disposition. *See* DE 29. Defendants, Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC's have filed a Response to the Motion [DE 246][2]. Plaintiff filed its Reply [252][3]. Because the parties are unable to resolve this matter without Court intervention, it is hereby **ORDERED** that a hearing on Plaintiff's Motion to Compel Defendants to to Unredact Certain Remediation Reports [DE 227] shall be held as follows:

        DATE:        Wednesday, March 6, 2019
        TIME:        2:00 P.M.
        PLACE:      United States District Court

---

[1] The unredacted, sealed version of the Motion is docketed at DE 232.
[2] The unredacted, sealed version of the Response is docketed at DE 248.
[3] The unredacted, sealed version of the Reply is docketed at DE 254.

1

>701 Clematis Street
>West Palm Beach, Florida
>Courtroom: 6, Third Floor

In advance of the scheduled hearing, the Court directs that counsel for both Plaintiff and Defendants shall further confer, either in person or by telephone, in good faith and for as long as necessary to address each pending discovery dispute. Thereafter, the parties shall file, on or before **Friday, March 1, 2019**, a Joint Notice advising whether the discovery dispute has been resolved, and if not, what specific issues remain for determination by the Court and a brief recitation of the position of each party on the specific dispute.

**DONE and ORDERED** in Chambers this 5th day of February, 2019, at West Palm Beach, Palm Beach County in the Southern District of Florida.

>WILLIAM MATTHEWMAN
>UNITED STATES MAGISTRATE JUDGE