UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:17-CIV-80495-MARRA/MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU,

    Plaintiffs,

v.

OCWEN FINANCIAL CORPORATION, a Florida corporation; OCWEN MORTGAGE SERVICING, INC., a U.S. Virgin Islands corporation; and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,

    Defendants.

**UNOPPOSED NOTICE OF INTENT TO REQUEST,
AND MOTION/REQUEST FOR, REDACTION OF TRANSCRIPT
OF HEARING PROCEEDINGS HELD DECEMBER 20, 2018**

Please take notice that, in accordance with the January 23, 2019 notice of transcript availability [DE 240] and the February 14, 2019 Order [DE 262] granting Defendants' Unopposed Motion for an Extension of Time to File Notice of Intent to Request, and Motion/Request for Redaction of the Transcript of Hearing Proceedings Held December 20, 2018 [DE 260], Defendants, Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC (collectively, "Defendants" or "Ocwen"), hereby provide this notice of intent to request, and move for and request, that the transcript of the hearing proceedings held on December 20, 2018 before Magistrate Judge William Matthewman, 1-50 pages, Court Reporter: Dawn Savino (Whitmarsh) ("Court Reporter"), be redacted in part as

follows, as such material is designated as Protected Material pursuant to the Stipulated Protective Order entered in this action on December 15, 2017 [DE 51] (the "Protective Order"):

| Page: Line Start | Page: Line End |
|---|---|
| 7:2 (beginning at the fifth word, after "the") | 7:2 (ending at the fifth word, before "in") |
| 7:7 (beginning at the second word, after "The") | 7:7 (ending at the second word, before "figure") |
| 7:8 | 7:10 |
| 7:18 | 7:19 |
| 7:24 | 8:9 |
| 8:20 | 8:25 |
| 9:10 | 9:10 |
| 9:12 | 9:12 |
| 9:16 | 9:17 |
| 9:23 | 10:5 |
| 10:10 | 10:16 |
| 10:18 | 10:23 |
| 11:6 | 11:7 |
| 11:9 | 11:13 |
| 11:16 | 11:17 (ending at the fourth word, before "just") |
| 12:14 (beginning at the thirteenth word, after "loan") | 12:14 (ending at the thirteenth word, before "times") |
| 12:16 (beginning at the eleventh word, after "data") | 12:17 |
| 13:2 | 13:9 (ending at the seventh word, before "If") |
| 13:10 (beginning at the seventh word, after "Honor") | 13:13 (ending at the seventh word, before "what") |
| 13:24 (beginning at the sixth word, after "the") | 13:24 (through the remainder of the line) |
| 14:4 | 14:11 |
| 23:21 | 24:11 |
| 25:2 (beginning at the eleventh word, after "at") | 25:2 (through the remainder of the line) |
| 26:2 | 26:8 |
| 27:17 (beginning at the sixth word, after "estimating") | 27:17 (ending at the sixth word, before "Are") |
| 27:20 (beginning at the third word, after "$330,000") | 27:25 (ending at the ninth word, before "50,000") |
| 28:2 | 29:17 |
| 29:18 (beginning at the sixth word, after "cost") | 29:18 (through the remainder of the line) |

| Page: Line Start | Page: Line End |
|---|---|
| 29:19 | 31:6 |
| 31:8 | 31:8 |
| 31:13 (beginning at the sixth word, after "the") | 31:14 |
| 31:21 | 31:21 |
| 31:23 (beginning at the fourth word, after "323") | 32:10 |
| 32:16 | 32:17 |
| 32:21 (beginning at the second word, after "validation") | 33:13 |
| 33:22 (beginning at the second word, after "330-something") | 33:22 (through the remainder of the line) |
| 40:16 | 40:25 |
| 43:21 | 44:4 |
| 44:8 | 44:14 |

all as shown on the redacted transcript pages served on the parties and on the Court Reporter, but not filed with the Court.[1]

**CERTIFICATE OF GOOD FAITH CONFERENCE; NO OPPOSITION**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for Defendants has conferred with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, and counsel for Plaintiff **does not oppose the relief requested herein.**

---

[1] While filing does not appear to be required by any rule or order of this Court, Defendants request that the Court allow the filing of any redacted or un-redacted pages of the transcript in support of this Motion to be made under seal.

| | |
|---|---|
| Dated:  February 20, 2019 | Respectfully submitted,<br><br>/s/ Bridget Ann Berry<br>Bridget Ann Berry<br>Andrew S. Wein<br>**GREENBERG TRAURIG, P.A.**<br>777 South Flagler Drive, Suite 300 East<br>West Palm Beach, FL  33401<br>Tel.:  561.650.7900<br>weina@gtlaw.com<br>berryb@gtlaw.com<br><br>Thomas M. Hefferon (*pro hac vice*)<br>Sabrina M. Rose-Smith (*pro hac vice*)<br>**GOODWIN PROCTER LLP**<br>901 New York Ave., NW<br>Washington, DC  20001<br>Tel.:  202.346.4000<br>thefferon@goodwinlaw.com<br>srosesmith@goodwinlaw.com<br><br>Laura A. Stoll (*pro hac vice*)<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa Street<br>Los Angeles, CA  90017<br>Tel.:  213.426.2500<br>lstoll@goodwinlaw.com<br><br>Catalina E. Azuero (Florida Bar No. 821411)<br>**GOODWIN PROCTER LLP**<br>100 Northern Avenue<br>Boston, MA  02210<br>Tel.:  617.570.1000<br>catalinaazuero@goodwinlaw.com<br><br>Matthew P. Previn (*pro hac vice*)<br>**BUCKLEY LLP**<br>1133 Avenue of the Americas, Suite 3100<br>New York, NY 10036<br>Tel:  212.600.2310<br>mprevin@buckleyfirm.com<br><br>*Attorneys for Defendants Ocwen Financial Corp., Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC* |

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on February 20, 2019 via ECF on all counsel or parties of record listed below, and **the Notice and Motion, together with the redacted transcript, via email on Court Reporter Dawn Savino (Whitmarsh),** Dawn_Savino@flsd.uscourts.gov.

Jean Healey
Email: jean.healey@cfpb.gov

Jan Singelmann
E-mail: jan.singelmann@cfpb.gov

Atur Desai
E-mail: atur.desai@cfpb.gov

Tianna Baez
E-mail: tianna.baez@cfpb.gov

Amanda Roberson
E-mail: amanda.roberson@cfpb.gov

Stephanie Brenowitz
E-mail: stephanie.brenowitz@cfpb.gov

Erin Mary Kelly
E-mail: erin.kelly@cfpb.gov

James Savage
E-mail: james.savage@cfpb.gov

Greg Nodler
E-mail: greg.nodler@cfpb.gov

Michael Posner
E-mail: michael.posner@cfpb.gov

Jack Douglas Wilson
E-mail: doug.wilson@cfpb.gov

/s/ Bridget Ann Bery
Bridget Ann Berry