UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF FLORIDA WEST PALM BEACH DIVISION
C.F.P.B. VS. OCWEN FINANCIAL--CASE NO. 9:17-CV-80495
MARRA-MATTHEWMAN     MAY 7,2019

FILED BY PG D.C.
MAY 10 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D OF FLA. - MIAMI

### NOTICE OF VOLUNTARY DISMISSAL OF PRO SE COMPLAINT

1. COMES NOW Pro Se Patrick Farrell who filed a complaint that was scanned but not accepted.
2. I voluntarily dismiss my attempt at a lawsuit and ask the Clerk to not send me any more U.S. Mail notices.

### CERTIFICATE OF SERVICE

I hereby certify that a true correct copy was sent my U.S. Mail to; U.S. DIST. COURT 701 Clematis St # 438, West Palm Bch, FL 33401

WITHOUT PREJUDICE-U.C.C.-1-308

In Care of: _/s/ Patrick Farrell_ good as aval
authorized representative; farrell : patrick lorne -non negotiable autograph

p.farrell13@yahoo.com

11798 NW 181ST LN

ALACHUA,FL. 32615

352-575-3659



FOREVER USA
Barn Swallow

JACKSONVILLE FL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

33128-771699