**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:17-CV-80495

CONSUMER FINANCIAL PROTECTION BUREAU,
    Plaintiff,

vs.

OCWEN FINANCIAL CORPORATION,
    a Florida corporation,

OCWEN MORTGAGE SERVICING, INC.,
    a U. S. Virgin Islands corporation, and

OCWEN LOAN SERVICING, LLC,
    a Delaware limited liability company,

    Defendants.

---

## NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiff, the Consumer Financial Protection Bureau.

Date: May 14, 2019

*/s/ Shirley T. Chiu*
Shirley T. Chiu
Illinois Bar No.: 6296079
Special Bar No.: A5502530
Consumer Financial Protection Bureau
Office of Enforcement
1700 G Street, NW
Washington, D.C. 20552
shirley.chiu@cfpb.gov
(202) 435-7592