**Joanna Burke and John Burke**
46 Kingwood Greens Dr.,
Kingwood, TX, 77339
Tel: (281) 812-9591
Fax: (866) 705-5076
Email; kajongwe@gmail.com

May 10, 2019

```
FILED BY___ρρ⊂___ D.C.

    MAY 15 2019

    ANGELA E. NOBLE
    CLERK U.S. DIST. CT.
    S.D. OF FLA. – W.P.B.
```

**Clerk of Court**
United States District Court
Southern District of Florida
West Palm Beach Division
Paul G. Rogers Federal Building
and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401

For the attn of:
The Hon. Judge Kenneth A. Marra

Dear Hon. Judge Marra

**Civil Action No. 9:17-CV-80495**
**CONSUMER FINANCIAL PROTECTION BUREAU vs.**
**OCWEN FINANCIAL CORPORATION**

On Dec 27th 2018, we submitted a Motion to Intervene in the above styled case. It is recorded as Doc. 220, entered 4th January 2019, some 4 months ago.

To date, the motion[s] are pending and the case is moving towards trial. We are currently in litigation with Ocwen and require at least permissive intervention (24(b)) to obtain, at minimum, access to sealed documents that may help our own case, which is now on appeal to the Court of Appeals for the Fifth Circuit.

In support, we would cite the *Larry Flynt* intervention to unseal documents, which was granted on appeal to the US Court of Appeals for the 8th Cir., Case No. 14-1187 (2015).

1

A time is critical for our own appeal - as we may wish to include the documents recovered from the CFPB Florida case in our petition to the Fifth Circuit - your earliest assistance in this matter is respectfully requested.

Thanking you in advance.

Respectfully

*Joanna Burke*

**Joanna Burke & John Burke**
**Pro Se, Intervenor-Applicants**
46 Kingwood Greens Dr.,
Kingwood, TX, 77339
Tel: (281) 812-9591
Fax: (866) 705-5076
Email; kajongwe@gmail.com

*"The record seems to indicate that the district court believed Flynt failed to satisfy the commonality requirement of Rule 24(b) when it stated "[a] generalized interest in a subject of litigation does not justify intervention." However, where a party is seeking to intervene in a case for the limited purpose of unsealing judicial records, most circuits have found that "there is no reason to require such a strong nexus of fact or law." Beckman Indus., Inc. v. Int'l Ins. Co., 966 F.2d 470, 474 (9th Cir. 1992)... Accordingly, permissive intervention under Rule 24(b) is an appropriate procedural vehicle for non-parties seeking access to judicial records in civil cases..."*


**UNITED STATE**
**POSTAL SERVIC**



ITY MAIL
AT RATE
RE REQUIRED

# PRIORITY®
# MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major
  international destinations.
- Limited International Insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs
  declaration label may be required.

  * Domestic only



P S 0 0 0 0 1 0 0 0 0 1 4

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

---

05/10/2019      Mailed from 77339   062S0000001310

## PRIORITY MAIL 2-DAY™

JOANNA BURKE                          Expected Delivery Date: 05/13/19
46 KINGWOOD GREENS DR
KINGWOOD TX 77339-5339                        **0006**

Carrier -- Leave If No Response          C028

SHIP   CLERK O COUT
TO:    US DISTRICT COURT S DIST OF FLORIDA W PALM
       701 CLEMATIS ST
       RM 202
       WEST PALM BCH FL 33401-5113



**USPS TRACKING #**

9405 5036 9930 0003 4482 73

Electronic Rate Approved #038555749

TO:



---

* Domestic only.    * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.