UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:17-CV-80495-MARRA-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU,

        Plaintiff,

v.

OCWEN FINANCIAL CORPORATION; OCWEN MORTGAGE SERVICING, INC.; and OCWEN LOAN SERVICING, LLC

        Defendants.

## JOINT NOTICE REGARDING OCWEN'S MOTION TO COMPEL PRODUCTION OF A PRIVILEGE LOG

Pursuant to this Court's Order Adding Motions to Hearing and Filing of Joint Notice (DE 365), Plaintiff the Consumer Financial Protection Bureau ("Bureau") and Defendants, Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC ("Ocwen") (together, the "Parties"), hereby notify the Court that the Parties have conferred in good faith on May 29, 2019 and May 30, 2019, and the discovery dispute at issue in Ocwen's Motion to Compel Plaintiff Consumer Financial Protection Bureau to Produce a Privilege Log and Incorporated Memorandum of Law (DE 364) ("Motion") has been resolved.

Ocwen agrees that the Parties' agreement moots Ocwen's Motion, and the Bureau need not file an opposition to the Motion.

Accordingly, the Parties request that the Court vacate the hearing on the Motion scheduled for June 5, 2019.

Dated: May 30, 2019             Respectfully submitted,


                                Attorneys for Plaintiff,
                                BUREAU OF CONSUMER FINANCIAL PROTECTION

                                JOHN C. WELLS
                                Deputy Enforcement Director

                                JAMES T. SUGARMAN
                                Assistant Litigation Deputy

                                /s/ Jan Singelmann
                                Jan Singelmann
                                E-mail: jan.singelmann@cfpb.gov
                                Phone: 202-435-9670

                                Jean Healey              jean.healeydippold@cfpb.gov
                                Jan Singelmann           jan.singelmann@cfpb.gov
                                Atur Desai               atur.desai@cfpb.gov
                                Tianna Baez              tianna.baez@cfpb.gov
                                Amanda Roberson          amanda.robertson@cfpb.gov
                                Erin Mary Kelly          erin.kelly@cfpb.gov
                                James Savage             james.savage@cfpb.gov
                                Stephanie Brenowitz      stephanie.brenowitz@cfpb.gov
                                Greg Nodler              greg.nodler@cfpb.gov
                                Michael Posner           michael.posner@cfpb.gov
                                Jack Douglas Wilson      doug.wilson@cfpb.gov
                                Shirley T. Chiu          shirley.chiu@cfpb.gov

                                1700 G Street NW
                                Washington, DC 20552


                                /s/ Catalina Azuero
                                Thomas M. Hefferon (*pro hac vice*)
                                Sabrina M. Rose-Smith (*pro hac vice*)
                                Catalina E. Azuero (Florida Bar No. 821411)
                                **GOODWIN PROCTER LLP**
                                901 New York Ave., NW
                                Washington, DC 20001
                                Tel.: 202.346.4000
                                thefferon@goodwinlaw.com
                                srosesmith@goodwinlaw.com
                                cazuero@goodwinlaw.com

1

Catalina E. Azuero (Florida Bar No. 821411)
**GOODWIN PROCTER LLP**
100 Northern Ave
Boston, MA 02210
Tel.: 617.570.1348
cazuero@goodwinlaw.com

Bridget Ann Berry
**GREENBERG TRAURIG, P.A.**
777 South Flagler Drive, FL 33401
Tel.: 561.650.7900
BerryB@gtlaw.com

Matthew P. Previn (*pro hac vice*)
**BUCKLEY SANDLER, LLP**
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Tel.: 212.600.2310
*Attorneys for Defendants Ocwen Financial Corp., Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC*

2