UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

OF FLORIDA WEST PALM BEACH DIVISION

C.F.P.B. VS. OCWEN FINANCIAL--CASE NO. 9:17-CV-80495

MARRA-MATTHEWMAN MAY 28, 2019

FILED BY SHS D.C.
JUN 6 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF VOLUNTARY DISMISSAL OF PRO SE COMPLAINT

1. COMES NOW Pro Se Patrick Farrell who filed a complaint that was scanned but not accepted.

2. I voluntarily dismiss my attempt at a lawsuit and ask the Clerk to not send me any more U.S. Mail notices.

3. PLEASE STOP SENDING ME COPIES OF NOTICES AND ORDERS

## CERTIFICATE OF SERVICE

I hereby certify that a true correct copy was sent my U.S. Mail to;
U.S. DIST. COURT 701 Clematis St # 438, West Palm Bch, FL 33401

WITHOUT PREJUDICE-U.C.C.-1-308

In Care of: _[signature]_ good as aval

authorized representative; farrell : patrick lorne -non negotiable autograph

p.farrell13@yahoo.com

11798 NW 181ST LN

ALACHUA, FL. 32615

352-575-3659

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF FLORIDA WEST PALM BEACH DIVISION
C.F.P.B. VS. OCWEN FINANCIAL--CASE NO. 9:17-CV-80495
MARRA-MATTHEWMAN MAY 7,2019

### NOTICE OF VOLUNTARY DISMISSAL OF PRO SE COMPLAINT

1. COMES NOW Pro Se Patrick Farrell who filed a complaint that was scanned but not accepted.
2. I voluntarily dismiss my attempt at a lawsuit and ask the Clerk to not send me any more U.S. Mail notices.

### CERTIFICATE OF SERVICE

I hereby certify that a true correct copy was sent my U.S. Mail to; U.S. DIST. COURT 701 Clematis St # 438, West Palm Bch, FL 33401

**WITHOUT PREJUDICE-U.C.C.-1-308**

In Care of: _[signature]_ good as aval

authorized representative; farrell : patrick lorne -non negotiable autograph

p.farrell13@yahoo.com

11798 NW 181ST LN

ALACHUA,FL. 32615

352-575-3659

U.S. District Court - Southern District of Florida

Patrick Farrell
11798 NW 181st LN
Alachua, FL 32615

Case: 9:17-cv-80495-KAM  #353     2 pages        Fri May 10 10:54:39 2019

IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY

Note: This is NOT a request for information.

Do NOT include personal identifiers in documents filed with the Court, unless specifically permitted by the rules or Court Order. If you MUST include personal identifiers, ONLY include the limited information noted below:
- Social Security number: last four digits only
- Taxpayer ID number: last four digits only
- Financial Account Numbers: last four digits only
- Date of Birth: year only
- Minor's name: initials only
- Home Address: city and state only (for criminal cases only).

Attorneys and parties are responsible for redacting (removing) personal identifiers from filings. The Clerk's Office does not check filings for personal information.
Any personal information included in filings will be accessible to the public over the internet via PACER.

For additional information, refer to Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1. Also see the CM/ECF Administrative Procedures located on the Court's website www.flsd.uscourts.gov.

IMPORTANT: REQUIREMENT TO MAINTAIN CURRENT MAILING ADDRESS AND CONTACT INFORMATION

Pursuant to Administrative Order 2005-38, parties appearing pro se and counsel appearing pro hac vice must file, in each pending case, a notice of change of mailing address or contact information whenever such a change occurs. If court notices sent via the U.S. mail are returned as undeliverable TWICE in a case, notices will no longer be sent to that party until a current mailing address is provided.

IMPORTANT:  ADDITIONAL TIME TO RESPOND FOR NON-ELECTRONIC SERVICE

Additional days to respond may be available to parties serviced by non-electronic means. See Fed.R.Civ.P.6(d), Fed.R.Crim.P.45(c) and Local Rule 7.1(c)(1)(A). Parties are advised that the response deadlines automatically calculated in CMECF do NOT account for and may NOT be accurate when service is by mail.  Parties may NOT rely on response times calculated in CMECF, which are only a general guide, and must calculate response deadlines themselves.

See reverse side

Subject:Activity in Case 9:17-cv-80495-KAM Consumer Financial Protection Bureau v. OCWEN Financial Corporation, Inc. et al Clerks Notice of Docket Correction and Instruction to Filer - Attorney
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 5/10/2019 10:37 AM EDT and filed on 5/10/2019

Case Name: Consumer Financial Protection Bureau v. OCWEN Financial Corporation, Inc. et al

Case Number: 9:17-cv-80495-KAM

Filer:

Document Number: 353

353(No document attached)

Docket Text:
Clerks Notice to Filer re [351] SEALED
MOTION to Seal Exhibit to Its Notice. Sealed Document ; ERROR
- _Wrong Event Selected. It is not necessary to refile the document but future sealed/ex parte filings must be filed in accordance with the CM/ECF Administrative Procedures. (dj)

U.S. District Court - Southern District of Florida

```
======   Patrick Farrell
         11798 NW 181st LN
         Alachua, FL 32615

         ----------------------
         Case: 9:17-cv-80495-KAM  #354      4 pages       Fri May 10 11:54:38 2019
         ----------------------
```

IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY

Note: This is NOT a request for information.

