UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80495-CIV-MARRA/MATTHEWMAN

CONSUMER FINANCIAL PROTECTION
BUREAU

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION;
OCWEN MORTGAGE SERVICING, INC.;
and OCWEN LOAN SERVICING, LLC

    Defendants.
_____/

## ORDER ON NOTICE OF VOLUNTARY DISMISSAL

This Cause is before the Court upon *pro se* Interested Party Patrick Farrell's Notices of Voluntary Dismissal of Pro Se Complaint (DE 355 & 399).

The Interested Party filed a notice of amici curiae in and for case no. 9:17-CV-80495 and case no. 9:17-CV-80496 as a Motion for Monetary Relief, stating his case was a perfect example of the Plaintiff Consumer Financial Protection Bureau's complaint. The Interested Party moved this Court to appoint Plaintiff herein counsel to get him relief. In his notice, the Interested Party attached his case and complaint filed in the Circuit Court and Twentieth Judicial District in and for Lee County, Florida.

The Interested Party explains his complaint was scanned but not accepted and indicates that he voluntarily dismisses his attempt at a lawsuit.

The Interested Party has twice filed a Notice of Voluntary Dismissal and has requested that he stop receiving copies of notices and orders. There has been no objection to either Notice of Voluntary Dismissal.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Clerk shall **DROP** Patrick Farrell as an interested party and cease sending him copies of notices and orders.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 25th day of June, 2019.

KENNETH A. MARRA
United States District Judge