*Intervenor : Applicant Burke, Texas : CFPB v Ocwen : Internal Ref: #RESTORETX*

John Burke and Joanna Burke
46 Kingwood Greens Dr
Kingwood, Texas 77339
Tel: 281 812 9591

FILED BY __CDG__ D.C.

AUG 02 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA,
### WEST PALM BEACH DIVISION

### Civil Action No. 9:17-CV-80495 (17-80495-CIV-MARRA)

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | APPLICANTS (INTERVENORS) NOTICE OF APPEAL |
| Plaintiffs, | |
| vs. | |
| OCWEN FINANCIAL CORPORATION, a Florida corporation, | |
| OCWEN MORTGAGE SERVICING, INC., a U. S. Virgin Islands corporation, | |
| and | |
| OCWEN LOAN SERVICING, LLC, a Delaware limited liability company, | |
| Defendants. | |

### APPLICANTS (INTERVENORS) NOTICE OF APPEAL

1

*Intervenor : Applicant Burke, Texas : CFPB v Ocwen : Internal Ref: #RESTORETX*

NOTICE IS HEREBY GIVEN that Joanna Burke and John Burke, Senior Citizens in the above-entitled case and hereby appeals to the United States Court of Appeals for the Eleventh District from the Order denying Intervention [Doc. 411], entered in this action on 3rd day of July, 2019 by United States Judge Kenneth Marra.

RESPECTFULLY submitted this 30th day of July, 2019.

*Joanna Burke*

_____
Joanna Burke / Harris County
State of Texas, Pro Se

*John Burke*

_____
John Burke / Harris County
State of Texas, Pro Se

46 Kingwood Greens Dr
Kingwood, Texas 77339
Phone Number: (281) 812-9591
Fax: (866) 705-0576
Email: kajongwe@gmail.com

*Intervenor : Applicant Burke, Texas : CFPB v Ocwen : Internal Ref: #RESTORETX*

# CERTIFICATE OF SERVICE

We, Joanna Burke and John Burke hereby certify that on July 30, 2019, we posted the attached document via USPS Priority Mail to the US District Court;

Clerk of Court
United States District Court
Southern District of Florida
West Palm Beach Division
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401

And also served copies to the following parties, by USPS Priority Mail:

## CFPB (Plaintiffs)

Anthony Alexis,
Enforcement Director
Cara Petersen,
Deputy Enforcement Director for Litigation
Gabriel O'Malley,
Assistant Litigation Deputy
Jean Healey
Senior Litigation Counsel

Jan Singelmann
Atur Desai
Tianna Elise Baez
Stephanie C. Brenowitz
Lawrence DeMille-Wagman
Erin Mary Kelly
Gregory Ryan Nodler
Michael Posner
Jack Douglas Wilson
James Joseph Savage
Amanda Christine Roberson

3

*Intervenor : Applicant Burke, Texas : CFPB v Ocwen : Internal Ref: #RESTORETX*

**Mailing Address:**
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*


### Office of Attorney General & Office of Financial Regulation (Plaintiffs)

Jennifer Hayes Pinder
Sasha Funk Granai

**Mailing Address:**
Office of Atty. Gen., State of Fla.,
Dept. of Legal Affairs
3507 East Frontage Road
Suite 325
Tampa, FL 33607


### OCWEN (Defendants)

Bridget Ann Berry
Andrew Stuart Wein

**Mailing Address:**
Greenberg Traurig
Phillips Point - East Tower
777 S Flagler Drive
Suite 300E
West Palm Beach, FL 33401

4

*Intervenor : Applicant Burke, Texas : CFPB v Ocwen : Internal Ref: #RESTORETX*

Thomas M. Hefferon (pro hac vice)
Sabrina M. Rose-Smith (pro hac vice)
Catalina Azuero
Michelle Treadwell Briggs
Molly Madden

**Mailing Address:**
GOODWIN PROCTER LLP
901 New York Ave., NW
Washington, DC 20001



Matthew Previn

**Mailing Address:**
BUCKLEYSANDLER, LLP
1133 Ave. of the Americas, Suite 3100
New York, NY 10036
*Attorneys for Defendants Ocwen Financial Corp.,*
*Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC*

PRESS FIRMLY TO SEAL



UNITED STATES POSTAL SERVICE® **Click-N-Ship**



| | |
|---|---|
| P | usps.com  9405 5036 9930 0071 7611 37 0073 5000 0053<br>$7.35<br>US POSTAGE<br>Flat Rate Env |
| 07/30/2019 | Mailed from 77339   062S000000 |

**PRIORITY MAIL 2-DAY™**

JOANNA BURKE
46 KINGWOOD GREENS DR
KINGWOOD TX 77339-5339

Expected Delivery Date: 08/

000

Carrier -- Leave if No Response    C028

SHIP TO:  CLERK OF COURT
U.S.DISTRICT COURT SOUTHERN DISTRICT OF
701 CLEMATIS ST
RM 202
WEST PALM BCH FL 33401-5113

**PRIORITY® MAIL**

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

**USPS TRACKING #**



9405 5036 9930 0071 7611 37

Electronic Rate Approved #038555749



EP14F Oct 2018


USPS.COM/PICKUP