# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

| PART I. | TRANSCRIPT ORDER INFORMATION |
|---|---|

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: CONSUMER FINANCIAL PROTECTION BUREAU vs OCWEN FINANCIAL CORPORATION, ET AL.

District Court No.: 17-80495-CIV-MARRA  Date Notice of Appeal Filed: 30 JULY 2019  Court of Appeals No.: _____
(If Available)

CHOOSE ONE:  ☐ No hearing  ☒ No transcript is required for appeal purposes  ☐ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

　　　　　　　　　　HEARING DATE(S)　　　JUDGE/MAGISTRATE　　　COURT REPORTER NAME(S)

☐ Pre-Trial Proceedings_____

☐ Trial_____

☐ Sentence_____

☐ Plea_____

☐ Other_____

FILED BY _____ D.C.
AUG 02 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## METHOD OF PAYMENT:

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: JOANNA BURKE AND JOHN BURKE
Name of Firm: PRO SE INTERVENORS
Street Address/P.O. Box: 46 KINGWOOD GREENS DR
City/State/Zip Code: KINGWOOD, TEXAS, 77339　　Phone No.: 2818129591

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: 30 JULY 2019　SIGNED: _____　Attorney for: INTERVENOR-APPLICANTS BURKE

| PART II. | COURT REPORTER ACKNOWLEDGMENT |
|---|---|

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received:_____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on:_____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days:_____  Estimated no. of transcript pages:_____  Estimated filing date:_____
DATE:_____ SIGNED:_____  Phone No.:_____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date):_____

Actual No. of Volumes and Hearing Dates:_____

Date:_____  Signature of Court Reporter:_____

**Joanna Burke and John Burke**
46 Kingwood Greens Dr.,
Kingwood, TX, 77339
Tel: (281) 812-9591
Fax: (866) 705-5076
Email; kajongwe@gmail.com

July 30, 2019

𝕮lerk of 𝕮ourt
United States District Court
Southern District of Florida
West Palm Beach Division
Paul G. Rogers Federal Building
and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401

For the attn of:
The Hon. Judge Kenneth A. Marra

Dear Hon. Judge Marra

**Civil Action No. 17-80495-CIV-MARRA**
**CONSUMER FINANCIAL PROTECTION BUREAU vs.**
**OCWEN FINANCIAL CORPORATION**

We received your lawless and unconstitutional Order [Doc. 411] which did not even have the common courtesy to refer to us, senior citizens, civilians, "non prisoners" and human beings, by our names at any time – which is a first from *any* court – and which is duly noted.

We now attach;

(i) Notice of Appeal.
(ii) Eleventh Circuit Information Transcript form.
(iii) Please advise where and whom the appeal fee should be made payable to when acknowledging and processing our appeal application.

1

Sincerely

*[signature: Joanna Burke JB]*

**Joanna Burke & John Burke**
**Pro Se, Intervenor-Applicants**
46 Kingwood Greens Dr.,
Kingwood, TX, 77339
Tel: (281) 812-9591
Fax: (866) 705-5076
Email; kajongwe@gmail.com

*"Man's inhumanity to man makes countless thousands mourn!*
*- Robert Burns, Scottish Poet.*