UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:17-CV-80495-MARRA-MATTHEWMAN

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN FINANCIAL CORPORATION, OCWEN MORTGAGE SERVICING, INC., and OCWEN LOAN SERVICING, LLC, <br><br> Defendants. | |

CASE NO. 9:17-CV-80496-MARRA/MATTHEWMAN

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL, THE STATE OF FLORIDA, Department of Legal Affairs, <br><br> and <br><br> OFFICE OF FINANCIAL REGULATION, THE STATE OF FLORIDA, Division of Consumer Finance, <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION
TO REOPEN AND COMPEL FACT DISCOVERY
FROM PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU [DE___]**

THIS CAUSE came before the Court upon Defendants Ocwen Financial Corporation's, Ocwen Mortgage Servicing, Inc.'s, and Ocwen Loan Servicing, LLC's (collectively "Defendants"), Motion to Reopen and Compel Fact Discovery from Plaintiff Consumer Financial Protection Bureau ("CFPB") [DE ____] ("Defendants' Motion"), and the Court having reviewed Defendants' Motion and being otherwise fully advised in the premises, hereby

**ORDERS AND ADJUDGES** as follows:

1. Defendants' Motion is **GRANTED**.

2. The CFPB shall be precluded from arguing or benefitting from an inference on any point as to which it cut off testimony during depositions on the grounds of a qualified privilege.

3. Defendants shall be permitted to depose CFPB witnesses for an additional four (4) hours on the following topics:

    a) Bureau preparation for and scoping of exams, including the 2014 Ocwen exams.

    b) Bureau requests for information.

    c) Use of consumer complaints in the Ocwen examination.

    d) Use of standards and threshold error rate in the Ocwen examination.

    e) How examinations conclude, generally and as to Ocwen in 2014.

    f) Bureau policies regarding elevation and remediation of an entity's violations.

    g) Borrowers' willingness to submit declarations.

    h) Methods of investigation, generally, and as to Ocwen.

    i)  How examiners determined the sample size and loans to be evaluated for Ocwen's September 2014 exam.

    j)  Implications of National Mortgage Settlement Consent Judgment's servicing standards on Ocwen's compliance obligations and coordination of Bureau and state agencies.

    k)  Examiner opinions and conclusions about Ocwen and whether they were communicated to Ocwen.

    l)  Why Ocwen was referred to the Action Review Committee.

    m)  Acting Director Mulvaney's declaration and suit ratification.

  **DONE and ORDERED** in Chambers this _____ day of August, 2019 at West Palm Beach, Palm Beach County in the Southern District of Florida.

                    _____
                     WILLIAM MATTHEWMAN
                     UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record