UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:17-CV-80495-MARRA-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU,

        Plaintiff,

v.

OCWEN FINANCIAL CORPORATION;
OCWEN MORTGAGE SERVICING, INC.;
and OCWEN LOAN SERVICING, LLC

        Defendants.

**PLAINTIFF'S MOTION TO SEAL EXHIBITS TO OPPOSITION TO DEFENDANTS' MOTION TO REOPEN DISCOVERY AND TO COMPEL FACT DISCOVERY AND INCORPORATED MEMORANDUM OF LAW**

    Pursuant to L.R. 5.4(b), Plaintiff, the Bureau of Consumer Financial Protection ("Bureau"), seeks leave to file under seal certain portions of Plaintiff's Opposition to Defendants' Motion to Reopen Discovery and Compel Fact Discovery ("Opposition") filed on August 23, 2019, and certain of its exhibits.

    In support of this motion, the Bureau states as follows:

1. The Bureau plans to file Exhibits to its Opposition which contain transcript excerpts and correspondence between the parties which are confidential pursuant to the Protective Order in place in this action (ECF No. 51).

2. The Bureau also plans to file its Opposition, which quotes the transcripts in certain portions.

3. The Bureau seeks leave to file redacted copies of the Opposition and Exhibit 2, which is a letter from the Bureau to Defendants which mentions third-parties.

4. The Bureau also seeks leave to file Exhibit 3, which contains transcript pages from depositions in this matter, entirely under seal.

5. The Bureau plans to provide Defendants and the Court with unredacted copies of the Opposition and exhibits.
6. Defendants have no opposition to this motion.

For the foregoing reasons, the Bureau respectfully requests that the Court grant leave to file under seal the portions of Exhibits 2 and 3 and portions of the Bureau's Opposition that reference the information contained in those Exhibits and other information deemed confidential.

Dated: August 23, 2019                    Respectfully submitted,

                                                  Attorneys for Plaintiff,
CONSUMER FINANCIAL PROTECTION BUREAU

JOHN C. WELLS
Deputy Enforcement Director

JAMES T. SUGARMAN
Assistant Litigation Deputy

*/s/ Stephanie Brenowitz*
Stephanie Brenowitz
E-mail: stephanie.brenowitz@cfpb.gov
Phone: 202-435-9005

| | |
|---|---|
| Shirley Chiu | shirley.chiu@cfpb.gov |
| Atur Desai | atur.desai@cfpb.gov |
| Jean M. Healey | jean.healeydippold@cfpb.gov |
| Jack Douglas Wilson | doug.wilson@cfpb.gov |
| Tianna Baez | tianna.baez@cfpb.gov |
| Erin Mary Kelly | erin.kelly@cfpb.gov |
| Greg Nodler | greg.nodler@cfpb.gov |
| Michael Posner | michael.posner@cfpb.gov |
| Amanda Roberson | amanda.roberson@cfpb.gov |
| James Savage | james.savage@cfpb.gov |

1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722