**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 9:17-CV-80495-MARRA-MATTHEWMAN**

CONSUMER FINANCIAL PROTECTION
BUREAU, *et al.*,

      Plaintiff,

v.

OCWEN FINANCIAL CORPORATION,
OCWEN MORTGAGE SERVICING, INC.,
and OCWEN LOAN SERVICING, LLC,

      Defendants.

**CASE NO. 9:17-CV-80496-MARRA/MATTHEWMAN**

OFFICE OF THE ATTORNEY GENERAL,
THE STATE OF FLORIDA,
Department of Legal Affairs,

and

OFFICE OF FINANCIAL REGULATION,
THE STATE OF FLORIDA,
Division of Consumer Finance,

      Plaintiffs,

v.

OCWEN FINANCIAL CORPORATION, *et al.*,

      Defendants.

**DEFENDANTS' MOTION TO SEAL REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION FOR DISCOVERY SANCTIONS
<u>RELATING TO PLAINTIFFS' AT-ISSUE LOAN DISCLOSURES</u>**

1

Pursuant to L.R. 5.4(b), Defendants Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC ("Ocwen" or "Defendants") seek leave to file under seal its Reply in Support of Defendants' Motion for Discovery Sanctions Relating to Plaintiffs' At-Issue Loan Disclosures (the "Reply").

In support of this motion, Ocwen states as follows:

1. The Reply contains references to and summaries of confidential information covered by the Protective Order in this action, such as confidential discovery materials, correspondence between the parties, or other material marked confidential pursuant to the Protective Order in this matter. *See* DE 51.

2. Defendants accordingly seek to file those portions of the Reply that reference or reflect confidential material under seal.

3. Defendants intend to file via CM/ECF a public, non-sealed version of the Reply that redacts confidential information.

4. Ocwen attempted to meet and confer with Plaintiffs. The Consumer Financial Protection Bureau does not oppose this Motion, and Ocwen was unable to confer with the Office of the Attorney General, State of Florida, and Office of Financial Regulation, State of Florida.

For the foregoing reasons, Ocwen respectfully requests that this Court grant leave to file Defendants' Reply under seal.

## CERTIFICATE OF GOOD FAITH CONFERENCE; ATTEMPTED TO CONFER BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for Defendants have conferred with counsel for the Consumer Financial Protection Bureau, who does not oppose the relief sought herein. Defendants have made reasonable efforts to confer with the Office of the Attorney General, State of Florida, and Office of Financial Regulation, State of Florida, by e-mail at approximately 3:20 PM EST and by phone at approximately 4:30 PM EST on August 29, 2019, but was unable to reach them.

/s/ *Catalina E. Azuero*
Catalina E. Azuero

Dated:  August 29, 2019	Respectfully submitted,

/s/     *Catalina E. Azuero*
Catalina E. Azuero (Fla. Bar No.: 821411)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA  02210
Tel.: 617.570.1000
cazuero@goodwinlaw.com

Thomas M. Hefferon (*pro hac vice*)
Sabrina M. Rose-Smith (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Ave., NW
Washington, DC 20001
Tel.: 202.346.4000
thefferon@goodwinlaw.com
srosesmith@goodwinlaw.com

Bridget Ann Berry
Andrew Stuart Wein
**GREENBERG TRAURIG, P.A.**
777 South Flagler Drive, FL 33401
Tel.: 561.650.7900
berryb@gtlaw.com
weina@gtlaw.com

*Attorneys for Defendants Ocwen Financial Corp., Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served on August 29, 2019 via ECF on all counsel or parties of record listed below:

Jennifer Hayes Pinder
Jennifer.Pinder@myfloridalegal.com

Sasha Funk Granai
Sasha.Granai@myfloridalegal.com

Victoria Butler
Victoria.Butler@myfloridalegal.com

Scott R. Fransen
Scott.Fransen@flofr.com

Miriam S. Wilkinson
Miriam.Wilkinson@flofr.com

Anthony Cammarata
Anthony.Cammarata@flofr.com

Jean Healey
Email: jean.healey@cfpb.gov

Atur Desai
E-mail: atur.desai@cfpb.gov

Tianna Baez
E-mail: tianna.baez@cfpb.gov

Amanda Roberson
E-mail: amanda.roberson@cfpb.gov

Stephanie Brenowitz
E-mail: stephanie.brenowitz@cfpb.gov

Erin Mary Kelly
E-mail: erin.kelly@cfpb.gov

James Savage
E-mail: james.savage@cfpb.gov

Greg Nodler
E-mail: greg.nodler@cfpb.gov

Michael Posner
E-mail: michael.posner@cfpb.gov

Jack Douglas Wilson
E-mail: doug.wilson@cfpb.gov

Shirley T. Chiu
E-mail: shirley.chiu@cfpb.gov

Blaine Winship
E-mail: blaine.winship@myfloridalegal.com

Date: August 29, 2019  /s/ *Catalina E. Azuero*
Catalina E. Azuero