# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

## Case No. 9:17-cv-80495-MARRA-MATTHEWMAN

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN FINANCIAL CORPORATION, INC.; OCWEN MORTGAGE SERVICING, INC.; and OCWEN LOAN SERVICING, LLC, <br><br> Defendants. | |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

The undersigned hereby respectfully moves this Court to withdraw the appearance of Eugene Scalia as counsel for Third Party Altisource Solutions, Inc. ("Altisource"). The President has nominated Mr. Scalia to a position in his Administration, and Mr. Scalia no longer represents Altisource. In the event of any further proceedings in which Altisource seeks a role, Altisource continues to be represented by Patrick F. Stokes, Jeffrey S. Rosenberg, and the undersigned. This proposed withdrawal will not prejudice Altisource or any other party.

Respectfully submitted,

*/s/ Suria M. Bahadue*
Suria M. Bahadue
Florida Bar No. 1004408
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
sbahadue@gibsondunn.com

*Attorney for Third-Party Altisource Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Withdraw Appearance of Counsel was served on September 24, 2019, on all counsel or parties of record via CM/ECF System (Notice of Electronic Filing generated by CM/ECF System).

*/s/ Suria M. Bahadue*
Suria M. Bahadue