# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

### CASE NO. 9:17-CV-80495-MARRA-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU,

                Plaintiff,

v.

OCWEN FINANCIAL CORPORATION; OCWEN MORTGAGE SERVICING, INC.; and OCWEN LOAN SERVICING, LLC

                Defendants.

### CASE NO. 9:17-CV-80496-MARRA-MATTHEWMAN

OFFICE OF THE ATTORNEY GENERAL, THE STATE OF FLORIDA, Department of Legal Affairs,

and

OFFICE OF FINANCIAL REGULATION, THE STATE OF FLORIDA, Division of Consumer Finance,

                Plaintiffs,

v.

OCWEN FINANCIAL CORPORATION; OCWEN MORTGAGE SERVICING, INC.; and OCWEN LOAN SERVICING, LLC

                Defendants.

# JOINT MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND COMPLETE EXPERT DISCOVERY

1. Plaintiffs, the Consumer Financial Protection Bureau ("Bureau"), Office of the Attorney General of the State of Florida, and Office of Financial Regulation of the State of Florida (collectively "Florida AG and OFR"), and Defendants, Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC (collectively, "Ocwen") (collectively with the Bureau and Florida AG and OFR, "Parties"), pursuant to Local Rule 7.1 jointly request relief described below, for which there is good cause.

2. On June 6, 2019, the Court entered an Order Re-Setting Pretrial Deadlines, where it set deadlines for all parties regarding the submission of rebuttal expert reports, sur-rebuttal expert reports, and completion of all expert depositions. DE 398.

3. On September 5, 2019 the Court entered its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss ("September 5 Order"). DE 452.

4. The Court stated in its September 5 Order that the Bureau "may file an Amended Complaint on or before September 27, 2019." DE 452 at 68.

5. On September 19, 2019, the Parties conferred about issues related to scheduling in this case. The Bureau and Defendants now jointly request that this Court enter an order: (a) extending the deadline for the Bureau's filing of an Amended Complaint; and (b) extending any deadline for the Defendants' filing of an answer to the Amended Complaint. The Bureau, Florida AG and OFR, and Defendants jointly request that this Court enter an order: (a) extending the deadline for rebuttal expert reports and disclosures; (b) extending the deadline for sur-rebuttal expert reports and disclosures; and (c) extending the deadline for conducting expert depositions. The current deadlines and deadlines agreed to among the Parties are as follows[1]:

---

[1] The Parties recognize they need to file an updated joint scheduling report following the Bureau's filing of an Amended Complaint. The Parties are currently working out remaining deadlines and plan to file their updated joint scheduling report within 20 days of the Bureau's filing of its Amended Complaint, as directed in the Court's September 5 Order. DE 452 at 68-69.

1

| Event | Current Deadline | Agreed Deadline |
|---|---|---|
| Amended Complaint | September 27, 2019 | October 4, 2019 |
| Answer to Amended Complaint | | 21 days after the Bureau files its Amended Complaint |
| Rebuttal Expert Reports and Disclosures | September 30, 2019 | October 15, 2019 |
| Sur-rebuttal Expert Reports and Disclosures | October 15, 2019 | November 14, 2019 |
| Conducting Expert Depositions | November 4, 2019 | December 13, 2019 |

6. Good cause supporting this Joint Motion includes the need for additional time to fully address the issues raised in the Court's September 5 Order in amending the complaint, and in completing expert discovery.

7. Neither the Parties nor the Court would suffer any prejudice as a result of the extensions.

8. This Joint Motion is made in good faith.

For the foregoing reasons, the Plaintiffs and Defendants jointly agree and respectfully request the Court extend the deadlines as follows:

| Event | Deadline |
|---|---|
| Amended Complaint | October 4, 2019 |
| Answer to Amended Complaint | 21 days after the Bureau files its Amended Complaint |
| Rebuttal Expert Reports and Disclosures | October 15, 2019 |
| Sur-rebuttal Expert Reports and Disclosures | November 14, 2019 |
| Conducting Expert Depositions | December 13, 2019 |

Dated: September 24, 2019

Respectfully submitted,

Attorneys for Plaintiff,
BUREAU OF CONSUMER FINANCIAL PROTECTION

JOHN C. WELLS
Deputy Enforcement Director

JAMES T. SUGARMAN
Assistant Litigation Deputy

/s/ Jean M. Healey
Jean M. Healey
Phone: 202-435-7514
E-mail: jean.healeydippold@cfpb.gov
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722

Respectfully Submitted,

Office of the Attorney General
The State of Florida
Department of Legal Affairs

Ashley Moody
Attorney General

*/s/ Sasha Funk Granai*
Sasha Funk Granai
Assistant Chief-Assistant Attorney General
Fla. Bar No.: 96648
Email: *Sasha.Granai@myfloridalegal.com*

Jennifer Hayes Pinder
Senior Assistant Attorney General
Fla. Bar No.: 17325
Email: *Jennifer.Pinder@myfloridalegal.com*

Victoria Butler
Director, Consumer Protection Division
Fla. Bar No.: 861250
Email: *Victoria.Butler@myfloridalegal.com*

3

3507 East Frontage Road, Suite 325
Tampa, FL 33607
Phone: 813-287-7950
Fax: 813-281-5515



Respectfully Submitted,

Office of Financial Regulations
The State of Florida
Division of Consumer Finance

**By: /s/ *Scott Fransen***
Scott R. Fransen
Assistant General Counsel
Fla. Bar No.: 0994571
Email: *Scott.Fransen@flofr.com*

1313 N. Tampa St., Suite 615
Tampa, FL 33602
Telephone: 813-218-5364
Facsimile: 813-272-3752

Miriam S. Wilkinson
Chief Counsel
Fla. Bar No.: 972101
Email: *Miriam.Wilkinson@flofr.com*

Anthony Cammarata
General Counsel
Fla. Bar No.: 767492
Email: *Anthony.Cammarata@flofr.com*

The Fletcher Building
200 E. Gaines Street
Tallahassee, FL 32399-0370
Telephone: 850-410-9601

4

Respectfully submitted,

/s/ Sabrina M. Rose Smith
Sabrina M. Rose-Smith (*pro hac vice*)
Thomas M. Hefferon (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Ave., NW
Washington, DC 20001
Tel.: 202.346.4000
thefferon@goodwinlaw.com
srosesmith@goodwinlaw.com

Catalina E. Azuero (Fla. Bar No.: 821411)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
cazuero@goodwinlaw.com

Laura A. Stoll (*pro hac vice*)
**GOODWIN PROCTER LLP**
601 S. Figueroa Street
Los Angeles, CA 90017
Tel.: 213.426.2500
lstoll@goodwinlaw.com

Bridget Ann Berry
Andrew Stuart Wein
**GREENBERG TRAURIG, P.A.**
777 South Flagler Drive, FL 33401
Tel.: 561.650.7900
berryb@gtlaw.com
weina@gtlaw.com

*Attorneys for Defendants Ocwen Financial Corp., Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC*

5