UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:17-80495-CIV-MARRA

CONSUMER FINANCIAL PROTECTION
BUREAU,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION;
OCWEN MORTGAGE SERVICING, INC.;
and OCWEN LOAN SERVICING, LLC ,

    Defendants.
_____/

OFFICE OF THE ATTORNEY GENERAL,
THE STATE OF FLORIDA,
Department of Legal Affairs,
and

OFFICE OF FINANCIAL REGULATION,
THE STATE OF FLORIDA,
Division of Consumer Finance,

    Plaintiffs,

v.

OCWEN FINANCIAL CORPORATION;
OCWEN MORTGAGING SERVICING, INC.;
and OCWEN LOAN SERVICING, LLC

    Defendants.
_____/

## **ORDER**

    This Cause is before the Court upon the *pro se* putative intervenors', John Burke and Joanna

1

Burke ("movants"), Motion to Stay Proceedings ("Motion to Stay"), filed October 10, 2019 (DE 485).  The Court has considered the Motion and the record and is otherwise fully advised in the premises.

The movants' intervention was denied (DE 375), and the motion for reconsideration of that decision was denied (DE 411).  As such, the movants have no standing to seek a stay of the proceedings.

Accordingly, it is **ORDERED AND ADJUDGED** that the movants' Motion to Stay (DE 485) is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 10th day of October, 2019.

                                          KENNETH A. MARRA
                                          United States District Judge