# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

### CASE NO. 9:17-CV-80495-MARRA-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,

      Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, OCWEN MORTGAGE SERVICING, INC., and OCWEN LOAN SERVICING, LLC,

      Defendants.

### CASE NO. 9:17-CV-80496-MARRA/MATTHEWMAN

OFFICE OF THE ATTORNEY GENERAL, THE STATE OF FLORIDA, Department of Legal Affairs,

and

OFFICE OF FINANCIAL REGULATION, THE STATE OF FLORIDA, Division of Consumer Finance,

      Plaintiffs,

v.

OCWEN FINANCIAL CORPORATION, *et al.*,

      Defendants.

### OCWEN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS ANSWER TO THE FLORIDA PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendants, Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc., Ocwen Loan Servicing, LLC, and PHH Mortgage Corporation (collectively, "Ocwen"), by and through the undersigned counsel and pursuant to Local Rule 7.1, move this Court for a brief extension of time to file its answer to the Third Amended Complaint of Plaintiffs the Office of the Attorney General of the State of Florida, and the Office of Financial Regulation of the State of Florida (collectively "Florida Plaintiffs"). The Florida Plaintiffs have informed Ocwen that they consent to the relief in this motion. Grounds for the motion are as follows:

1. The Florida Plaintiffs' filed their Third Amended Complaint on November 1, 2019 [DE 506].

2. The deadline for Ocwen to answer or otherwise respond to the Third Amended Complaint is November 15, 2019.

3. Ocwen respectfully submits that, based on the length and number of allegations in the Third Amended Complaint, Ocwen requires additional time to evaluate and respond to each allegation.

4. Ocwen requests a brief extension of time to answer the Third Amended Complaint to December 6, 2019.

5. Ocwen has reached out to the Florida Plaintiffs' counsel to obtain their consent for the requested extension. The Florida Plaintiffs do not oppose the requested relief.

6. This request for an extension is not sought for purposes of delay and does not affect any other existing deadlines in this case for the Florida Plaintiffs or any other party.

WHEREFORE, Ocwen respectfully requests the Court to grant it an extension until December 6, 2019 for it to answer or otherwise respond to the Third Amended Complaint.

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for Ocwen has conferred with counsel for the Florida Plaintiffs in good faith and that the Florida Plaintiffs do not oppose the relief requested herein.

/s/ Andrew S. Wein

Dated:  November 5, 2019                Respectfully submitted,

/s/ Andrew S. Wein
Andrew S. Wein
Bridget Ann Berry
**GREENBERG TRAURIG, P.A.**
777 South Flagler Drive, Suite 300 East
West Palm Beach, FL  33401
Tel.:  561.650.7900
weina@gtlaw.com
berryb@gtlaw.com

Thomas M. Hefferon (*pro hac vice*)
Sabrina M. Rose-Smith (*pro hac vice*)
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC  20036
Tel.:  202.346.4000
thefferon@goodwinlaw.com
srosesmith@goodwinlaw.com

Laura A. Stoll (*pro hac vice*)
**GOODWIN PROCTER LLP**
601 S. Figueroa Street
Los Angeles, CA  90017
Tel.:  213.426.2500
lstoll@goodwinlaw.com

Catalina E. Azuero (Florida Bar No. 821411)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA  02210
Tel.:  617.570.1000
cazuero@goodwinlaw.com

*Attorneys for Defendants Ocwen Financial Corp., Ocwen Mortgage Servicing, Inc., Ocwen Loan Servicing, LLC, and PHH Mortgage Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on November 5, 2019 via ECF on all counsel or parties of record listed below:

Jennifer Hayes Pinder
Email: Jennifer.Pinder@myfloridalegal.com

Sasha Funk Granai
Email: Sasha.Granai@myfloridalegal.com

Victoria Butler
Email: Victoria.Butler@myfloridalegal.com

Scott R. Fransen
Email: Scott.Fransen@flofr.com

Miriam S. Wilkinson
Email: Miriam.Wilkinson@flofr.com

Anthony Cammarata
Email: Anthony.Cammarata@flofr.com

Jean Healey
Email: jean.healey@cfpb.gov

Atur Desai
E-mail: atur.desai@cfpb.gov

Tianna Baez
E-mail: tianna.baez@cfpb.gov

Amanda Roberson
E-mail: amanda.roberson@cfpb.gov

Stephanie Brenowitz
E-mail: stephanie.brenowitz@cfpb.gov

Erin Mary Kelly
E-mail: erin.kelly@cfpb.gov

James Savage
E-mail: james.savage@cfpb.gov

Greg Nodler
E-mail: greg.nodler@cfpb.gov

Michael Posner
E-mail: michael.posner@cfpb.gov

Jack Douglas Wilson
E-mail: doug.wilson@cfpb.gov

Shirley T. Chiu
E-mail: shirley.chiu@cfpb.gov

Blaine Winship
E-mail: blaine.winship@myfloridalegal.com

Joaquin Alvarez
E-Mail: Joaquin.alvarez@flofr.com

/s/ Andrew S. Wein
Andrew S. Wein

4