# Exhibit 1

| No. | Name | Category | Privilege Basis | Date | Document IDs | From | To | Cc |
|---|---|---|---|---|---|---|---|---|
| 1 | FW: [External] RE: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Thursday April 28, 2016 | OFR_Ocwen_Privlog002861 | John Prendergast <jprendergast@csbs.org> | Kirsten L Anderson <kirsten.l.anderson@oregon.gov>, "Pope, Christopher (DOB)" <christopher.pope@state.ma.us>, "Grosmaire, Andy R" <andy.grosmaire@flofr.com>, brian.landis@com.ohio.gov, "Romano, Christopher" <cromano@mt.gov>, Jedd Bellman -DLLR- <jedd.bellman@maryland.gov>, Karyn Tierney <karyn.tierney@securities.arkansas.gov>, "Davis, Gary M (PPC)" <garym.davis@ky.gov>, "Mullen, Patrick (Patrick.Mullen@dobi.nj.gov)" <patrick.mullen@dobi.nj.gov>, "Rick St. Onge (rick.st.onge@dfi.wa.gov)" <rick.st.onge@dfi.wa.gov> | |
| 2 | FW: Call with Ocwen | Communication regarding NMS Monitoring Committee work | Deliberative process privilege; Executive privilege; bank examination privilege; Common Interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Tuesday February 23, 2016 | OFR_Ocwen_Privlog003542 | "Newton, Jay" <jay.newton@flofr.com> | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | |

| No. | Name | Category | Privilege Basis | Date | Document IDs | From | To | Cc |
|---|---|---|---|---|---|---|---|---|
| 3 | FW: Call with Ocwen-metrics chart | Communication regarding NMS Monitoring Committee work | Deliberative process privilege; Executive privilege; bank examination privilege; Common Interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Tuesday March 8, 2016 | OFR_Ocwen_Privlog002862 | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | "Newton, Jay" <jay.newton@flofr.com> | |
| 4 | FW: Call with Ocwen-metrics chart | Communication regarding NMS Monitoring Committee work | Deliberative process privilege; Executive privilege; bank examination privilege; Common Interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Tuesday March 8, 2016 | OFR_Ocwen_Privlog003645 | "Bischoff, Richard" <richard.bischoff@texasattorneygeneral.gov> | "'John Prendergast' (JPrendergast@csbs.org)" <jprendergast@csbs.org>, "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | |
| 5 | FW: CFPB / Altisource | Communication regarding NMS Monitoring Committee work | Deliberative process privilege; Executive privilege; bank examination privilege; Common Interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Friday February 17, 2017 | OFR_Ocwen_Privlog002885 | "Pope, Christopher (DOB)" <christopher.pope@state.ma.us> | Tony Vasile <tvasile@csbs.org>, kirsten.l.anderson@oregon.gov, karyn.tierney@securities.arkansas.gov, "Grosmaire, Andy R" <andy.grosmaire@flofr.com>, "Childers, Richard C" <richard.childers@flofr.com>, "Romano, Christopher" <cromano@mt.gov>, Gary Davis <garym.davis@ky.gov>, mark.clayton@illinois.gov, "Rick St Onge (rick.st.onge@dfi.wa.gov)" <rick.st.onge@dfi.wa.gov>, Mike Bray <mbray@csbs.org> | |

