UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:17-CV-80495 and CASE NO. 9:17-CV-80496
MARRA-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU,

                Plaintiff,

v.

OCWEN FINANCIAL CORPORATION; OCWEN MORTGAGE SERVICING, INC.; OCWEN LOAN SERVICING, LLC.; and PHH MORTGAGE CORPORATION, LLC,

                Defendants.

---

OFFICE OF THE ATTORNEY GENERAL, THE STATE OF FLORIDA, Department of Legal Affairs, and

OFFICE OF FINANCIAL REGULATION, THE STATE OF FLORIDA, Division of Consumer Finance,

                v.

OCWEN FINANCIAL CORPORATION; OCWEN MORTGAGE SERVICING, INC.; OCWEN LOAN SERVICING, LLC.; and PHH MORTGAGE CORPORATION, LLC,

                Defendants.

**PROPOSED AMENDED DISCOVERY AND SCHEDULING ORDER**

**THIS CAUSE** is before the Court upon Plaintiffs', the Bureau of Consumer Financial Protection (the "Bureau"), and the Office of the Attorney General and Office of Financial Regulation for the State of Florida ("Florida") (collectively "Plaintiffs"), motion to consolidate their respective actions, Case Nos. 9:17-CV-80495 and 9:17-CV-80496 against Ocwen Financial Corporation, Ocwen Mortgage Servicing Inc., Ocwen Loan Servicing, LLC, and PHH Mortgage Corporation LLC (collectively "Defendants"), for purposes of certain pre-trial proceedings, and trial [DE ___ in the Bureau action, DE ___ in the Florida action].

Upon the Court's consideration of the Plaintiffs' Motions, the Court grants the Motions and **ORDERS** the consolidation of actions Case Nos. 9:17-CV-80495 and 9:17-CV-80496 for purposes of pre-trial and trial. The actions are not consolidated for purposes of appeal and judgment. The Court hereby amends the Scheduling Orders in place in the Bureau action [DE 507] and the Florida action [DE 539], and to facilitate consolidation for trial, **ORDERS** as follows:

**Consolidated Pre-Trial and Trial Dates**

1. These cases are set for joint trial on the three-week calendar commencing Tuesday, **October 13, 2020** at 9:00 a.m.

2. Dispositive motions for all parties are due on **March 31, 2020**.

3. Pre-trial motions for all Plaintiffs and Defendants are due **September 9, 2020**.

4. Final pre-trial conference to be held on **October 9, 2020**.

5. Counsel for all parties shall appear at a calendar call commencing Friday, **October 9, 2020** at 10:00 a.m.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this \_\_\_\_ day of _____, 2019.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished:
Magistrate Judge William Matthewman
All counsel of record