# EXHIBIT 4

EXHIBIT 156 5/27/15

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | TRANSACTION_TYPE | TRANSACTION_NAME | | RVSLTYP | DESCRIPTION | | TRNGROUP | TRNGROUP_DESC |
| 2 | R | Regular Payment | | RV | Reversal | | AUT | Automatic |
| 3 | RSP | Regular/Spread | | CB | Charge Back | | HLD | Hold |
| 4 | ESA | Escrow Balance Adjustment | | | | | DSB | Disbursements |
| 5 | PRA | Principal Balance Adjustment | | | | | ESC | Escrow |
| 6 | PAP | Partial/Suspense Payment | | | | | ACT | Loan Accounting |
| 7 | MSA | Miscellaneous Suspense Adjustm | | | | | CON | Conversion |
| 8 | BIP | Bankruptcy Plan Interest | | | | | LSU | Loan Set Up |
| 9 | LCW | Late Charge Waive | | | | | INV | Investor Reporting |
| 10 | SAA | Shared Waive Adjustment | | | | | OPT | Optional Insurance |
| 11 | CAD | Cash Advance Disbursement | | | | | PYF | Payoff |
| 12 | PBA | BK Suspense Balance Adjustment | | | | | PMT | Payment |
| 13 | R+E | Regular/+ Escrow | | | | | MSC | Miscellaneous |
| 14 | INP | Interest Payment | | | | | | |
| 15 | SDA | Securitized Deferred Fee Adj | | | | | | |
| 16 | EWD | Earnings Withheld | | | | | | |
| 17 | EAW | Investor Billable Exp Waive | | | | | | |
| 18 | PAM | PTPM Susp Adjustment | | | | | | |
| 19 | OAA | Other Advance Adjustment | | | | | | |
| 20 | PAA | Suspense Balance Adjustment | | | | | | |
| 21 | PRP | Principal Payment | | | | | | |
| 22 | RM | Regular/Multiple | | | | | | |
| 23 | ESP | Escrow Payment | | | | | | |
| 24 | EAP | Other Expenses | | | | | | |
| 25 | NLD | Loan Disbursement | | | | | | |
| 26 | RCW | Return Check Fees Waive | | | | | | |
| 27 | PYW | Payoff - Charge Off To Facs | | | | | | |
| 28 | SI | Securitized Interest Advance P | | | | | | |
| 29 | F9A | Discount Amortization | | | | | | |
| 30 | AC1 | AC1 Consent Order | | | | | | |
| 31 | IBA | Interest Balance Adjustment | | | | | | |
| 32 | PW | CAP AD | | | | | | |
| 33 | ESB | Equity Share Amount Balance | | | | | | |
| 34 | APO | Post Petition Payment | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | TRANSACTION_TYPE | TRANSACTION_NAME | | RVSLTYP | DESCRIPTION | | TRNGROUP | TRNGROUP_DESC |
| 35 | RET | Payment Returned | | | | | | |
| 36 | CAP | Capitalized Expenses | | | | | | |
| 37 | DPA | Deferred Principal adjustment | | | | | | |
| 38 | PYF | Payoff | | | | | | |
| 39 | IVA | Investor Suspense Adjustment | | | | | | |
| 40 | LCC | LOC - Close Account | | | | | | |
| 41 | EI | Total Protect w/TPG | | | | | | |
| 42 | MIC | MIClaim Suspense Bucket | | | | | | |
| 43 | SEA | Securitized Escrow Adjustment | | | | | | |
| 44 | AFB | Forbearance Payment | | | | | | |
| 45 | ETC | Tax Escrow Credit | | | | | | |
| 46 | SMD | Suspense Miscellaneous Disburs | | | | | | |
| 47 | PIP | Partial Interest Payment | | | | | | |
| 48 | AOS | Post Stipulation Payment | | | | | | |
| 49 | EMP | Misc. Escrow Penalty | | | | | | |
| 50 | ARP | Tax Refund Advance Cr Reimb | | | | | | |
| 51 | DPP | Deferred principal payment | | | | | | |
| 52 | RER | Reo Reserves Replacement | | | | | | |
| 53 | BSA | Borrower Subsidy Suspense Adju | | | | | | |
