**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 9:17-CV-80495-MARRA-MATTHEWMAN**

CONSUMER FINANCIAL PROTECTION BUREAU,
Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, OCWEN MORTGAGE SERVICING, INC., and OCWEN LOAN SERVICING, LLC,

Defendants.

**CASE NO. 9:17-CIV-80496-MARRA/MATTHEWMAN**

OFFICE OF THE ATTORNEY GENERAL, THE STATE OF FLORIDA, Department of Legal Affairs,

and

OFFICE OF FINANCIAL REGULATION, THE STATE OF FLORIDA, Division of Consumer Finance,

Plaintiffs,

v.

OCWEN FINANCIAL CORPORATION, *et al*.

Defendants.

**DEFENDANTS' INDEX OF EXHIBITS TO THEIR RESPONSE TO PLAINTIFFS' STATEMENT OF MATERIAL FACTS, AND DEFENDANTS' COUNTERSTATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' JOINT MOTION <u>FOR PARTIAL SUMMARY JUDGMENT</u>**

# INDEX TO DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF MATERIAL FACTS ("RSF") AND COUNTERSTATEMENT OF FACTS ("CSF")

| RSF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| 1. | Excerpt of Defendants' Responses to Plaintiffs' First Requests for the Production of Documents to Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC (Dec. 6, 2017) | No | No |
| 2. | Freddie Mac Single-Family Seller Servicer Guide | No | No |
| 3. | Letter from Catalina E. Azuero to Sasha Funk Granai and Scott R. Fransen (July 5, 2018) | No | No |
| 4. | OCW-CFPB-001-02104570 | No | Yes |
| 5. | Loss Mitigation CFPB Presentation (June 2015) | No | Yes |
| 6. | Excerpted Deposition of Christopher Kennedy (April 23, 2019) | No | No |
| 7. | Excerpted Hearing Transcript of Brian LaForest (May 26, 2016) | No | No |
| 8. | Excerpted Hearing Transcript of Mark Ehrenreich (June 8, 2016) | No | No |
| 9. | Errata Sheet to Deposition of William Erbey Deposition (June 21, 2019) | No | No |
| 10. | Excerpted Deposition of Thomas Arnett (April 25, 2019) | No | No |
| 11. | Ocwen Financial Corporation Form 8-K (Oct. 5, 2012) | No | No |
| 12. | Ocwen Financial Corporation Form 8-K (Feb. 19, 2013) | No | No |

| RSF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| 13. | Declaration from Krysta Sebastian ("Sebastian Decl.") (July 24, 2020) | No | Yes |
| 14. | Fifth RFP No. 5 Data Excerpt | Yes | Yes |
| 15. | Fifth RFP No. 7 Data Excerpt | Yes | Yes |
| 16A & 16B | Fifth RFP No. 8 Data Excerpt | Yes | Yes |
| 17. | Fifth RFP No. 10 Data Excerpt | Yes | Yes |
| 18. | Fifth RFP No. 19 Data Excerpt | Yes | Yes |
| 19. | Fifth RFP No. 20-21 Data Excerpt | Yes | Yes |
| 20. | Fifth RFP No. 22 Data Excerpt | Yes | Yes |
| 21. | Credit Reporting Loan Examples | Yes | Yes |
| 22. | Loan [redacted] Data | Yes | Yes |
| 23. | Loan [redacted] Data | Yes | Yes |
| 24. | Loan [redacted] Data | Yes | Yes |
| 25. | Loan - [redacted] Data | Yes | Yes |
| 26. | Loan [redacted] Data | Yes | Yes |
| 27. | Loan [redacted] Data | Yes | Yes |
| 28. | Loan [redacted] Data | Yes | Yes |
| 29. | Excerpted Deposition of Benjamin Purser (April 3, 2019) | No | No |
| 30. | Fifth RFP No. 1 Data Excerpt | Yes | Yes |

Dated: July 24, 2020

Respectfully submitted,

*/s/ Catalina E. Azuero*

Bridget Ann Berry
Andrew Stuart Wein
**GREENBERG TRAURIG, P.A.**
777 South Flagler Drive, FL 33401
Tel.: 561.650.7900
berryb@gtlaw.com
weina@gtlaw.com

Thomas M. Hefferon (*pro hac vice*)
Sabrina M. Rose-Smith (*pro hac vice*)
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: 202.346.4000
thefferon@goodwinlaw.com
srosesmith@goodwinlaw.com

Laura A. Stoll (*pro hac vice*)
**GOODWIN PROCTER LLP**
601 S. Figueroa Street
Los Angeles, CA 90017
Tel.: 213.426.2500
lstoll@goodwinlaw.com

Catalina E. Azuero (Florida Bar No. 821411)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
cazuero@goodwinlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on July 24, 2020 via ECF on all counsel or parties of record listed below:

Jennifer Hayes Pinder
Email: Jennifer.Pinder@myfloridalegal.com

Sasha Funk Granai
Email: Sasha.Granai@myfloridalegal.com

Victoria Butler
Email: Victoria.Butler@myfloridalegal.com

Scott R. Fransen
Email: Scott.Fransen@flofr.com

Miriam S. Wilkinson
Email: Miriam.Wilkinson@flofr.com

Anthony Cammarata
Email: Anthony.Cammarata@flofr.com

Jean Healey
Email: jean.healey@cfpb.gov

Atur Desai
E-mail: atur.desai@cfpb.gov

Tianna Baez
E-mail: tianna.baez@cfpb.gov

Amanda Roberson
E-mail: amanda.roberson@cfpb.gov

Stephanie Brenowitz
E-mail: stephanie.brenowitz@cfpb.gov

Erin Mary Kelly
E-mail: erin.kelly@cfpb.gov

James Savage
E-mail: james.savage@cfpb.gov

Greg Nodler

E-mail: greg.nodler@cfpb.gov

Michael Posner
E-mail: michael.posner@cfpb.gov

Jack Douglas Wilson
E-mail: doug.wilson@cfpb.gov

Shirley T. Chiu
E-mail: shirley.chiu@cfpb.gov

Blaine Winship
E-mail: blaine.winship@myfloridalegal.com

Joaquin Alvarez
E-Mail: Joaquin.alvarez@flofr.com

/s/ Catalina E. Azuero
Catalina E. Azuero