UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case no. 9:17-cv-80495 Marra/Matthewman

Consumer Financial Protection Bureau

Plaintiffs vs

Ocwen Financial Corp.

Ocwen Mortgage Servicing Inc.

Ocwen Loan servicing



FILED BY _____ D.C.

SEP - 1 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case No : 9-17-cv-80496-Marra Matthewman

Office of atty. General

State of Florida

Dept of Legal Affairs

And

Office of Financial regulation

The State of Florida

Division of Consumer Finance

Vs.

Ocwen Financial Corp. et al

### AMICUS BRIEF OF PATRICK FARRELL

### AND NOTICE OF CLAIM AGAINST OCWEN

1. Comes now Pro Se Patrick Farrell and friend of the Court and Plaintiffs. I was sent a notice and Order in this case. I am a man who filed numerous lawsuits against Ocwen and other parties in Florida 20th circuit and Federal Court especially case #07-14942. That case was in court for 10 years. Plaintiffs case is based on the elements in my

/

case, multiplied be many other victims. I lost my home in an illegal foreclosure.

2. I am seeking restitution for 10 years of Pro Se litigation [$265,000] and the profit from the illegal sale of my home on Dec 8th 2017 [$265,000].
3. Wells Fargo bid $219,000 on DEC 8th 2017, then sold the home for $265,000 in March 2018.
4. In 2012 OCWEN took over GMAC as servicer and continued charging me an illegal amount that was based on an inflated appraisal and not the note value. This was a credit default swap investment.
5. In July 2004 the HUD-1 to fund the construction loan was inflated by adding the lot value of $47,500 TWICE on the HUD-1 defrauding the bank.
6. The note was $280,000 my deposit was $15,000, so I paid $10,000 interest on $265,000 while the house was being built on a note with Busey Bank.
7. In AUG 2005 my home was illegally appraised at $465,000 and was compared to 3 other homes that has elements my home did not have, which were boat lifts, boat docks, access to the ocean, bigger pools and brick pavers.
8. OCT 2005 The note on the home was inflated from $265,000 to $283,000 by dismissing all my deposits and by adding $3,000 in closing costs. I was seduced by the alleged inflated value not knowing then what was transpiring.
9. This illegal appraisal by Countrywide caused the DOJ on AUG 1,2018 to fine Wells Fargo [trustee] $2.1 Billion, as this was a common practice of Countrywide in the years related to my case which was 2003 to 2006. The homes were inflated, the MBS trusts were inflated, the TARP demands were inflated and the DOJ fined Wells Fargo $.1 Billion.
10. OCWEN then took advantage of the inflated amounts and is being sued herein for the actions of Countrywide, the illegal underwriter.

2

11. My connection with OCWEN is that they took over GMAC in 2012 who serviced my note from Jan 2006 to July 2007.
12. GMAC from Jan to DEC 2006 charged me $2,000 which was based on the $283,000 note value
13. From Jan 2007 to July 2007 GMAC charged me $2,700 which was based on the appraised value of $465,000.
14. This was done to trigger a foreclosure, which worked but it took Wells Fargo and OCWEN several years to accomplish that.
15. OCWEN and GMAC called the increase Escrow and was done unilaterally. OCWEN records of my case show this.
16. APRIL 2014 OCWEN got an illegal summary judgement by using an illegal AFFIDAVIT OF INDEBTEDNESS that maintained the inflated appraisal and escrow amounts.
17. The AFFIDAVIT was done on JULY 8 2013 and was too old to be used according to the Florida Supreme Court
18. The AFFIDAVIT had NO under penalty of perjury jurat on it and named TWO MBS trusts, one was defendant IMPAC 2005-2, AND beneficiary was IMPAC MORTGAGE HOLDINGS 2005-6.
19. Both that closed in 2008 according to the Internal Revenue Service list of MBS trusts.
20. They then became 10 year annuity bonds, knowing it would take years to go through the courts.
21. The AFFIDAVIT showed the plaintiff as WELLS FARGO as trustee of IMPAC SECURED ASSETS 2005-2, which got tarp funds and insurance so my note was paid off in full.
22. The AFFIDAVIT then had a second party as beneficiary named IMPAC MORTGAGE HOLDINGS 2005-6 AND OCWEN LOAN SERVICING for the illegal amount of $450,000.

