**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 17-CV-80495-MARRA**

**CONSUMER FINANCIAL PROTECTION BUREAU,**

**Plaintiff,**

**vs.**

**OCWEN FINANCIAL CORPORATION;**
**OCWEN MORTAGE SERVICING, INC.**
**OCWEN LOAN SERVICING, LLC and**
**PHH MORTGAGE CORPORATION,**
**Defendants.**

**_____________________________________________/**

**ORDER DIRECTING RESUBMISSION OF STREAMLINED SUMMARY JUDGMENT AND EVIDENTIARY MOTIONS**

This matter is before the Court on the parties' joint notice regarding proposed final consent judgment filed October 19, 2020 in connection with the case brought by the Florida agencies which has now been deconsolidated from this action [DE 708]. This notice includes a summary outline of "impacted summary judgment motions" and "impacted evidentiary motions," with multiple charts identifying various issues contained in still pending summary judgment motions which the parties describe as either "moot" or "partially moot" following entry of a Consent Judgment in the Florida Plaintiffs' case only.

After reviewing the parties' statement of "impacted" motions, the Court concludes that the parties' proposed disposition of the pending dispositive motions, requiring reference to a flow chart designating various sections and issues subsumed within the consolidated summary judgment motions and evidentiary motions as now "moot," is impractical and unworkable.

It is accordingly **ORDERED AND ADJUDGED**:

1. The remaining parties to this action are directed to refile their respective motions for summary judgment and related evidentiary motions, along with corresponding responses and replies, in a streamlined form which eliminates all portions of the previously filed motions which they deem as now moot.

2. The parties shall meet and confer to coordinate a schedule governing the streamlined submission of the relevant dispositive and evidentiary motions, as directed herein, and shall submit their proposed scheduling order governing these submissions to the Court within **TEN (10) DAYS** from the date of entry of this Order.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 28th day of October, 2020.

KENNETH A. MARRA
United States District Judge

cc. all counsel