UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 17-CV-80495-MARRA

CONSUMER FINANCIAL PROTECTION BUREAU,

    Plaintiff,

vs.

OCWEN FINANCIAL CORPORATION;
OCWEN MORTAGE SERVICING, INC.
OCWEN LOAN SERVICING, LLC and
PHH MORTGAGE CORPORATION,
    Defendants.

_____/

## ORDER DIRECTING BRIEFING SCHEDULE ON STREAMLINED SUMMARY JUDGMENT AND EVIDENTIARY MOTIONS

**THIS CAUSE** is before the Court upon receipt of the parties' joint scheduling order proposal filed November 9, 2020 [DE 715].  Upon consideration, the following briefing schedule governing the resubmission of streamlined summary judgment motions and evidentiary motions between the remaining parties to this suit is now established:

    A.  **SUMMARY JUDGMENT MOTIONS**

| | |
|---|---|
| Motions/Supporting Fact Statements | DECEMBER 4, 2020 |
| Opposition Briefs | DECEMBER 10, 2020 |
| Reply Briefs | DECEMBER 21, 2020 |

B.  **DAUBERT MOTIONS**

    Defendants' Motion(s)                                      DECEMBER 4, 2020

    Plaintiff's Motion(s)                                        DECEMBER 10, 2020

    Responses (plaintiff/defendant)                      DECEMBER 16, 2020

    Replies (plaintiff/defendant)                           DECEMBER 21, 2020

C.  **MOTIONS TO SEAL**

1. For reasons stated in the Court's contemporaneous order granting clarification of sealed filings procedures and disapproving the parties' proposal for "provisional sealed filings," the parties' proposal for a briefing schedule governing the submission of "provisional sealed filings" is rejected.

2. Any party seeking to submit any pleading, motion, memorandum, document or other evidentiary matter – or any portion thereof - under seal in conjunction with the anticipated summary judgment motions and *Daubert* motions shall file its motion to seal *contemporaneously* with the motion to which it relates, or the opposition briefing to which it relates.   Further, the party seeking to submit the information under seal shall strictly adhere to the requirements of Local Rule 5.4(b)(1) governing procedures for filing under seal in civil cases in this District.

3. Any party filing a motion to seal under Local Rule 5.4(b) shall also, prior to the issuance of a ruling on the motion to file under seal, publicly file a redacted version of the pleading, motion, memorandum or other document which is the subject of the motion to seal.   The redacted document shall be contemporaneously filed with the motion to seal.  *This requirement for the contemporaneous filing of redacted,*

*documents in the public portion of the court file applies to the subject matter of all motions to seal, including all evidentiary submissions.*

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 17th day of November, 2020.

_____
KENNETH A. MARRA
United States District Judge

cc. all counsel