UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 17-CV-80495-MARRA

CONSUMER FINANCIAL PROTECTION BUREAU,

    Plaintiff,

vs.

OCWEN FINANCIAL CORPORATION;
OCWEN MORTAGE SERVICING, INC.
OCWEN LOAN SERVICING, LLC and
PHH MORTGAGE CORPORATION,

    Defendants.

_____/

## ORDER TERMINATING MOTIONS AS MOOT

**THIS CAUSE** is before the Court following entry of a briefing schedule governing the submission of streamlined summary Judgment and Daubert motions on the claims of the remaining Federal Plaintiffs, and an order denying the parties' request for implementation of "provision" sealed filings procedures. In light of these rulings, and the recent final disposition of the claims of the Florida plaintiffs, a series of previously filed motions directed to the submission of information under seal in conjunction with *Daubert* and summary judgment motions, in addition to various substantive motions and other miscellaneous matters are now moot.

It is accordingly **ORDERED AND ADJUDGED**:

The Clerk is directed to **TERMINATE** the following motions as **MOOT:**

DE Nos. 629, 630, 632 (plaintiffs sealed joint motion for summary judgment), 634, 637, 638, 642 (defendants' sealed motion for summary judgment); 643, 654, 668, 669, 673

(sealed motion to strike); 678, 685, and 692.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 17th day of November, 2020.

KENNETH A. MARRA
United States District Judge

cc. all counsel