**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 9:17-CV-80495-MARRA-MATTHEWMAN**

CONSUMER FINANCIAL PROTECTION BUREAU,
Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, OCWEN MORTGAGE SERVICING, INC., and OCWEN LOAN SERVICING, LLC,

Defendants.

**DEFENDANTS' INDEX OF EXHIBITS TO THEIR STATEMENT OF MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

**INDEX TO DEFENDANTS' STATEMENT OF MATERIAL FACTS (SMF)**

| SMF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| **1.** | *CFPB v. Ocwen Fin. Corp.*, No. 13-2025, ECF No. 1 (D.D.C. Dec. 19, 2013) ("2013 Compl.") | No | No |
| **2.** | Consent Judgment, *CFPB v. Ocwen Fin. Corp.*, No. 13-2025, ECF No. 12 (D.D.C. Feb. 26, 2014) ("NMS Consent Judgment" or "NMS C.J.") | No | No |
| **3.** | NMS C.J. Ex. A | No | No |
| **4.** | NMS C.J. Ex. B | No | No |
| **5.** | NMS C.J. Ex. C | No | No |
| **6.** | NMS C.J. Ex. D | No | No |
| **7.** | NMS C.J. Ex. E | No | No |
| **8.** | NMS C.J. Ex. F | No | No |
| **9.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **10.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **11.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **12.** | Consent Motion, *CFPB v. Ocwen Fin. Corp.*, No. 13-2025, ECF No. 45 (Sept. 6, 2017) | No | No |
| **13.** | Declaration of Jenna D. Evans (June 4, 2020) ("Evans Decl.") | No | No |
| **14.** | Excerpted Deposition of Anthony Bradlow (June 21, 2019) ("Bradlow Dep.") | No | No |

| SMF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| 15. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 16. | OAG-01290647 | No | No |
| 17. | OAG-01287290 | No | No |
| 18. | OAG-01287478 | No | No |
| 19. | OAG-01290879 | No | No |
| 20. | OCW-039-0292423 | No | No |
| 21. | Rebuttal Expert Report of Marcel Bryar (Oct. 15, 2019) ("Bryar Report") | No | No |
| 22. | Monitor's Report for the Reporting Periods Ended March 31, 2015 and June 30, 2015, *CFPB v. Ocwen Fin Corp.*, No. 13-02025, ECF No. 37 (D.D.C. April 28, 2016) | No | No |
| 23. | Monitor's Report for the Reporting Periods Ended September 30, 2015 and December 31, 2015, *CFPB v. Ocwen Fin. Corp.*, No. 13-02025, ECF No. 41 (D.D.C. Sept. 8, 2016) | No | No |
| 24. | Monitor's Report for the Reporting Periods Ended March 31, 2016 and June 30, 2016, *CFPB v. Ocwen Fin. Corp.*, No. 13-02025, ECF No. 42 (D.D.C. July 3, 2017) | No | No |
| 25. | Monitor's Report for the Reporting Periods Ended September 30, 2016, December 31, 2016 and March 31, 2017, *CFPB v. Ocwen Fin. Corp.*, No. 13-02025, ECF No. 44 (D.D.C. Aug. 25, 2017) | No | No |
| 26. | Monitor's Report for the Reporting Periods Ended September 30, 2014 and | No | No |

| SMF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| | December 31, 2014, *CFPB v. Ocwen Fin. Corp.*, No. 13-02025, ECF No. 36 (D.D.C. Oct. 22, 2015) | | |
| **27.** | Order, *CFPB v. Ocwen Fin. Corp.*, No. 13-cv-02025, ECF No. 46 (D.D.C. Sept. 6, 2017) | No | No |
| **28.** | Excerpted May 2, 2019 Hearing Transcript, *CFPB v. Ocwen Fin. Corp.*, No. 9:17-cv-80495 | No | No |
| **29.** | Excerpted Dec. 4, 2019 Hearing Transcript, *CFPB v. Ocwen Fin. Corp.*, No. 9:17-cv-80495 | No | No |
| **30.** | Excerpted June 5, 2019 Hearing Transcript, *CFPB v. Ocwen Fin. Corp.*, No. 9:17-cv-80495 | No | No |
| **31.** | Defendants' First Set of Interrogatories to Plaintiff (Aug. 24, 2017) | No | No |
| **32.** | Declaration of Sabrina M. Rose-Smith (June 5, 2020) ("Rose-Smith Decl.") | No | Partial |
| **33.** | CFPB's Fifth Amended Answer to Defendants' First Set of Interrogatories, Ex. 1.1 (Nov. 22, 2019) ("CFPB Loan Lists") | Yes | Yes |
| **34.** | CFPB Loan Lists, Ex. 1.2 | Yes | Yes |
| **35.** | CFPB Loan Lists, Ex. 1.3 | Yes | Yes |
| **36.** | CFPB Loan Lists, Ex. 2.1 | Yes | Yes |
| **37.** | CFPB Loan Lists, Ex. 2.2 | Yes | Yes |
| **38.** | CFPB Loan Lists, Ex. 2.3 | Yes | Yes |
| **39.** | CFPB Loan Lists, Ex. 3 | Yes | Yes |

