**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 9:17-CV-80495-MARRA-MATTHEWMAN**

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, OCWEN MORTGAGE SERVICING, INC., and OCWEN LOAN SERVICING, LLC,

Defendants.

# DEFENDANTS' INDEX OF EXHIBITS TO THEIR RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS, AND DEFENDANTS' COUNTERSTATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**INDEX TO DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS ("RSF") AND COUNTERSTATEMENT OF FACTS ("CSF")**

| RSF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| 1. | Excerpt of Defendants' Responses to Plaintiffs' First Requests for the Production of Documents to Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC (Dec. 6, 2017) | No | No |
| 2. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 3. | Letter from Catalina E. Azuero to Sasha Funk Granai and Scott R. Fransen (July 5, 2018) | No | No |
| 4. | [INTENTIONALLY OMITTED PURSUANT TO DE 713] | N/A | N/A |
| 5. | Loss Mitigation CFPB Presentation (June 2015) | No | Yes |
| 6. | Excerpted Deposition of Christopher Kennedy (April 23, 2019) | No | No |
| 7. | Excerpted Hearing Transcript of Brian LaForest (May 26, 2016) | No | No |
| 8. | Excerpted Hearing Transcript of Mark Ehrenreich (June 8, 2016) | No | No |
| 9. | Errata Sheet to Deposition of William Erbey Deposition (June 21, 2019) | No | No |
| 10. | Excerpted Deposition of Thomas Arnett (April 25, 2019) | No | No |
| 11. | Ocwen Financial Corporation Form 8-K (Oct. 5, 2012) | No | No |
| 12. | Ocwen Financial Corporation Form 8-K (Feb. 19, 2013) | No | No |

| RSF Ex. # | Description | Filed Via Courier | Confidential |
|---|---|---|---|
| 13. | Declaration from Krysta Sebastian ("Sebastian Decl.") (July 24, 2020) | No | Partial |
| 14. | Fifth RFP No. 5 Data Excerpt | Yes | Yes |
| 15. | Fifth RFP No. 7 Data Excerpt | Yes | Yes |
| 16A & 16B | Fifth RFP No. 8 Data Excerpt | Yes | Yes |
| 17. | Fifth RFP No. 10 Data Excerpt | Yes | Yes |
| 18. | Fifth RFP No. 19 Data Excerpt | Yes | Yes |
| 19. | Fifth RFP No. 20-21 Data Excerpt | Yes | Yes |
| 20. | Fifth RFP No. 22 Data Excerpt | Yes | Yes |
| 21. | Credit Reporting Loan Examples | Yes | Yes |
| 22. | Loan [redacted]9083 Data | Yes | Yes |
| 23. | Loan [redacted]7487 Data | Yes | Yes |
| 24. | Loan [redacted]4324 Data | Yes | Yes |
| 25. | Loan [redacted]8524 Data | Yes | Yes |
| 26. | Loan [redacted]8186 Data | Yes | Yes |
| 27. | Loan [redacted]7777 Data | Yes | Yes |
| 28. | Loan [redacted]6360 Data | Yes | Yes |
| 29. | Excerpted Deposition of Benjamin Purser (April 3, 2019) | No | No |
| 30. | Fifth RFP No. 1 Data Excerpt | Yes | Yes |

Dated: December 10, 2020

Respectfully submitted,

*/s/ Catalina E. Azuero*
Bridget Ann Berry (Fla. Bar No. 515639)
Andrew Stuart Wein (Fla. Bar No. 1005238)
**GREENBERG TRAURIG, P.A.**
777 South Flagler Drive, FL 33401
Tel.: 561.650.7900
berryb@gtlaw.com
weina@gtlaw.com

Thomas M. Hefferon (*pro hac vice*)
Sabrina M. Rose-Smith (*pro hac vice*)
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: 202.346.4000
thefferon@goodwinlaw.com
srosesmith@goodwinlaw.com

Laura A. Stoll (*pro hac vice*)
**GOODWIN PROCTER LLP**
601 S. Figueroa Street
Los Angeles, CA 90017
Tel.: 213.426.2500
lstoll@goodwinlaw.com

Catalina E. Azuero (Florida Bar No. 821411)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
cazuero@goodwinlaw.com

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on December 10, 2020 via ECF on all counsel or parties of record listed below:

Jean Healey
Email: jean.healey@cfpb.gov

Atur Desai
E-mail: atur.desai@cfpb.gov

Tianna Baez
E-mail: tianna.baez@cfpb.gov

Amanda Roberson
E-mail: amanda.roberson@cfpb.gov

Stephanie Brenowitz
E-mail: stephanie.brenowitz@cfpb.gov

Erin Mary Kelly
E-mail: erin.kelly@cfpb.gov

James Savage
E-mail: james.savage@cfpb.gov

Greg Nodler
E-mail: greg.nodler@cfpb.gov

Michael Posner
E-mail: michael.posner@cfpb.gov

Jack Douglas Wilson
E-mail: doug.wilson@cfpb.gov

Shirley T. Chiu
E-mail: shirley.chiu@cfpb.gov

/s/ Catalina E. Azuero
Catalina E. Azuero