UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 9:17-CV-80495-MARRA-MATTHEWMAN
CASE NO. 9:17-CV-80496-MARRA-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION
BUREAU,

    Plaintiff,
v.

OCWEN FINANCIAL CORPORATION;
OCWEN MORTGAGE SERVICING, INC.;
OCWEN LOAN SERVICING, LLC; and PHH
MORTGAGE CORPORATION,

    Defendants.

OFFICE OF THE ATTORNEY GENERAL,
THE STATE OF FLORIDA, Department of Legal Affairs,
and
OFFICE OF FINANCIAL REGULATION,
THE STATE OF FLORIDA, Division of Consumer Finance,

    Plaintiffs,
v.

OCWEN FINANCIAL CORPORATION;
OCWEN MORTGAGE SERVICING, INC.;
OCWEN LOAN SERVICING, LLC, and PHH
MORTGAGE CORPORATION,

    Defendants.
_____/

## SUPPLEMENTAL MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on October 23, 2020, and all of the parties or their representatives were present. The matter was adjourned for further discussions but was ultimately not able to be resolved.

    Respectfully Submitted,

    LICHTER LAW FIRM
    2999 NE 191st, Suite 330
    Aventura, FL 33180
    (305) 356-7555

    By: /s/ David Lichter, Esq.
        David H. Lichter, Esq.,
        *Mediator*

*Case No.: 9:17-CV-80495*
*Case No.: 9:17-CV-80496*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2021, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

*E-mail:* jean.healeydippold@cfpb.gov
Jean M. Healey, Esq.
1700 G Street NW
Washington, DC 20552

*Counsel for Plaintiff CFPB*

*Email:* Sasha.Granai@myfloridalegal.com; Jennifer.Pinder@myfloridalegal.com
Sasha Funk Granai, Assistant Chief-Assistant Attorney General
Jennifer Hayes Pinder, Senior Assistant Attorney General
3507 East Frontage Road, Suite 325
Tampa, FL 33607

*Counsel for Plaintiff Office of Attorney General, State of Florida*

*Email:* Joaquin.Alvarez@flofr.com
Joaquin Alvarez, Assistant General Counsel
The Fletcher Building
200 East Gaines Street
Tallahassee, FL 32399

*Counsel for Plaintiff, Office of Financial Regulation, State of Florida*

*Email:* thefferon@goodwinlaw.com; srosesmith@goodwinlaw.com
Sabrina Rose-Smith, Esq.
Thomas M. Hefferon, Esq.
Goodwin Procter LLP
1900 N Street, NW
Washington, DC  20036
Tel.:  202.346.4000

*Email:* lstoll@goodwinlaw.com
Laura A. Stoll, Esq.
Goodwin Procter LLP
601 S. Figueroa Street
Los Angeles, CA  90017

*Email:* weina@gtlaw.com; berryb@gtlaw.com
Andrew S. Wein, Esq.
Bridget Ann Berry, Esq.
Greenberg Traurig, P.A.
777 South Flagler Drive, Suite 300 East
West Palm Beach, FL  33401

*Counsel for Defendant*

/s/ David Lichter, Esq.
David H. Lichter, Esq.
Florida Bar No. 359122