Do NOT include personal identifiers in documents filed with the Court, unless specifically permitted by the rules or Court Order. If you MUST include personal identifiers, ONLY include the limited information noted below:
- Social Security number: last four digits only
- Taxpayer ID number: last four digits only
- Financial Account Numbers: last four digits only
- Date of Birth: year only
- Minor's name: initials only
- Home Address: city and state only (for criminal cases only).

Attorneys and parties are responsible for redacting (removing) personal identifiers from filings. The Clerk's Office does not check filings for personal information.
Any personal information included in filings will be accessible to the public over the internet via PACER.

For additional information, refer to Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1.
Also see the CM/ECF Administrative Procedures located on the Court's website www.flsd.uscourts.gov.

IMPORTANT: REQUIREMENT TO MAINTAIN CURRENT MAILING ADDRESS AND CONTACT INFORMATION

Pursuant to Administrative Order 2005-38, parties appearing pro se and counsel appearing pro hac vice must file, in each pending case, a notice of change of mailing address or contact information whenever such a change occurs. If court notices sent via the U.S. mail are returned as undeliverable TWICE in a case, notices will no longer be sent to that party until a current mailing address is provided.

IMPORTANT:  ADDITIONAL TIME TO RESPOND FOR NON-ELECTRONIC SERVICE

Additional days to respond may be available to parties serviced by non-electronic means.
See Fed.R.Civ.P.6(d), Fed.R.Crim.P.45(c) and Local Rule 7.1(c)(1)(A). Parties are advised that the response deadlines automatically calculated in CMECF do NOT account for and may NOT be accurate when service is by mail.  Parties may NOT rely on response times calculated in CMECF, which are only a general guide, and must calculate response deadlines themselves.

See reverse side

Subject:Activity in Case 9:17-cv-80495-KAM Consumer Financial Protection Bureau v. OCWEN Financial Corporation, Inc. et al Order on Sealed Motion
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 5/10/2019 11:33 AM EDT and filed on 5/10/2019

Case Name: Consumer Financial Protection Bureau v. OCWEN Financial Corporation, Inc. et al

Case Number: 9:17-cv-80495-KAM

Filer:

Document Number: 354

Docket Text:
ORDER granting [351] Defendants'
Motion to Seal Exhibit 1 to Its [352] Notice. Signed by Magistrate Judge William Matthewman on 5/10/2019. <I>See attached document for full details.</I> (kza)


9:17-cv-80495-KAM Notice has been electronically mailed to:
Amanda Christine Roberson
amanda.roberson@cfpb.gov, Cheryl.Goodwin@cfpb.gov

Andrew Stuart Wein
weina@gtlaw.com

Atur Ravi Desai
atur.desai@cfpb.gov

Bridget Ann Berry
BerryB@gtlaw.com, darschs@gtlaw.com, msheldon@goodwinlaw.com, thomsonj@gtlaw.com, whitfieldd@gtlaw.com, WPBLitDock@GTLAW.com

Catalina E Azuero

Service list page 1 only

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-80495-MARRA/MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, *et al.*,

    Defendants.



FILED BY _____ D.C.

MAY 10 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

CASE NO. 9:17-CV-80496-MARRA/MATTHEWMAN

OFFICE OF THE ATTORNEY GENERAL, THE STATE OF FLORIDA, Department of Legal Affairs,

and

OFFICE OF FINANCIAL REGULATION, THE STATE OF FLORIDA, Division of Consumer Finance,

    Plaintiffs,

v.

OCWEN FINANCIAL CORPORATION, *et al.*,

    Defendants.

1

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL EXHIBIT TO ITS NOTICE [DE 351]

**THIS CAUSE** is before the Court upon Defendants, Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC's ("Defendants") Motion to Seal Exhibit to Its Notice ("Motion") [DE 351]. This Court finds good cause to grant Defendants' Motion [DE 351] and notes that the Motion is unopposed.

**IT IS THEREFORE ORDERED** that the Clerk of the court shall seal Exhibit 1 to Ocwen's Notice pursuant to the Court's May 3, 2019 Omnibus Order on Discovery Motions[1] because Exhibit 1 contains confidential information.

**IT IS FURTHER ORDERED** that Exhibit 1 to Ocwen's Notice pursuant to the Court's May 3, 2019 Omnibus Order on Discovery Motions shall remain sealed until further order of the Court.

**DONE and ORDERED** in Chambers this 10th day of May, 2019, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Ocwen's Notice was filed on May 9, 2019. *See* DE 352.

2