| No. | Name | Category | Privilege Basis | Date | Document IDs | From | To | Cc |
|---|---|---|---|---|---|---|---|---|
| 6 | FW: ocwen | Communication regarding NMS Monitoring Committee work | Deliberative process privilege; Executive privilege; bank examination privilege; Common Interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Tuesday March 8, 2016 | OFR_Ocwen_Privlog002866 | "Bischoff, Richard" <richard.bischoff@texasattorneygeneral.gov> | "'John Prendergast' (JPrendergast@csbs.org)" <jprendergast@csbs.org>, "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | |
| 7 | FW: Ocwen: letter agreement | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday June 1, 2016 | OFR_Ocwen_Privlog002870 | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | "Jedd Bellman (jedd.bellman@maryland.gov)" <jedd.bellman@maryland.gov>, Karyn Tierney <karyn.tierney@securities.arkansas.gov>, Kirsten L Anderson <kirsten.l.anderson@oregon.gov>, "Pope, Christopher (DOB)" <christopher.pope@state.ma.us>, Rick St Onge <rick.st.onge@dfi.wa.gov> | "Childers, Richard C" <richard.childers@flofr.com>, Tony Vasile <tvasile@csbs.org>, John Prendergast <jprendergast@csbs.org>, Amanda Holcombe <aholcombe@csbs.org> |
| 8 | FW: Ocwen: proposed terms re CAP delays | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday April 6, 2016 | OFR_Ocwen_Privlog002863 | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | Tony Vasile <tvasile@csbs.org>, John Prendergast <jprendergast@csbs.org> | |

| No. | Name | Category | Privilege Basis | Date | Document IDs | From | To | Cc |
|---|---|---|---|---|---|---|---|---|
| 9 | FW: Ocwen: proposed terms re CAP delays | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Monday March 21, 2016 | OFR_Ocwen_Privlog003650 | "Newton, Jay" <jay.newton@flofr.com> | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | |
| 10 | FW: Release Scope: Option for Consideration | Communication regarding draft legal document | Deliberative process privilege; Bank examination privilege; Executive privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Friday November 22, 2013 | OFR_Ocwen_Privlog001254 | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | "Rick St. Onge, WA: (rick.st.onge@wa.gov)" <rick.st.onge@wa.gov> | |
| 11 | FW: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday April 27, 2016 | OFR_Ocwen_Privlog002855 | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | "Oaks, Greg C" <greg.oaks@flofr.com> | |
| 12 | FW: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Monday April 25, 2016 | OFR_Ocwen_Privlog003563 | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | John Prendergast <jprendergast@csbs.org> | Kirsten L Anderson <kirsten.l.anderson@oregon.gov>, "Pope, Christopher (DOB)" <christopher.pope@state.ma.us> |

| No. | Name | Category | Privilege Basis | Date | Document IDs | From | To | Cc |
|---|---|---|---|---|---|---|---|---|
| 13 | FW: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Tuesday April 26, 2016 | OFR_Ocwen_Privlog003569 | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | John Prendergast <jprendergast@csbs.org> | |
| 14 | FW: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday April 27, 2016 | OFR_Ocwen_Privlog003575 | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | John Prendergast <jprendergast@csbs.org> | |
| 15 | FW_ [External] RE_ Revised Ocwen_ CAP and Cure ....pdf | Communication regarding NMS Monitoring Committee work | Deliberative process privilege; Executive privilege; bank examination privilege; Common Interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Thursday April 28, 2016 | OFR_Ocwen_Privlog002898 | John Prendergast <jprendergast@csbs.org> | Kirsten L Anderson <kirsten.l.anderson@oregon.gov>, "\"pope", christopher | |
| 16 | FW_ Ocwen_ letter agreement.pdf | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday June 1, 2016 | OFR_Ocwen_Privlog000519 | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | "Oaks, Greg C" <greg.oaks@flofr.com> | |

| No. | Name | Category | Privilege Basis | Date | Document IDs | From | To | Cc |
|---|---|---|---|---|---|---|---|---|
| 17 | FW_ Ocwen_ proposed terms re CAP delays.pdf | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday April 6, 2016 | OFR_Ocwen_Privlog002896 | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | Tony Vasile <tvasile@csbs.org>, John Prendergast <jprendergast@csbs.org> | |
| 18 | Fwd: Ocwen Letter Agreeement - Redline by Ocwen | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Thursday May 12, 2016 | OFR_Ocwen_Privlog003594 | Jedd Bellman -DLLR- <jedd.bellman@maryland.gov> | Tony Vasile <tvasile@csbs.org>, John Prendergast <jprendergast@csbs.org>, ANDERSON Kirsten L * DCBS <kirsten.l.anderson@oregon.gov>, "Pope, Christopher (DOB)" <christopher.pope@state.ma.us>, "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | |
| 19 | Fwd: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Thursday April 21, 2016 | OFR_Ocwen_Privlog003559 | Jedd Bellman -DLLR- <jedd.bellman@maryland.gov> | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | |

| No. | Name | Category | Privilege Basis | Date | Document IDs | From | To | Cc |
|---|---|---|---|---|---|---|---|---|
| 20 | Fwd: Rust - Ocwen Update | Communication regarding NMS Monitoring Committee work | Deliberative process privilege; Executive privilege; bank examination privilege; Common Interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Thursday January 7, 2016 | OFR_Ocwen_Privlog003635 | Jedd Bellman -DLLR- <jedd.bellman@maryland.gov> | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | |
| 21 | Monitor Report & Monitoring Committee – Phone Call Scheduled for 5.2.2017.pdf | Document regarding NMS Monitoring Committee work | Attorney work product; Deliberative process privilege; Bank examination privilege; Executive privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | 5/2/2017 | B1235-B1237 | | | |
| 22 | Ocwen call | Communication regarding NMS Monitoring Committee work | Deliberative process privilege; Executive privilege; bank examination privilege; Common Interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Tuesday February 3, 2015 | OFR_Ocwen_Privlog001788 | "Garvin, Michael" <michael.garvin@illinois.gov> | Brian P. Weeks -DLLR- <brianp.weeks@maryland.gov>, "Newton, Jay" <jay.newton@flofr.com> | |

| No. | Name | Category | Privilege Basis | Date | Document IDs | From | To | Cc |
|---|---|---|---|---|---|---|---|---|
| 23 | Ocwen Settlement | Communication related to various supervisory and legal issues | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Friday September 23, 2016 | OFR_Ocwen_Privlog000838 | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | "Childers, Richard C" <richard.childers@flofr.com> | |
| 24 | RE: [External] FW: Ocwen: letter agreement | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday June 1, 2016 | OFR_Ocwen_Privlog003226 | John Prendergast <jprendergast@csbs.org> | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | |
| 25 | RE: [External] FW: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Tuesday April 26, 2016 | OFR_Ocwen_Privlog003570 | John Prendergast <jprendergast@csbs.org> | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | |
| 26 | Re: [External] Fwd: Ocwen Letter Agreeement - Redline by Ocwen | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Thursday May 12, 2016 | OFR_Ocwen_Privlog003595 | Jedd Bellman -DLLR- <jedd.bellman@maryland.gov> | John Prendergast <jprendergast@csbs.org> | Tony Vasile <tvasile@csbs.org>, ANDERSON Kirsten L * DCBS <kirsten.l.anderson@oregon.gov>, "Pope, Christopher (DOB)" <christopher.pope@state.ma.us>, "Grosmaire, Andy R" <andy.grosmaire@flofr.com> |

| No. | Name | Category | Privilege Basis | Date | Document IDs | From | To | Cc |
|---|---|---|---|---|---|---|---|---|
| 27 | RE: [External] Fwd: Ocwen Letter Agreeement - Redline by Ocwen | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Thursday May 12, 2016 | OFR_Ocwen_Privlog003596 | John Prendergast <jprendergast@csbs.org> | Jedd Bellman -DLLR- <jedd.bellman@maryland.gov>, Tony Vasile <tvasile@csbs.org>, ANDERSON Kirsten L * DCBS <kirsten.l.anderson@oregon.gov>, "Pope, Christopher (DOB)" <christopher.pope@state.ma.us>, "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | |
| 28 | RE: [External] RE: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Monday April 25, 2016 | OFR_Ocwen_Privlog003561 | John Prendergast <jprendergast@csbs.org> | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | |
| 29 | RE: [External] RE: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Monday April 25, 2016 | OFR_Ocwen_Privlog003564 | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | John Prendergast <jprendergast@csbs.org> | |