| 54 | SRP | Tax Pen Reimbursement - PS | | | | | | |
| 55 | BIA | Bankruptcy Interest Adjustment | | | | | | |
| 56 | F9R | Fasb 91 Replacement | | | | | | |
| 57 | MIR | Mlpremium Refund Susp Bucket | | | | | | |
| 58 | RCK | Return Check Fees | | | | | | |
| 59 | EAX | Investor Billable Exp Payment | | | | | | |
| 60 | NSA | Return Check Fees Adjustment | | | | | | |
| 61 | APR | Prepetition Payment | | | | | | |
| 62 | SPR | Spread Payment | | | | | | |
| 63 | IVT | Investor Pool/Pool Transfer | | | | | | |
| 64 | EIC | Insurance Escrow Credit | | | | | | |
| 65 | ETP | Escrow Tax Penalty Credit | | | | | | |
| 66 | HSA | Hazard Suspense Adjustment | | | | | | |
| 67 | APP | Addtl Proceeds After Payoff | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | TRANSACTION_TYPE | TRANSACTION_NAME | | RVSLTYP | DESCRIPTION | | TRNGROUP | TRNGROUP_DESC |
| 68 | REJ | Reo Reserves Adjustment | | | | | | |
| 69 | RPR | Replacement Reserves Replaceme | | | | | | |
| 70 | PAR | Prepetition Suspense Adjust | | | | | | |
| 71 | MS | Misc Susp Payment | | | | | | |
| 72 | EXW | Expense Waive | | | | | | |
| 73 | INA | Year-To-Date Interest Adjustme | | | | | | |
| 74 | HS | Hazard Payment | | | | | | |
| 75 | SIA | Securitized Interest Adjust | | | | | | |
| 76 | EBS | Bankruptcy Escrow Adjustment | | | | | | |
| 77 | LRA | LOC Adjustment | | | | | | |
| 78 | RRI | Reo Rental Income | | | | | | |
| 79 | SAP | Vendor Satisfaction Expense | | | | | | |
| 80 | APM | Post-Trial/ Pre Mod Payment | | | | | | |
| 81 | APG | GSE loan after payoff proceeds | | | | | | |
| 82 | PYG | GSE-REO liquidation tran-typ | | | | | | |
| 83 | RMR | Regular Multiple/Reinstatement | | | | | | |
| 84 | ETD | Tax Escrow Disbursement | | | | | | |
| 85 | PAO | Postpetition Suspense Adjust | | | | | | |
| 86 | IVS | Investor Suspense | | | | | | |
| 87 | LCP | Late Charge Payment | | | | | | |
| 88 | LCA | Late Charge Adjustment | | | | | | |
| 89 | PBW | Partial/Suspense Withdrawal | | | | | | |
| 90 | FEP | Fee Payment | | | | | | |
| 91 | EIN | Escrow Interest Posting | | | | | | |
| 92 | AEF | Escrow Agent Fee | | | | | | |
| 93 | PYT | Payoff - Transfer Servicing | | | | | | |
| 94 | FAA | Ferrell Interest Adjustment | | | | | | |
| 95 | F9J | Fasb 91 Adjustment | | | | | | |
| 96 | EM | Systems Protect | | | | | | |
| 97 | HIN | Hazard Interest Posing | | | | | | |
| 98 | TPP | Tax Pen Prior Serv | | | | | | |
| 99 | EID | Insurance Escrow Disb | | | | | | |
| 100 | PAS | Altplan Suspense Adjustment | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | TRANSACTION_TYPE | TRANSACTION_NAME | | RVSLTYP | DESCRIPTION | | TRNGROUP | TRNGROUP_DESC |
| 101 | EXP | Expense Payment | | | | | | |
| 102 | RMS | Regular Multiple/Spread Paymen | | | | | | |
| 103 | PAF | Forbearance Suspense Adjust | | | | | | |
| 104 | FEW | Fee Waive | | | | | | |
| 105 | EMD | Miscellaneous Escrow Disb | | | | | | |
| 106 | R+P | Regular/+ Principal | | | | | | |
| 107 | PYC | Payoff - Charge Off | | | | | | |
| 108 | SAW | Shared Appreciation Waive | | | | | | |
| 109 | EMC | Miscellneous Escrow Credit | | | | | | |
| 110 | RH | Residential MD | | | | | | |