3

23. This is double dipping illegal and caused me harm.
24. Both of these MBS trusts were bought by Wilbur Ross, the current Commerce Sect. in Sept 2007 for 1% in the American Home Mortgage BK case 07-11049.
25. He then sold much of these to BANK OF AMERICA in 2008, BOA foreclosed using the Wells Fargo bankrupt MBS called IMPAC SECURED ASSETS 2005-2.
26. It took 10 years to foreclose in the courts heavily burdened with millions of cases.
27. The 30 year notes were paid off with TARP and insurance and turned into 10 year annuity bonds.
28. I filed a mortgage fraud case on NOV 14 2007 #07-CA-14942, and in response Wells Fargo filed foreclosure case Dec 7 2007 # 07-CA-16767, cases were merged in 2012, both in Florida 20th Circuit Court.
29. Now add all the Florida cases that the Plaintiffs herein are suing for, as my home was the foundation of the accumulated concerns that caused the Plaintiffs herein to file suit.
30. The "devil is in the details" and I can help the plaintiffs herein if they want me to testify, or just give me a check in an amount to make me whole.
31. I am not an attorney but the facts are what they are.
32. Plaintiffs sued OCWEN in DEC 2013 one month after I filed a federal lawsuit against OCWEN and others in Ft.Myers. Plaintiffs followed my lead.
33. Plaintiffs sued OCWEN for $3 Billion and gave them 3 years to fix their problems.
34. Ocwen did Nothing and was fined $5 million.
35. I claim the $3 billion was securitized on Wall street and the $5 million was interest earned on the bond.

4

36. Since this Court sent me a notice I am included in this case.
37. I ask the Court to notice the Plaintiffs that my Court testimony would be of great help.
38. My case had the elements that existed in a million other cases, it was the "DNA" of the mortgage crisis.
39. My HUD-1, my appraisal, note and mortgage were all illegally inflated.
40. The DOJ fined Wells Fargo $2.1 Billion for selling the COUNTRYWIDE fraudulent inflated notes and homes.
41. CONCLUSION since I was sent a notice and order of this case, and since I am partly the reason this case exists, by all means have me testify or include me in any monetary rewards I am due.
42. The attached RICO LIEN NOTICE should be taken under all due consideration.
43. WHEREFORE I seek inclusion in this case and any monetary proceeds I may be due.
44. I certify that a copy was sent by US MAIL to the federal court.

*Patrick Farrell*

Patrick Farrell,
2250 E. MARILYN RD.
Phoenix AZ 85022
p.farrell13@yahoo.com
352 575 3659

5

IN THE CIRCUIT COURT-20TH JUDICIAL DIST
IN AND FOR LEE CO. FLORIDA

Patrick Lorne Farrell,

Plaintiff, possessor, Droit-Droit             07-CA-14942  [Date Oct 9,2017]

VS.  G.M.A.C;OCWEN LOAN SERV;

WELLS FARGO,IMPAC, et al, Defendants          7016 1970 0000 4684 1220

## PATRICK FARRELL'S RICO LIEN NOTICE AND NOTICE OF GREIVANCES,OBJECTION TO PROPOSED SALE OF HOME AND OBJECTION TO DEBT AMOUNTS ALLEGED

COMES NOW the Plaintiff, Patrick Farrell, Pro Per, Federal Whistleblower, Qui Tam Relator. This Notice fulfills the requirements of a **F.S. 895.08 RICO Lien Notice.** Notice of grievances to OCWEN LOAN SERVICING and WFBNA is hereby given that the entire case and summary judgment are VOID and untenable inter alia alleged debt paper was bought in 2008 by B.O.A. Not WFBNA.