| SMF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| 40. | CFPB Loan Lists, Ex. 4 | No | No |
| 41. | CFPB Loan Lists, Ex. 5 | Yes | Yes |
| 42. | CFPB Loan Lists, Ex. 6 | Yes | Yes |
| 43. | CFPB Loan Lists, Ex. 7 | Yes | Yes |
| 44. | CFPB Loan Lists, Ex. 8.1 | Yes | Yes |
| 45. | CFPB Loan Lists, Ex. 8.2 | Yes | Yes |
| 46. | CFPB Loan Lists, Ex. 9 | Yes | Yes |
| 47. | CFPB Loan Lists, Ex. 10 | Yes | Yes |
| 48. | CFPB Loan Lists, Ex. 11 | Yes | Yes |
| 49. | CFPB Loan Lists, Ex. 12 | No | No |
| 50. | CFPB Loan Lists, Ex. 13 | Yes | Yes |
| 51. | CFPB Loan Lists, Ex. 14 | Yes | Yes |
| 52. | CFPB Loan Lists, Ex. 15 | Yes | Yes |
| 53. | Excerpted 30(b)(6) Deposition of Richa Dasgupta (June 26, 2019) ("Dasgupta 30(b)(6) Dep.") | No | Partial |
| 54. | Declaration of Krysta Sebastian (June 4, 2020) ("Sebastian Decl.") | No | No |
| 55. | Plaintiff's Fifth Set of Requests for Production to Defendants (Aug. 6, 2018) | No | No |
| 55A. | Plaintiff's Fifth Set of Requests for Production to Defendants, Ex. A (Aug. 6, 2018) | Yes | Yes |
| 55B. | Plaintiff's Fifth Set of Requests for Production to Defendants, Ex. B (Aug. 6, 2018) | No | Yes |

| SMF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| **56.** | Excerpted Nov. 29, 2018 Hearing Transcript, *CFPB v. Ocwen Fin. Corp.*, No. 9:17-cv-80495 | No | No |
| **57.** | Plaintiff's Reply in Support of Its Motion to Compel Complete Responses to Its Fourth and Fifth Requests for Production, *CFPB v. Ocwen Fin. Corp.*, No. 9:17-cv-80495, ECF No. 200 (Nov. 1, 2018) | No | No |
| **58.** | Expert Report of John Searson on Behalf of Consumer Financial Protection Bureau (Aug. 15, 2019) ("Searson Report") | No | Partial |
| **59.** | Excerpted Deposition of John Searson (Jan. 9, 2020) ("Searson Dep.") | No | No |
| **60.** | Second Amended Expert Report of Professor Daniel McFadden on Behalf of Consumer Financial Protection Bureau (Sept. 19, 2019) ("McFadden Second Amended Report") | No | Partial |
| **61.** | Excerpted Deposition of Daniel McFadden (Feb. 4, 2020) ("McFadden Dep.") | No | No |
| **62.** | CFPB 30(b)(6) Dep. Ex. 67 (June 26, 2019) | No | No |
| **63.** | OCW-CFPB-001-00585088 | Yes | Yes |
| **64.** | Intentionally Omitted | N/A | N/A |
| **65.** | OCW-CFPB-001-00585087 | Yes | Yes |
| **66.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **67.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |

| SMF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| 68. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 69. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 70. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 71. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 72. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 73. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 74. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 75. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 76. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 77. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 78. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 79. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 80. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 81. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |

| SMF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| **82.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **83.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **84.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **85.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **86.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **87.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **88.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **89.** | Surrebuttal Expert Report of Professor Daniel McFadden on Behalf of Consumer Financial Protection Bureau (Nov. 14, 2019) ("McFadden Surreply Report") | No | Partial |
| **90.** | Expert Report of William G. Hamm, Ph.D. (Oct. 15, 2019) ("Hamm Report") | No | Partial |
| **91.** | Intentionally Omitted | N/A | N/A |
| **92.** | Declaration of Benjamin Verdooren (June 5, 2020) ("Verdooren Decl.") | No | No |
| **93.** | Excerpted 30(b)(6) Deposition of Andrew Combs (May 29, 2019) ("Combs 30(b)(6) Dep.") | No | No |
| **94.** | Intentionally Omitted | N/A | N/A |
| **95.** | Excerpted Deposition of Thomas Diller (June 3, 2019) ("Diller Dep.") | No | No |