| No. | Name | Category | Privilege Basis | Date | Document IDs | From | To | Cc |
|---|---|---|---|---|---|---|---|---|
| 30 | RE: [External] RE: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday April 27, 2016 | OFR_Ocwen_Privlog003574 | John Prendergast <jprendergast@csbs.org> | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | Kirsten L Anderson <kirsten.l.anderson@oregon.gov>, "Pope, Christopher (DOB)" <christopher.pope@state.ma.us>, Tony Vasile <tvasile@csbs.org>, "Jedd Bellman (jedd.bellman@maryland.gov)" <jedd.bellman@maryland.gov> |
| 31 | RE: [External] RE: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday April 27, 2016 | OFR_Ocwen_Privlog003577 | John Prendergast <jprendergast@csbs.org> | ANDERSON Kirsten L * DCBS <kirsten.l.anderson@oregon.gov>, "Grosmaire, Andy R" <andy.grosmaire@flofr.com> | "Pope, Christopher (DOB)" <christopher.pope@state.ma.us>, Tony Vasile <tvasile@csbs.org>, "Jedd Bellman (jedd.bellman@maryland.gov)" <jedd.bellman@maryland.gov> |
| 32 | Re: [External] RE: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday April 27, 2016 | OFR_Ocwen_Privlog003578 | "Pope, Christopher (DOB)" <christopher.pope@state.ma.us> | John Prendergast <jprendergast@csbs.org> | "Grosmaire, Andy R" <andy.grosmaire@flofr.com>, Kirsten L Anderson <kirsten.l.anderson@oregon.gov>, Tony Vasile <tvasile@csbs.org>, "Jedd Bellman (jedd.bellman@maryland.gov)" <jedd.bellman@maryland.gov> |
| 33 | Re: [External] RE: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday April 27, 2016 | OFR_Ocwen_Privlog003579 | Jedd Bellman -DLLR- <jedd.bellman@maryland.gov> | John Prendergast <jprendergast@csbs.org> | ANDERSON Kirsten L * DCBS <kirsten.l.anderson@oregon.gov>, "Grosmaire, Andy R" <andy.grosmaire@flofr.com>, "Pope, Christopher (DOB)" <christopher.pope@state.ma.us>, Tony Vasile <tvasile@csbs.org> |

| No. | Name | Category | Privilege Basis | Date | Document IDs | From | To | Cc |
|---|---|---|---|---|---|---|---|---|
| 34 | RE: [External] RE: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday April 27, 2016 | OFR_Ocwen_Privlog003580 | John Prendergast <jprendergast@csbs.org> | Jedd Bellman -DLLR- <jedd.bellman@maryland.gov> | ANDERSON Kirsten L * DCBS <kirsten.l.anderson@oregon.gov>, "Grosmaire, Andy R" <andy.grosmaire@flofr.com>, "Pope, Christopher (DOB)" <christopher.pope@state.ma.us>, Tony Vasile <tvasile@csbs.org> |
| 35 | Re: [External] RE: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday April 27, 2016 | OFR_Ocwen_Privlog003581 | "Pope, Christopher (DOB)" <christopher.pope@state.ma.us> | John Prendergast <jprendergast@csbs.org> | Jedd Bellman -DLLR- <jedd.bellman@maryland.gov>, ANDERSON Kirsten L * DCBS <kirsten.l.anderson@oregon.gov>, "Grosmaire, Andy R" <andy.grosmaire@flofr.com>, Tony Vasile <tvasile@csbs.org> |
| 36 | RE: [External] RE: Revised Ocwen: CAP and Cure terms | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Wednesday April 27, 2016 | OFR_Ocwen_Privlog003582 | John Prendergast <jprendergast@csbs.org> | "Pope, Christopher (DOB)" <christopher.pope@state.ma.us> | Jedd Bellman -DLLR- <jedd.bellman@maryland.gov>, ANDERSON Kirsten L * DCBS <kirsten.l.anderson@oregon.gov>, "Grosmaire, Andy R" <andy.grosmaire@flofr.com>, Tony Vasile <tvasile@csbs.org> |