**BACKGROUND SUMMARY-10 YEAR FRAUD BY DEFENDANTS AND VOID JUDGMENT**

**July 2004** a HUD-1 was made, broker unlawfully ADDED $48,000 lot equity to amount of **$280,000** that already included lot and demanded same upon BUSEY BANK and Federal Reserve for $328K. The entire project was for **$280K,** I deposited $15K and the BUSEY bank note was $265K. The $48,000 was stolen by broker,builder and bank during 15 month construction process.

**AUG 2005** an inflated appraisal for the $280K account was made for $465K.

**OCT 2005** 2nd HUD-1 made, $48,000 was added back as "settlement charges to borrower." The PINNACLE note was $286K, I paid $3K, the note was now $283K.

From start in **JUNE 2004, to OCT 2005** I paid $18K and $10K in interest for total $28K, 10% of note. My payments for note were $1,700 per month. **JAN-JULY 2007** GMAC took over and illegally charged me $2,700 per month based on the inflated appraisal, not the note or mortgage agreement.

**TILA rescission enjoined for $28K and $7K breach of contract actions by defendants.**

**AUG 2007,** AHM filed BK case #07-11049 and DEUTSCHE BANK rejected the defendants subject REMIC trust; IMPAC SECURED ASSETS-2005-2. 2008 IRS Publication 938 shows trust as VOID.

**SEPT 2007** WL ROSS, transfers title to notes and mortgages in this and 40 other trusts, for 1%. The defendants,the trusts, the mortgages were listed as **UNSECURED** creditors, **UNSECURED** debt.

**Plaintiff filed this action on NOV 14,2007, as a still valid T.I.L.A. Rescission Claim in commerce.**

Since then the Federal and State governments, attorney generals, Federal Reserve, U.S. Congress, the CFPB, the Fl. AG all agreed to Plaintiffs claims by **their** RICO Lien filings, lawsuits, consent orders.

**MAY 2012 GMAC went bankrupt,** became RESCAP and sold off it's fraudulent claims of debt.



Federal Courts and Judges Rakoff and others, reduced the principal note value of the subject trust and many others "worth" $8 billion to 2%, thereby voiding the $450K summary judgment.

**DEC 2013** the entire US govt and 49 state AG's, served OCWEN with RICO lien notice, consent order. This PROHIBITED foreclosure upon Plaintiff and millions across the USA, that OCWEN ignored.

**On APR 30,2014** the **unsecured** debt was named on a bogus Affidavit of Indebtedness without a penalty of perjury jurat, thereby making the debt **UNSECURED**, as jurat and affidavit is required.

**On APR 20, 2017** after Plaintiff filed 10 QUI TAM Complaints, the CFPB the Fl. AG the Fl. Dept. of Fin. Serv. all filed a RICO LIEN NOTICE and sued OCWEN LOAN SERVICING [OCWEN] for Unlawful and Illegal foreclosures,[including mine] on behalf of the RICO Wells Fargo Bank N.A. [WFBNA] Since JAN 2013, when OCWEN took over GMAC mortgages. OCWEN did not **SECURE** the mortgages onto it's REALSERVICING platform, **until late 2014, after the summary judgment.**

**The $450K foreclosure judgment is and was a Fraud Upon the Court for a variety of reasons.**

1. The CFPB/ FL.AG lawsuit and consent order in DEC 2013 prohibited foreclosure on Plaintiff.
2. The affidavit of indebtedness has several errors including no "penalty of perjury jurat."
3. Has a totally incorrect claim amount, and was so old it was Ordered not to be used.
4. Criminal contempt was done by fired judge Sherra Winesett on APR 30,2014 with $450K judgment.
5. **NOV 2014 the deal between WFBNA and OCWEN was canceled after being held up FEB 2014.**
6. OCWEN CEO William Erbey, and WFBNA CEO John Stumpf were both Ordered to Resign.
7. Defendants PINNACLE, GMAC, IMPAC, COUNTRYWIDE went out of business due to my claims.
8. WFBNA and OCWEN both suffered billions of judgments and orders due to the fraud herein, which is and was a Patented, Copyrighted, Trademarked Procedure carried out by the RICO called the B.A.R.
9. After all that and federal lawsuits and Orders for rescission and restitution for me, the Atty. General is proceeding on **MY RICO lien** notice for the states benefit and not mine.