| SMF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| 96. | Excerpted Deposition of Daniel Reeves (June 2, 2016) ("Reeves Dep.") | No | No |
| 97. | Intentionally Omitted | N/A | N/A |
| 98. | Excerpted 30(b)(6) Deposition of Kim McCall Miller (May 15, 2019) ("Miller Dep.") | No | No |
| 99. | Defendants' Amended and Supplemented Responses and Objections to Plaintiff's First Set of Interrogatories (Mar. 20, 2018) | No | No |
| 100. | OCW-030-0027038 | No | No |
| 101. | Defendants' Amended and Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories (Aug. 2, 2018) | No | No |
| 102. | Excerpted Deposition of Marcel Bryar (Dec. 19, 2019) ("Bryar Dep") | No | No |
| 103. | OCW3-006-0000076 | No | No |
| 104. | OCW-CFPB-001-05932687 | No | No |
| 105. | OCW-CFPB-001-05932757 | No | No |
| 106. | OCW-CFPB-001-05932826 | No | No |
| 107. | OCW-CFPB-001-05932902 | No | No |
| 108. | OCW-CFPB-001-05932978 | No | No |
| 109. | OCW-CFPB-001-05933054 | No | No |
| 110. | OCW-CFPB-001-05933130 | No | No |
| 111. | OCW-CFPB-001-05933196 | No | No |
| 112. | OCW-CFPB-001-05933260 | No | No |

| SMF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| 113. | OCW-CFPB-001-05933322 | No | No |
| 114. | OCW-CFPB-001-05933388 | No | No |
| 115. | OCW-CFPB-001-05933457 | No | No |
| 116. | Excerpted 30(b)(6) Deposition of Sherri Goodman (May 22, 2019) ("Goodman 30(b)(6) Dep.") | No | No |
| 117. | OCW-CFPB-001-01036232 | No | Partial |
| 118. | OCW-CFPB-001-01031629 | No | Partial |
| 119. | OCW2-001-0004419 | No | Partial |
| 120. | Excerpted Deposition of Ronald Faris (May 31, 2019) ("Faris Dep.") | No | No |
| 121. | Intentionally Omitted | N/A | N/A |
| 122. | OCW-CFPB-001-05784168 | No | No |
| 123. | OCW-CFPB-001-01665892 | No | No |
| 124. | Excerpted 30(b)(6) Deposition of Gabriel O'Malley (June 26, 2019) ("O'Malley 30(b)(6) Dep.") | No | No |
| 125. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 126. | Plaintiff's Fifth Amended Answer to Defendants' First Set of Interrogatories (Nov. 22, 2019) | No | No |
| 127. | Excerpted Defendant's Notice of Rule 30(b)(6) Deposition of Plaintiff Consumer Financial Protection Bureau (Apr. 15, 2019) | No | No |
| 128. | Plaintiff's First Supplement to Its Initial Disclosures (Dec. 17, 2018) | No | No |

| SMF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| **129.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **130.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **131.** | Excerpted Dec. 20, 2018 Hearing Tr., *CFPB v. Ocwen Fin. Corp.*, No. 9:17-cv-80495 | No | No |
| **132.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **133.** | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| **134.** | Excerpted Jan. 24, 2019 Hearing Tr., *CFPB v. Ocwen Fin. Corp.*, No. 9:17-cv-80495 | No | No |
| **135.** | Excerpted Defendants' Fourth Requests for Production of Documents to Plaintiff Consumer Financial Protection Bureau (Apr. 15, 2019) | No | No |
| **136.** | Excerpted Plaintiff's Responses and Objections to Defendants' Fourth Set of Requests for Production of Documents (May 20, 2019) | No | No |
| **137.** | Defendants' Amended Notice of Rule 30(b)(6) Deposition of Plaintiff Florida Office of the Attorney General (June 12, 2019) | No | No |
| **138.** | Defendants' Amended Notice of Rule 30(b)(6) Deposition of Plaintiff Florida Office of Financial Regulation (June 7, 2019) | No | No |

Dated: December 4, 2020

Respectfully submitted,

*/s/ Catalina E. Azuero*

Bridget Ann Berry
Andrew Stuart Wein
**GREENBERG TRAURIG, P.A.**
777 South Flagler Drive, FL 33401
Tel.: 561.650.7900
berryb@gtlaw.com
weina@gtlaw.com

Thomas M. Hefferon (*pro hac vice*)
Sabrina M. Rose-Smith (*pro hac vice*)
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: 202.346.4000
thefferon@goodwinlaw.com
srosesmith@goodwinlaw.com

Laura A. Stoll (*pro hac vice*)
**GOODWIN PROCTER LLP**
601 S. Figueroa Street
Los Angeles, CA 90017
Tel.: 213.426.2500
lstoll@goodwinlaw.com

Catalina E. Azuero (Florida Bar No. 821411)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
cazuero@goodwinlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on December 4, 2020 via ECF on all counsel or parties of record listed below:

Jean Healey
Email: jean.healey@cfpb.gov

Atur Desai
E-mail: atur.desai@cfpb.gov

Tianna Baez
E-mail: tianna.baez@cfpb.gov

Amanda Roberson
E-mail: amanda.roberson@cfpb.gov

Stephanie Brenowitz
E-mail: stephanie.brenowitz@cfpb.gov

Erin Mary Kelly
E-mail: erin.kelly@cfpb.gov

James Savage
E-mail: james.savage@cfpb.gov

Greg Nodler
E-mail: greg.nodler@cfpb.gov

Michael Posner
E-mail: michael.posner@cfpb.gov

Jack Douglas Wilson
E-mail: doug.wilson@cfpb.gov

Shirley T. Chiu
E-mail: shirley.chiu@cfpb.gov

/s/ *Catalina E. Azuero*
Catalina E. Azuero