| No. | Name | Category | Privilege Basis | Date | Document IDs | From | To | Cc |
|---|---|---|---|---|---|---|---|---|
| 37 | Re: Global CAP - Final | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Thursday July 16, 2015 | OFR_Ocwen_Privlog002909 | Brian P. Weeks - DLLR- <brianp.weeks@maryland.gov> | "Shorbe, Jeremy" <jeremy.shorbe@azag.gov> | "Madigan, Patrick [AG]" <patrick.madigan@iowa.gov>, "Aronowitz, Michelle" <michelle.m.aronowitz@hud.gov>, "Baruch, Greg" <greg.baruch@usdoj.gov>, "Bischoff, Richard" <richard.bischoff@texasattorneygeneral.gov>, "Borth, Janet" <janet.c.borth@doj.state.or.us>, "Bradlow, Anthony" <anthony.bradlow@myfloridalegal.com>, "Budzik, Matt" <matthew.budzik@ct.gov>, "Butler, Victoria" <victoria.butler@myfloridalegal.com>, "Chambers, Joe" <joseph.chambers@ct.gov>, "Charoenpong, Tina" <tina.charoenpong@doj.ca.gov>, "Dethmers, Jennifer" <jennifer.dethmers@state.co.us>, "Dougherty, Andy" <adougherty@atg.state.il.us>, "du Mee, Matthew" <matthew.dumee@azag.gov>, "Ellis, Susan" <sellis@atg.state.il.us>, "Fabregas, Ana" <ana.i.fabregas@hud.gov>, "Figueroa, Ernest" <efigueroa@ag.nv.gov>, "Forbes, Sheri Ann" <sforbes@ag.nv.gov>, "Forman, Matt" <matthew.c.forman@hud.gov>, "Gold, David" <david.i.gold@usdoj.gov>, "Gorham, Diarmuid" <diarmuid.gorham@usdoj.gov>, "Hagan, Deborah" <dhagan@atg.state.il.us>, "Harrod, Jennifer" <jharrod@ncdoj.gov>, "Huey, Dave" <davidh3@atg.wa.gov>, "Johnson, Creecy" <ccjohnson@ncdoj.gov>, "Lampke, Matthew" <matthew.lampke@ohioattorneygeneral.gov>, "Lesher, Terri" <terri.lesher@state.co.us>, "Loeser, Jeff" <jeff.loeser@ohioattorneygeneral.gov>, "Martinez, Gabriela" |

| No. | Name | Category | Privilege Basis | Date | Document IDs | From | To | Cc |
|---|---|---|---|---|---|---|---|---|
| 38 | Re: Ocwen call | Communication regarding NMS Monitoring Committee work | Deliberative process privilege; Executive privilege; bank examination privilege; Common Interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Tuesday February 3, 2015 | OFR_Ocwen_Privlog001787 | Brian P. Weeks - DLLR- <brianp.weeks@maryland.gov> | "Garvin, Michael" <michael.garvin@illinois.gov> | "Newton, Jay" <jay.newton@flofr.com> |
| 39 | RE: Ocwen Letter Agreement | Communications regarding potential resolution of issues related to NMS | Deliberative process privilege; Executive privilege; Bank examination privilege; common interest; Fla. Stat. 494.00125(1); other applicable states' and federal privileges | Thursday August 4, 2016 | OFR_Ocwen_Privlog000184 | "Newton, Jay" <jay.newton@flofr.com> | "Oaks, Greg C" <greg.oaks@flofr.com> | "Grosmaire, Andy R" <andy.grosmaire@flofr.com> |