**CONCLUSION- UNSECURED DEBT MEANS HOME IS NOT COLLATERAL FOR SALE**

The house and lot in Cape Coral at 2904 N.W. 14th Terrace is mine, and the proceeds of any ordered sale go to Me being the lawful beneficiary, the state court wants to unlawfully and illegally benefit.

UNSECURED because the note was not put into the trust, IMPAC SECURED ASSETS-2005-2
UNSECURED because that trust was voided, collapsed and rejected by DEUTSCHE in 2007.
UNSECURED because OCWEN did not secure the instruments unto it's REALSERVICING platform
UNSECURED because the affidavit of indebtedness has several errors voiding it's use.
UNSECURED because the debt was reduced to only 2% of face value in prior RESCAP-GMAC cases.
UNSECURED because the C.F.P.B. And the FL. A.G. Filed RICO LIEN notice, lawsuit against OCWEN for the very same thing I have pled since NOV 2007, an Unlawful and Illegal foreclosure.

7

**WHEREFORE**, the Fl. Attorney General shall submit an Order to the Court to prosecute this RICO Lien Notice for my benefit, and this court must take mandatory judicial notice of this pleading.

The proposed sale of my house should be Voided and settled in my favor, not the criminals WFBNA. During the trial of *James and Sharon Patterson*, (Case 6:97-CR-51) William Wayne Justice, Judge of the United States District Court Texas-Eastern Division when presented with law stated: **"I take my orders from England. This is not a law this court goes by."** **For all of those who did not believe that the United States was under Great Britain here it is. All Federal Judges, Congressmen, U.S. Attorneys, State Judges, Legislators and most Attorneys know this and are in fact British Agents.**

## CERTIFICATE OF SERVICE

Service was made by U.S. Mail to ;

HUD-Five Points Plaza Building, 40 Marietta St, Atlanta, GA 30303

TYLER SAMPSING-BRADLEY 100 No. Tampa St #2200 Tampa, FL 33602

April Harriot 6409 Congress Ave ste 100 Boca Raton, Fl. 33487

LINDA DOGGETT-LEE CO.CLERK COURT PO BOX 310 FT. MYERS,FL.33902

Office of Attorney General State of Florida The Capitol PL-01 Tallahassee, FL 32399-1050

RON FARIS-Ocwen Loan Serv 1661 Worthington Rd,Ste 100 West Palm Beach, FL 33409

## VERIFICATION

I, Patrick Lorne Farrell, , hereby verify, under penalty of perjury, under the laws of the United States of America, without the "United States" (Federal government), that the above statement of facts and laws is true and correct, according to the best of My current information, knowledge, and belief, so help me God, pursuant to 28 U.S.C. 1746(1). See Supremacy Clause (*Constitution*, *Laws* and *Treaties* are all the supreme Law of the Land).

**WITHOUT PREJUDICE-U.C.C.-1-308**

By:_____ good as aval

authorized representative; farrell : patrick lorne -non negotiable autograph

2904 NW14th Terrace-Cape Coral, Florida-[33993-9998]-D.M.S.R. SEC.112.32

239-558-4400   p.farrell13@yahoo.com



| A. Settlement Statement | | OMB Approval No. 2502-0265 | |
|---|---|---|---|
| | | B. Type of Loan | |
| **First American Title Insurance Company** **Final Statement** | | 1-5. Loan Type Conv. Unins. | |
| | | 6. File Number 1024-577543 | |
| | | 7. Loan Number | |
| | | 8. Mortgage Insurance Case Number | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside this closing; they are shown here for informational purposes and are not included in the totals.

D. Name of Borrower: Patrick Farrell
4944 Cleveland Boulevard, Unit 46, Fort Myers, FL 33907

E. Name of Seller: United Home Builders, Inc.

F. Name of Lender: Busy Bank Florida
7980 Summerlin Lakes Dr.
Ft. Myers, FL 33907

G. Property Location: 2904 NW 14th Terrace, Cape Coral, FL 33993

H. Settlement Agent: First American Title Insurance Company
Address: 3013 Del Prado Blvd., Suite 6, Cape Coral, FL 33904
Place of Settlement Address: 3013 Del Prado Blvd., Suite 6, Cape Coral, FL 33904

I. Settlement Date: 07/30/2004
Print Date: 07/30/2004, 1:40 PM
Disbursement Date: 07/30/2004

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract Sales Price | 279,600.00 | 401. Contract Sales Price | 279,600.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 1,164.20 | 403. Total Deposits | |
| 104. Lot Equity | 47,370.01 | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due From Borrower | 328,134.21 | 420. Gross Amount Due To Seller | 279,600.00 |
| 200. Amounts Paid By Or In Behalf of Borrower | | 500. Reductions In Amount Due to Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 265,600.00 | 502. Settlement charges (line 1400) | 8,335.00 |
| 203. Existing loan(s) taken subject | | 503. Existing loan(s) taken subject | |
| 204. Buyer Deposit Directly to Builder | 2,000.00 | 504. Payoff of first mortgage loan | |
| 205. Buyer Deposit to Williamsons & Sons - Seawall | 500.00 | 505. Payoff of second mortgage loan | |
| 206. Lot Equity | 47,500.00 | 506. Buyer Deposit Directly to Builder | 2,000.00 |
| 207. | | 507. Buyer Deposit to Williamsons & Sons - Seawall | 500.00 |
| 208. | | 508. LIP - Seawall | 7,865.00 |
| 209. | | 509. Supplemental Summary | 228,890.00 |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |

9

| Supplemental Page<br>HUD-1 Settlement Statement | File No.<br>1024-577543 |
|---|---|

# First American Title Insurance Company
## Final Statement

Loan No.

Settlement Date:
07/30/2004

**Borrower Name & Address:** Patrick Farrell
4944 Cleveland Boulevard, Unit 46, Fort Myers, FL 33907

**Seller Name & Address:** United Home Builders, Inc.

| Section L. Settlement Charges continued | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| 1108.   Supplemental Summary | | |
| a) Owner's Title Policy - First American Title Insurance Company | 1,244.00 | |
| b) Lender's Title Policy - First American Title Insurance Company | | 1,219.00 |
| | | 25.00 |

| Section K. Summary of Seller's Transaction continued | | |
|---|---|---|
| 400. Gross Amount Due To Seller | | |
| 500. Reductions in Amount Due to Seller | Seller Charges | Seller Credits |
| 509.   Supplemental Summary | | |
| a) Lot Equity | 228,890.00 | |
| b) LIP  - Busey Bank Florida | 47,500.00 | |
| | 181,390.00 | |

| The following Section is restated from the Settlement Statement Page 1 | | | |
|---|---|---|---|
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross amount due from Borrower (line 120) | 328,134.21 | 601. Gross Amount due to Seller (line 420) | 279,600.00 |
| 302. Less amounts paid by/for Borrower (line 220) | 315,600.00 | 601. Less reductions in amounts due to Seller (line 520) | 247,590.00 |
| 303. Cash (X From) ( To) Borrower | 12,534.21 | 603. Cash (X To) ( From) Seller | 32,010.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and distributions made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

BUYER(S):

Patrick Farrell

SELLER(S):

United Home Builders, Inc.,, a Florida Corporation

First American Title Insurance Company

By_____
Lois Conrad

By: Joseph L. Sealey, President

10

| A. Settlement Statement | | | OMB Approval No. 2502-0265 | |
|---|---|---|---|---|
| | | | B. Type of Loan | |
| **First American Title Insurance Company** <br> **Final Statement** | | 1-5. Loan Type Conv. Unins. | | |
| | | 6. File Number 1024-973415 | | |
| | | 7. Loan Number 132030973 | | |
| | | 8. Mortgage Insurance Case Number | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside this closing; they are shown here for informational purposes and are not included in the totals.

D. Name of Borrower: Patrick Farrell
2904 NW 14th Terr, Cape Coral, FL 33993

E. Name of Seller:

F. Name of Lender: Pinnacle Financial Corporation
2611 Technology Drive
Orlando, FL 32804

G. Property Location: 2904 NW 14th Terr, Cape Coral, FL 33993

H. Settlement Agent: First American Title Insurance Company
Address: 3013 Del Prado Blvd., Suite 6, Cape Coral, FL 33904

Place of Settlement Address: 3013 Del Prado Blvd., Suite 6, Cape Coral, FL 33904

I. Settlement Date: 10/03/2005
Print Date: 10/11/2005, 3:15 PM
Disbursement Date: 10/11/2005

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 47,448.51 | 403. Total Deposits | |
| 104. Supplemental Summary | 238,580.90 | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due From Borrower | 286,029.41 | 420. Gross Amount Due To Seller | |
| 200. Amounts Paid By Or In Behalf of Borrower | | 500. Reductions In Amount Due to Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 283,000.00 | 502. Settlement charges (line 1400) | |
| 203. Existing loan(s) taken subject | | 503. Existing loan(s) taken subject | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| City/town taxes | | 510. City/town taxes | |
| County taxes | | 511. County taxes | |

11

| | |
|---|---|
| Supplemental Page<br>HUD-1 Settlement Statement | File No.<br>1024-973415 |
| **First American Title Insurance Company**<br>Final Statement | Loan No.<br>132030973 |
| | Settlement Date:<br>10/03/2005 |

Borrower Name & Address: Patrick Farrell
2904 NW 14th Terr, Cape Coral, FL 33993

Seller Name & Address:

| Section L. Settlement Charges continued | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 1108. Supplemental Summary | 1,874.00 | | |
| a) Lender's Title Policy - First American Title Insurance Company | | 25.00 | |
| b) Owner's Title Policy - First American Title Insurance Company | | 1,849.00 | |
| 1201. Supplemental Summary | 239.00 | | |
| a) Record Mortgage - Clerk of the Circuit Court | | 239.00 | |

| Section J. Summary of Borrower's Transaction continue | | | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | Borrower Charges | Borrower Credits |
| 104. Supplemental Summary | 238,580.90 | | |
| a) Estimated 2005 Tax Bill to Lee County Tax Collector | | 1,000.00 | |
| b) Principal Balance - Busey Bank Florida | | 236,928.13 | |
| interest 09/29/05 to 10/10/05 @$54.397700/day | | 652.77 | |
| 200. Amounts Paid By Or In Behalf of Borrower | | | |

The following Section is restated from the Settlement Statement Page 1

| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
|---|---|---|---|
| 301. Gross amount due from Borrower (line 120) | 286,029.41 | 601. Gross Amount due to Seller (line 420) | |
| 302. Less amounts paid by/for Borrower (line 220) | 283,000.00 | 601. Less reductions in amounts due to Seller (line 520) | |
| 303. Cash (X From) ( To) Borrower | 3,029.41 | 603. | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and distributions made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

---

**Bank of America**

Cashier's Check

No. **4447539**

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date OCTOBER 11, 2005    VOID AFTER 90 DAYS    30-1/1140    (NTX)

Banking Center    SUMMERLIN

1002247  00009  004447539    PATRICK L FARRELL
Remitter (Purchased By)

Pay **TWO THOUSAND SIX HUNDRED SEVENTY DOLLARS AND 41 CENTS**    $ **2670.41**

To The Order    **FIRST AMERICAN TITLE**

12

PATRICK FARRELL
2356 E. MARILYN RD.
PHOENIX, AZ.
85022

SEP 01 2020
1:30 PM

RECEIVED
USMS INSPECTED

U.S. DISTRICT COURT
400 No. MIAMI AVE.
MIAMI, FL. 33128

CPU



U.S. POSTAGE
$1.40
FCMF 0000
Orig: 85022
08/24/20
2000052139
02  6W
R2303S103449