## United States District Court
## Southern District of Florida   (West Palm Beach)

JANICE WOLK GRENADIER (JWG)                  CASE #: 9:17-cv-80495-KAM

     Pro Se  Intervener / StockHolder

Consumer Financial Protection Bureau

Vs.

OCWEN Financial Corporation, Inc
    OCWEN Loan Servicing L.L.C.
    OCWEN Mortgage Servicing Inc.
    PHH Mortgage Corporation

FILED BY____FCS____D.C.

MAR 2 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MOTION TO REOPEN INTERVENE FOR JANICE WOLK GRENADIER
## WITH NEW EVIDENCE under 60(B) (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

  Comes now on **Tuesday March 16, 2021 Intervener realized**  the *"Order Granting in Part and Reserving Ruling in on Denying defendants' Motion for Summary Judgement as to Count 10 of Plaintiff's Amended Complaint [De 73]  and Denying Plaintiff's Motion for Summary Judgement on Liability [DE 728]"* **that the public is not being protected from the Management of OCWEN / PHH.   The Management are skilled with how they got away with the 2008 Banking Financial Debacle and have now moved the SCHEME to the Servicers with the Banks with the same Government Agencies ignoring it.**

**THE ONLY RECOURSE OF THE PEOPLE IS TO FILE A COMPLAINT WITH THEIR ATTORNEY GENERAL who is compromised and the CFPB who has no power to help an individual.**

Intervener spelled it out in the following filings 04/06/2020 Docket 610 should have Intervene and Exhibits:

| | | |
|---|---|---|
| 04/06/2020 | 609 | NOTICE of Filing re Forclosure by Janice Wolk Grenadier. (Attachments: # 1 Exhibit) (kpe) (Entered: 04/06/2020) |
| 04/06/2020 | 610 | NOTICE to the Court to Schedule Hearing by Janice Wolk Grenadier. (kpe) (Entered: 04/06/2020) |
| 04/16/2020 | 611 | NOTICE of Claim Against Owen by Patrick Farrell (Copy of Order DE 409 terminating party, mailed to filer on 4/16/2020) (jc) (Entered: 04/16/2020) |

| 04/20/2020 | 612 | Joint RESPONSE to 609 Notice (Other) *Janice Wolk Grenadier's Motion to Intervene* by OCWEN Loan Servicing LLC, Ocwen Financial Corporation, Ocwen Mortgage Servicing Inc., PHH Mortgage Corporation. (Attachments: # 1 Exhibit)(Wein, Andrew) (Entered: 04/20/2020) |
|---|---|---|
| 04/22/2020 | 613 | ORDER granting 562 Motion to Dismiss Count V for Failure to State a Claim. Signed by Judge Kenneth A. Marra on 4/22/2020. *See attached document for full details.* (ir) (Entered: 04/22/2020) |
| 04/28/2020 | 614 | CERTIFICATE OF SERVICE by OCWEN Loan Servicing LLC, Ocwen Financial Corporation, Ocwen Mortgage Servicing Inc., PHH Mortgage Corporation re 612 Response/Reply (Other), (Azuero, Catalina) (Entered: 04/28/2020) |
| 04/29/2020 | 615 | Clerks Notice to Filer re 614 Certificate of Service. Document Not Captioned; CORRECTIVE ACTION REQUIRED - The Filer must File a Notice of Striking, then refile the document with the proper caption pursuant to Local Rules. (pes) (Entered: 04/29/2020) |
| 04/29/2020 | 616 | OPINION AND ORDER granting 527 Motion to Strike Defendant's Sixth Affirmative Defense. Signed by Judge Kenneth A. Marra on 4/29/2020. *See attached document for full details.* (ir) (Entered: 04/29/2020) |
| 04/29/2020 | 617 | NOTICE of Striking 614 Certificate of Service filed by OCWEN Loan Servicing LLC, PHH Mortgage Corporation, Ocwen Mortgage Servicing Inc., Ocwen Financial Corporation by OCWEN Loan Servicing LLC, Ocwen Financial Corporation, Ocwen Mortgage Servicing Inc., PHH Mortgage Corporation (Azuero, Catalina) (Entered: 04/29/2020) |
| 04/29/2020 | 618 | CERTIFICATE OF SERVICE by OCWEN Loan Servicing LLC, Ocwen Financial Corporation, Ocwen Mortgage Servicing Inc., PHH Mortgage Corporation re 612 Response/Reply (Other), (Azuero, Catalina) (Entered: 04/29/2020) |
| 04/30/2020 | 619 | Intervener Response to Parties Joint Opposition to Motion to Intervene filed by Janice Wolk Grenadier. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(jao) (Additional attachment(s) added on 5/4/2020: Attachment # 6 Exhibit Refiled Transcript of Motions Hearing) added on 5/4/20 as original submission at exhibit 2 had sections that were illegible. Modified on 5/4/2020 (bms). (Entered: 04/30/2020) |
| 04/30/2020 | 620 | MOTION for Ex-Parte Communication to play taped Conversation between JWG and Amanda Christine Roberson/Lawyer for CFPB on April 16, 2020. by Janice Wolk Grenadier. (jao) (Entered: 04/30/2020) |
| 04/30/2020 | 621 | Notice to Schedule Hearing Regarding re 619 Intervener Response to Parties Joint Opposition to Motion to Intervene, 620 MOTION for Ex-Parte Communication to play taped Conversation between JWG and Amanda Christine Roberson/Lawyer for CFPB on April 16, 2020. by Janice Wolk Grenadier. (jao) (Entered: 04/30/2020) |
| 04/30/2020 | 622 | ORDER denying 620 Motion for Ex Parte Communication. Signed by Judge Kenneth A. Marra on 4/30/2020. *See attached document for full details.* (ir) (Entered: 04/30/2020) |

That on or around April 6, 2020 JWG Intervened due to the foreclosure of her home at 15 W. Spring St., Alexandria, VA 22301. **That Intervener can not find an HONEST COURT that will look at the information and the criminal acts and actions of many.** That new evidence shows that the Management of OCWEN/PHH is not dealing with the public in good faith.

That JWG had reached out to Leon Cooperman, investor, due to the conversations JWG had with past employees of OCWEN / PHH, who stated clearly that many criminal acts and actions in foreclosure were taking place.

After these calls JWG started receiving notices from OCWEN/PHH/NewRez that they were investigating an issue.  JWG never reached out to the above.

In court the lawyers for OCWEN/PHH/NewRez stated JWG was harassing OCWEN et al - true fact the opposing side was sending JWG the letters.

The Judge is from 4 ½ hours away, Troutman Pepper Hamilton Sanders lawyers for OCWEN used an attorney friend of the Judge 41/2 hours away.  This ensured OCWEN a win in Virginia.

This Judge has ignored that OCWEN attorney who stated Wells Fargo Bank owned the loan, and that when JWG tried to put into the record this was a lie as Wells Fargo Bank put into a Notarized Statement that they had nothing to do with any loan on 15 W. Spring St..  Again the Judge ignored such information.

This shows how the OCWEN lawyers are allowed to go into the courts and LIE and the Judge ignores it.  This is a pattern and practice all across the United States of America.

There is nowhere for anyone to go for help.  That the fact this case started in 2017, and the schemes they have been able to get away with since then, shows they have no remorse and will only continue to do as they have done.

That the lawyers for OCWEN/PHH are making MILLIONS yearly to lie in court and support fraudulent documents.

That Judges who have a financial conflict look the other way, are allowing illegal foreclosures.

Many ignoring the criminal activity  have stock interests, many citizens  don't understand the games that the Management of OCWEN are playing.  How do you go from a stock worth less $. 50 cents turns into $22.00 a share overnight.

JWG understands how her 5 shares worth $2.50 approx ,overnight became 1 share of $22.00.  That was created to keep them on the New York Stock Exchange.

That after JWG contacted Leon Cooperman and told him about the crimes of OCWEN, even sending him documents,  Cooperman went all over the news media "BUY OCWEN" .he is a public figure that when you google he will tell you what stocks to buy.  He is the Principle of Omega Investments.

He has stated in Game Stock home traders should be stopped.

LEVIN REPORT

# ANGRY HEDGE FUND BILLIONAIRE LEON COOPERMAN IS MAD AT GAMESTOP REDDITORS FOR "ATTACKING WEALTHY PEOPLE"



BY BESS LEVIN
JANUARY 28, 2021

"The reason the market is doing what it's doing is people are sitting at home getting their checks from the government, okay, and this fair share is a bullshit concept."



FROM BLOOMBERG/GETTY IMAGES.

4

As you've probably heard by now, shares of GameStop, the video game retailer, have surged approximately a gazillion percent in the past six months, spiking sharply in the last several days. You might wonder why that happened, given that most people don't go to the store to buy video games anymore, particularly during a pandemic, and the short answer is that a gaggle of small-time traders, many of them posters on the Reddit forum r/WallStreetBets, decided it would **be both funny** and a bit of cosmic retribution for them to drive up the price of GameStop's shares, screwing over the hedge fund managers who'd bet the company's stock was going to drop precipitously.

Read More:   https://www.vanityfair.com/news/2021/01/leon-cooperman-gamestop-rant

**Cooperman is no different than Bernie Madoff.  Madoff at least stole from his counterpart the RICH. Cooperman is stealing from Middle America.  Cooperman is no Robin Hood helping the poor.**

It is Mr. Cooper, NewRez, OCWEN/PHH, Brookfield who the insiders of OCWEN say to watch.  Cooperman has large ownership.

Billionaire Leon "Lee" Cooperman[1] had very humble beginnings as a plumber who grew up in a Jewish family in the Bronx. After graduating from the Columbia Business School in 1967, Cooperman joined Goldman Sachs and worked his way up to top roles like **CEO of Goldman Sachs Asset Management, CIO and head of GS Capital Growth Fund.** He left the firm after 25 years and founded Omega Advisors, a $3.4 billion hedge fund based in New York City. In 2018, Leon Cooperman converted Omega Advisors to a family office. An early riser, Cooperman spent most of his life in Short Hills, New Jersey.

Leon Cooperman is one of the most respected figures in the financial world today with over $2.5 billion net worth as of February 21. As of the end of the fourth quarter of 2020, Omega Advisors reported $1.39 billion in managed 13F securities. Its top 10 holdings account for about 61% of the total portfolio.

Leon Cooperman and GameStop (NYSE:GME) Cooperman sparked a stir recently following his angry comments during an interview with CNBC regarding the GameStop saga. The billionaire said that the GameStop crisis shows the weaknesses of the regulatory authorities. He also said that the "fair share is a bullshit concept" and a way of attacking wealthy people. The 77-year-old investor believes that there is "too much bullishness" in the market and he is also worried about the rising fiscal deficit and debt levels. In September 2016 the SEC charged the billionaire and Omega Advisors for insider trading related to Atlas Pipeline Partners. The hedge fund agreed to settle the

---

[1] https://www.yahoo.com/lifestyle/billionaire-lee-cooperman-top-10-174720862.html

charges for $4.9 million in 2017. Despite these controversies, Cooperman's stock-picking strategy remains peerless. Omega Advisors generated more than 12% annualized returns since inception through 2018.

What the articles don't talk about is his insider trading charges:

# Public Statement[2]

# Statement on Leon Cooperman Settling Insider Trading Charges

## Stephanie Avakian, Acting Enforcement Division Director

May 18, 2017

"If approved by the court, this settlement protects against future violations while requiring Cooperman and Omega Advisors to pay significant fines for their misconduct.  By imposing an independent consultant to monitor their trading activity, the resolution helps protect our markets from future risk of insider trading."

\* \* \* \* \*

*TERM SHEET*

Hedge fund manager Leon G. Cooperman and his firm Omega Advisors have agreed to settle insider trading charges and beneficial ownership reporting violations by paying nearly $5 million and subjecting themselves to onsite monitoring by an independent compliance consultant with access to their electronic communications and trading records.

The settlement, subject to court approval, would conclude litigation that included a significant ruling in favor of the SEC after the agency filed its complaint against Cooperman and Omega in September 2016.

*Monetary Sanctions*

Cooperman and Omega agreed to pay:

- $1,759,049 in disgorgement of ill-gotten gains
- $429,041 in pre-judgment interest
- $1,759,049 in penalty for the insider trading violation
- $1,000,000 penalty for the beneficial ownership reporting violations (ordered as to Cooperman only)

*Independent Consultant*

To guard against insider trading, Cooperman and Omega must retain an onsite independent compliance consultant until 2022 (unless Omega Advisors ceases to be a registered investment adviser prior to that date). The independent consultant:

- can access, without prior notice, their electronic communications, trading records, and research
- will review trades by Cooperman and Omega on an ongoing basis
- will recommend improvements and conduct training

---

[2] https://www.sec.gov/news/public-statement/statement-leon-cooperman-settling-insider-trading-charges

- will report to the SEC

*Monthly Certifications*

- Cooperman and Omega must make monthly certifications that they were not aware of material nonpublic information prior to any securities trades such that the trades would violate Section 10(b) of the Exchange Act.

*Beneficial Ownership*

- Cooperman and Omega shall outsource their required beneficial ownerships filings to a law firm acceptable to the SEC.
- Omega will conduct training and perform an annual review of Omega's beneficial ownership reporting policies and procedures.

**That JWG believes when given information of criminal activity in a company, asking that company to investigate it by all appearance, then going public and suggesting people buy it is not in the best interest of the public or legal?**

That the appearance is the CFPB is doing the best it can with its hands tied, that the Banks & Servicers ignore their basic jobs to ensure they can raise the bottom line of the top 1% of the Management of the companies and Leon Cooperman et al.

That Leon Cooperman's outrage at the middle class making money in the stock market states it all.

**Some of the issues why JWG filed Intervene, include the following laws broken**

That OCWEN foreclosed on Janice Wolk Grenadiers home of now 29 years with Forged, Fake Fraudulent Documents.

The foreclosure took place On or around March 30, 2018 (JWG is still in the home) then sent a Fraudulent IRS 1099-A, (February 2019).

The lawyers for OCWEN - TROUTMAN Pepper Hamilton SANDERS have used an agent Micheal Martinez to harass and try to get JWG to do a short sale after the Foreclosure. The appearances for personal gain for lawyers at Troutman Pepper Hamilton Sanders (Lawyer Syed Mohsin Reza.

*The alleged loan has now been transferred to NewRez LLC by OCWEN /PHH as of on or around August 26, 2019, remember this loan was foreclosed on by Wells Fargo Bank N.A. on or around March 31, 2018.*

That lawyer Syed Mohsin Reza on February 27, 2020 sent JWG a malicious, threatening letter, after having stated in court on or around August of 2019 that " WELLS FARGO BANK N.A." owned the alleged loan.

On December 7, 2018 Wells Fargo Bank N.A. filed in the City of Alexandria Court that it was unable to locate any Information on such loan and or home.

On August 7, 2019 in a **notarized letter** Wells Fargo N.A. No documents, records, or other materials exist for Janice Wolk Grenadier and or the property at 15 W. Spring Street, Alexandria, VA 22301.

That Janice Wolk Grenadier owns stock in OCWEN / PHH merge on or around October 4, 2018, NewRez LLC (OCWEN is moving its Assists which includes and not limited to loans that do not EXIST or should not such as Spring St.) aka New Residential Investments Corp, Wells Fargo Bank and Mr. Cooper. JWG filed 42 Complaints between 2017 - 2019 Ignored by the CFPB.

### Violations of the following Rules and Laws:

18 USC § 371 Conspiracy

18 USC § 1341 Frauds and Swindles

18 USC § 1343 Fraud by Wire,

18 USC §1344 Bank Fraud

18 USC §1346 Honest Services

18 USC § 1348 Securities and commodities fraud

18 USC §1349 Attempt and Conspiracy Sarbanes -- Oxley Act

18 U.S. Code § 666 - Theft or bribery concerning programs receiving Federal funds

15 U.S. Code Subchapter V - DEBT COLLECTION PRACTICES § 1692d - Harassment or abuse § 1692e -False or misleading representations § 1692f - Unfair practices § 1692g - Validation of debt § 1692j - Furnishing certain deceptive forms Fair Debt. Collection Act (FDCPA), §1639 (g) Requests for payoff amounts of home loan § 806 Harassment, § 807 False and misleading, § 808

Unfair practices, § 809 Validation of debts, § 812 Furnishing deceptive forms, et al

26 U.S.C. § Section 61 A (1)

26 U.S.C. § Section 108 (i)

26 U.S.C. § Section 451

26 U.S.C. § Section 1033

U.S.C Section 1.751, CFR 1.752

SEC Rule 1122 AB

31 U.S.C. § 3729 Federal False Claims Act Violation of the Consent Order in 2014 with the DOJ and 48 states including Virginia. CFPB has filed new suit USDC Southern District of Florida West Palm Beach Div Case No. 9:17 – cv-80495

Regs. Sec. 1.707-3(b)(2) Disguised sales of property to partnership;

Theft by deceptive taking
Illegal Conversion of Real Estate

That when OCWEN issued the 1099-A it did not use a company it would have and did use a name that could be a "Payer Agent" ? ALL FDCPA "debt collections" of JWG were denied.

This is the ENRON game with a twist:

1. Take Bad Assets written down to 10% of the original appraised value

2. Recap them by pulling them into CMBS

3. Originate loans to anyone by taking the title up front - under the IRS Rules for installment sale

4. Now the pool of crap is properly capitalized

5. Now amortize the bad Bank OREO by 10% annually to keep within range of a qualified investment

6. Assign the amortized amount annually to Consumers as pass-through investors

7. and then issue a 1099 A to close out these like-kind exchanges in the year of disposition

8. Where the title held by a BANK TRUSTEE A is released to the payees agent OCWEN

9. For the LLC to recast Itself by paying your withholding taxes on the Phantom earnings

The IRS calls these tax promoters and liquidation schemes "genius" intended to beat the best intent of Congress who is the authoritative guidance under Title 26. These are passed through Investments. JWG did not agree to a pass through Investment.

That JWG claims against OCWEN et al for ABUSE AND FRAUDULENT PROCESS by Officers of the Court acting to wrongly take real estate of the Petitioner located at 15 Spring Street, Alexandria, Virginia (22301) under color of law and fraudulent trustee process, to intimidate and cause a wrongful auction on August 17, 2017 and now October 5, 2017 (stating information requested in 2012 will be given to JWG on or around October 2, 2017) , to wrongfully take JWG's real estate without right established by AUTHENTIC DOCUMENTS as REQUIRED BY LAW.

THEFT BY DECEPTIVE taking: the attorney and trustee acts, under color of law, are intentionally designed to harass and intimidate plaintiff to wrongfully deprive her of her lawful rights of ownership, by Brock & Scott PLLC on or around March 30, 2018,

THAT the Defendants, individually and jointly are acting and acted in bad faith, for their own financial interests (and not that of any client) to perpetuate a financial law-scam for their own advantage against the Plaintiff under color of law, including breach of fiduciary duty to this plaintiff/homeowner indicating a LACK OF DUTY OF CARE, FAIR DEALING AND GOOD FAITH that is A PATTERN AND PRACTICE OF DEFENDANTs

Defendant conspiracy to enrich themselves: SERVICER OCWEN AND FORECLOSURE LAWYER BROCK AND SCOTT, MCCABE WEISBERG & CONWAY, Parker, Simon & Kokolis, LLC (AND OTHERS) APPEAR to have designed a fraudulent 'foreclosure' scam that takes personal financial ADVANTAGE of homeowners by FRAUD under color of law, without a bonafide client (in this case, Wells Fargo Mortgage Co.) THE Defendant's acts seek to BENEFIT themselves, as officers of the court, by manipulating the "trustee" system, to illegally move homeowner property into foreclosure auction, where the officers of the court are the sole-beneficiaries. This FRAUDULENT SCHEME, uses illegal intimidation and improper auction process (of Virginia real estate) TO generate excessive profits for their own law-corporate/trustee POCKETS

In this case, pursuant to Wells Fargo CEO office statements to JWG and CRPB on or around August 11, 2017, there is no JWG / Wells Fargo loan underlying the OCWEN and co defendant's actions.

Servicer-Company, OCWEN fraudulently stated, " we have a copy of a note we get to collect on." For reasons demonstrated herein, that statement is untrue, and all defendants have refused to produce any such instrument. Under color of law, the Defendants fraudulently acted to 'collect' a non-existent Wells Fargo ``loan" by hiring Foreclosure Lawyers/ BWW Law Group/Brock and Scott / MCW, Parker, Simon & Kokolis, LLC" who ignored the Fourth Circuit stay on said property – by improperly implementing foreclosure and auction proceedings for their joint-profit, by acts and omissions that are illegal and unethical under the laws of Virginia. OCWEN WITH OCWEN LAWYERS MALICIOUSLY INTERFERED WITH the rights and real property interests of JWG, and have cause extensive damage and irreparable harm as a result, for which the JWG seeks compensatory and punitive damages for the Defendant's joint illegal acts of pretext, by lawyers and trustees, under color of law. That OCWEN used its own employees to impersonate that they had Power of Attorney for Wells Fargo Bank.

MORE CAN BE READ IN COMPLAINT FILED DOCKET #  04/06/2020 Docket 610 should have Complaint and Exhibits:

## A Pro Se Litigant

The law is very clear a pro se litigant is to be given equal treatment if not special treatment, especially in a case where the intervening Person is a lawyer and has the financial ability to bring in as many powerful unscrupulous lawyers to defend her criminal actions.

*"Pro se plaintiffs are often unfamiliar with the formalities of pleading requirements. Recognizing this, the Supreme Court has instructed the district courts to construe pro se complaints liberally and to apply a more flexible standard in determining the sufficiency of a pro se complaint than they would in reviewing a pleading submitted by counsel. See e.g., Hughes v. Rowe, 449 U.S. 5, 9-10, 101 S.Ct. 173, 175-76, 66 L.Ed.2d 163 (1980) (per curiam); Haines v. Kerner, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972) (per curiam); see also Elliott v. Bronson, 872 F.2d 20, 21 (2d Cir.1989) (per curiam). In order to justify the dismissal of a pro se complaint, it must be " 'beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.' " Haines v. Kerner, 404 U.S. at 521, 92 S.Ct. at 594 (quoting Conley v. Gibson, 355 U.S. 41, 45-46, 78 S.Ct. 99, 102, 2 L.Ed.2d 80 (1957)).*

*"Fairness of course requires an absence of actual bias in the trial of cases. But our system of law has always endeavored to prevent even the probability of unfairness. "In re <u>Murchinson,</u> 349 U.S. 133, 136 (1955)"*

*No officer of the law may set that law at defiance with impunity. All the officers of the government from the highest to the lowest, are creatures of the law, and are bound to obey it." <u>Butz v. Economou,</u> 98 S.Ct. 2894 (1978); United States v. Lee, 106 U.S. at 220, 1 S.Ct. at 261 (1882)" "Further it is the obligation of every Judge to honor, abide by, and uphold not only the Constitution and laws of the State, but they are bound by the laws and Constitution of the United States as well." State courts, like federal courts, have a constitutional obligation to safeguard personal liberties and to uphold federal law." <u>Stone v Powell,</u> 428 US 465, 483 n 35, 96 S. Ct 3037, 49 L Ed. 2d 1067 (1976)"*

**It should be remembered in review of this Intervene that JWG could not get a lawyer and has had no choice but to STAND UP and SPEAK OUT for herself with no help from any lawyers.**

## RELIEF REQUESTED

JWG  / Intervenor incorporates herein by reference all of the allegations contained in the above Paragraphs of this Complaint.

PRAYER FOR RELIEF WHEREFORE, JWG requests that this Court:

Enter an Order of ENFORCEMENT of a STAY by this court on 15 W. Spring Street, Alexandria VA 22301. Till a fair and unbiased Judge and Jury hear this case.

Stay to be in effect until completion of CFPB, SEC, FTC, and or DOJ and FBI investigations of criminal acts involving JWG in this matter or further order of the court.

Order judgment for JWG and other Interveners that Defendants have no claim or right to the property in dispute.  That the title of the home is reverted back to JWG or of her choosing.

Enter an order declaring Defendants' conduct negligent;

Award JWG compensatory, punitive, exemplary damages against Defendants jointly of $38,000,000.00 (Thirty Eight Million to send a strong message of deterrence for this type of attorney/trustee behavior.

Award JWG reasonable attorney fees and costs.

AT the very least a MEDIATOR to review all allegations of Intervener since the CFPB is ignoring the harm being done to the public, due to no power to protect the public.

Grant to JWG  such other and further relief as this Honorable Court may deem just and proper under the circumstances, including but not limited to appropriate injunctive relief.

DATE:  March 17, 2021

Respectfully Submitted,

/s/ *Janice Wolk Grenadier*
_____
Janice Wolk Grenadier
15 W. Spring Street
Alexandria, Virginia   22301
202-368-7178
jwgrenadier@gmail.com

| Exhibit | | No. of Pages |
|---------|--|--------------|
| | | |
| 1 | SEC complaint Leon Cooperman | |
| 2 | SEC complaint OCWEN | |

## Certificate of Service

I certify that on or around March 17, 2021, a copy of this **was emailed,** hand delivered or sent through the USPS placed in a postage-paid envelope addressed to the defendant's attorney, at the address stated below:

**Consumer Financial Protection Bureau:**   Represented by:  Jean Marie Healey

Consumer Financial Protection
Bureau
1700 G Street Northwest
Washington, DC 20552
202-435-7514
Email: jean.healey@cfpb.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Adam Harris Cohen
Consumer Financial Protection
Bureau
1700 G Street, N.W.
Washington, DC 20552
202-435-9584
Email: adam.cohen@cfpb.gov
*TERMINATED: 11/28/2018*
*ATTORNEY TO BE NOTICED*

Amanda Christine Roberson
Consumer Financial Protection
Bureau
1700 G Street NW
Washington, DC 20552
202-435-9447
Email: amanda.roberson@cfpb.gov
*ATTORNEY TO BE NOTICED*

Atur Ravi Desai
Consumer Financial Protection
Bureau
1700 G Street Northwest
Washington, DC 20552
202-435-7978
Email: atur.desai@cfpb.gov
*ATTORNEY TO BE NOTICED*

Erin Mary Kelly
Consumer Financial Protection
Bureau
1700 G Street Northwest
Washington, DC 20552
202-435-7367

Email: erin.kelly@cfpb.gov
*ATTORNEY TO BE NOTICED*

Gregory Ryan Nodler
Consumer Financial Protection
Bureau
1700 G Street, NW
Washington, DC 20552
202-435-7619
Email: Greg.Nodler@CFPB.gov
*ATTORNEY TO BE NOTICED*

Jack Douglas Wilson
Consumer Financial Protection
Bureau
1700 G Street Northwest
Washington, DC 20552
202-435-9151
Email: doug.wilson@cfpb.gov
*ATTORNEY TO BE NOTICED*

James Joseph Savage
Consumer Financial Protection
Bureau
140 East 45th Street, 4th Floor
New York, NY 10017
212-328-7007
Email: james.savage@cfpb.gov
*ATTORNEY TO BE NOTICED*

Jan Edwards Singelmann
Consumer Financial Protection
Bureau
1700 G Street Northwest
Washington, DC 20552
202-435-9670
Email: jan.singelmann@cfpb.gov
*TERMINATED: 07/12/2019*
*ATTORNEY TO BE NOTICED*

Lawrence DeMille-Wagman
Consumer Financial Protection
Bureau

1700 G Street, N.W.
Washington, DC 20552
202-435-7957
Email: lawrence.wagman@cfpb.gov
*ATTORNEY TO BE NOTICED*

Michael Posner
Consumer Financial Protection
Bureau
1700 G Street Northwest
Washington, DC 20552
(202) 435-7866
Email: michael.posner@cfpb.gov
*ATTORNEY TO BE NOTICED*

Shirley T. Chiu
Consumer Financial Protection
Bureau
1700 G Street Northwest
Washington, DC 20552
202-435-7592
Email: shirley.chiu@cfpb.gov
*ATTORNEY TO BE NOTICED*

Stephanie C. Brenowitz
Consumer Financial Protection
Bureau
1700 G Street Northwest
Washington, DC 20522
202-435-9005
Email:
stephanie.brenowitz@cfpb.gov
*ATTORNEY TO BE NOTICED*

Tianna Elise Baez
Consumer Financial Protection
Bureau
1700 G Street Northwest
Washington, DC 20552
202-435-9454
Email: tianna.baez@cfpb.gov
*ATTORNEY TO BE NOTIC*

**Consol Plaintiff:  Office of the Attorney General
State of Florida, Department of Legal Affairs**

Blaine H Winship
Office of the Attorney General
General Civil- State Programs

PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3657

Fax: 850-488-4872
Email:
Blaine.winship@myfloridalegal.com

1

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jennifer Hayes Pinder
Office of Atty. Gen., State of Fla.,
Dept. of Legal Affairs
3507 East Frontage Road
Suite 325
Tampa, FL 33607
813-287-7950
Email:
jennifer.pinder@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Sasha Funk Granai
Office of the Attorney General
3507 E Frontage Road
Suite 325
Tampa, FL 33607
813-287-7950
Email:
Sasha.Granai@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Scott Ray Fransen
1313 N. Tampa St.

Suite 615
Tampa, FL 33602
813-218-5364
Fax: 813-272-3752
Email: scott.fransen@flofr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Catalina E Azuero
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
617-570-1000
Email: CAzuero@goodwinlaw.com

**Consol Plaintiff:   Office of Financial Regulation
State of Florida, Division of Consumer Finance**

Jennifer Hayes Pinder
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Sasha Funk Granai
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Scott Ray Fransen
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Catalina E Azuero
(See above for address)

Joaquin Alvarez
Office of Financial Regulation
200 East Gaines Street
Tallahassee, FL 32301
8504109554
Email: joaquin.alvarez@flofr.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff:       Robynne Fauley  09/2018**
12125 SE Laughing Water
Sandy, OR  97055
PRO SE

**Intervenor Plaintiff:     Denise Subramaniam  9/2018**
13865 SW Walker Road
Beaverton, OR  97005
PRO SE

**DEFENDANT:**
**OCWEN Financial Corporation (a Florida corporation)**

Bridget Ann Berry
Greenberg Traurig
Phillips Point - East Tower
777 S Flagler Drive
Suite 300E
West Palm Beach, FL 33401
561-650-7900
Fax: 655-6222
Email: BerryB@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Matthew P. Previn

Buckley LLP
1133 Avenue of the Americas
Suite 3100
New York, NY 10036
212-600-2310
Email:
mprevin@buckleysandler.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Sabrina M. Rose-Smith
Goodwin Procter LLP

1900 N Street, NW
Washington, DC 20036
202-346-4000
Fax: 202-585-6600
Email:
srosesmith@goodwinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas M. Hefferon
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036

2

202-346-4000
Email: thefferon@goodwinlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Amanda B. Protess
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018-1618
(212) 813-8800
Email: AProtess@goodwinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Andrew Stuart Wein
GREENBERG TRAURIG, PA
777 So Flagler Dr
Suite 300E
West Palm Beach, FL 33401
561-650-7900
Fax: 561-655-6222
Email: weina@gtlaw.com
*ATTORNEY TO BE NOTICED*

Catalina E Azuero
(See above for address)
*ATTORNEY TO BE NOTICED*

Laura S. Craven
Goodwin Procter LLP
100 Northern Ave
Boston, MA 02210
(617) 570-1000
Email: LCraven@goodwinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Laura Stoll
Goodwin Procter LLP
601 South Figueroa Street
Los Angeles, CA 90017
(213) 426-2625
Email: lstoll@goodwinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Matthew L. Riffee
Goodwin Procter LLP
901 New York Ave., NW
Washington, DC 20001
(202) 346-4000
Email: MRiffee@goodwinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Matthew S. Sheldon
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001-4432
202-346-4000
Email: msheldon@goodwinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Tierney E. Smith
Goodwin Procter LLP
901 New York Ave., NW,
Washington, DC 20001
(202) 346-4000
Email:
TierneySmith@goodwinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

W. Kyle Tayman
Goodwin Procter, LLP
901 New York Avenue, NW
Washington, DC 20001
202-348-4000
Email: KTayman@goodwinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## OCWEN Loan Servicing, LLC ( a Delaware Limited Liability Company)

Bridget Ann Berry
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Matthew P. Previn
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Sabrina M. Rose-Smith
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas M. Hefferon
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Amanda B. Protess
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Andrew Stuart Wein
(See above for address)
*ATTORNEY TO BE NOTICED*

Catalina E Azuero
(See above for address)
*ATTORNEY TO BE NOTICED*

Laura S. Craven
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Laura Stoll
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Matthew L. Riffee
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Matthew S. Sheldon
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Tierney E. Smith
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

W. Kyle Tayman
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## OCWEN Mortgage Servicing Inc.  ( a U.S. Virgin Islands Corporation)

Bridget Ann Berry
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Matthew P. Previn
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Sabrina M. Rose-Smith

3

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas M. Hefferon
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Amanda B. Protess
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Andrew Stuart Wein
(See above for address)
*ATTORNEY TO BE NOTICED*

Catalina E Azuero
(See above for address)
*ATTORNEY TO BE NOTICED*

Laura S. Craven
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Laura Stoll
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Matthew L. Riffee
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

Matthew S. Sheldon
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Tierney E. Smith
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

W. Kyle Tayman
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**PHH Mortgage Corporation**

Andrew Stuart Wein
(See above for address)
*ATTORNEY TO BE NOTICED*

Bridget Ann Berry
(See above for address)
*ATTORNEY TO BE NOTICED*

Catalina E Azuero
(See above for address)
*ATTORNEY TO BE NOTICE*

March 17, 2021

/s/ *Janice Wolk Grenadier*

_____

Janice Wolk Grenadier
Intervener

**CERTIFICATION:** *I declare under penalty and perjury: That  No attorney has prepared or assisted in the preparation of this document.    Janice Wolk Grenadier  -  Name of Pro Se Party.*

/s/ *Janice Wolk Grenadier*

_____

*Janice Wolk Grenadier*

*March 17, 2021*

4



# Tips, Complaints, and Referrals
Summary Page - Submitted Externally

Submission Number 15833-224-410 was submitted on Wednesday, March 04, 2020 at 05:50:41 PM EST

This PDF was generated on Wednesday, March 04, 2020 at 05:50:52 PM EST

Thank you for contacting the United States Securities and Exchange Commission. This automated response confirms that your submission has been received successfully. We are always interested in hearing from the public, and your submission will be given careful consideration in view of the Commission's overall responsibilities under the federal securities laws. Please note, however, that it is the Commission's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process. Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather, nor can we confirm the existence or non-existence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or the courts. Therefore, this may be the only response that you receive. If you want to learn more about how the Commission handles inquiries or complaints, please visit http://www.sec.gov/complaint/info_tipscomplaint.shtml.

## What is your complaint about?

Q: Please select the option that best describes your complaint.
A: Municipal securities transactions or public pension plans

Q: Please select the specific category that best describes your complaint.
A: Other

Q: In your own words, describe the conduct or situation you are complaining about.
A: Fraudulent or unregistered offer or sale of securities, including things like Ponzi schemes Pyramid schemes High-Yield Investment Programs Theft or misappropriation of funds or securities Manipulation of a security's price or volume Insider trading False or misleading statements about a company (including false or misleading SEC reports or financial statements) Failure to file required reports with the SEC Bribery of, or improper payments to, foreign officials Fraudulent conduct associated with municipal securities transactions or public pension plan That Leon Cooperman when he went on CNBC on or around February 18, 2020 recommending OCWEN stock had insider information by all appearance phone calls and emails. It appears the stock rose from his endorsement on February 18, 2020. Leon Cooperman had insider information of the Frauds of OCWEN, from a conversation with Janice Wolk Grenadier and then from the attached emails - That on February 5, 2020 Janice informed him she was in contact with insiders of OCWEN / PHH and it appeared and or the employees that had been let go believed it was going to be going into Bankruptcy and or closing its doors. That the attached shows the stock on February

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

5, 2020 was $1.18 - on February 20, 2020 it was $1.49 Below: the articles etc on the internet The list of emails Attached The list of emails The emails and information of crimes that OCWEN et al are colluding: The FAKE and foreclosure fraud, the mass fabrication of mortgage documents in state courts by banks attempting to foreclose on me, the banks, servicers, mers, the judicial system have resorted to this illegal scheme. Why did they mock up the documents and not provide the real ones? The banks, servicers and lawyers figure they have enough power over regulators, politicians and the courts to get away with it The banks, servicers and lawyers resorted to fake documents, , did knowingly and willfully combine, conspire, confederate and agree with others to commit certain offenses, to wit: a. execute and attempt to execute a scheme and artifice to defraud, and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises, by utilizing the United States mail and private and commercial interstate carriers, for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1341 ;and, b. execute and attempt to execute a scheme and artifice to defraud, and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises, by transmitting and causing to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, visual pictures, and sounds, for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343. Which include and are not limited to 18:1349 CONSPIRACY TO COMMIT BANK FRAUD 18:1344 BANK FRAUD; 18:2 AIDING AND ABETTING 18:1005 FALSE STATEMENT IN BANK RECORDS 18:1005 Appearance FALSE STATEMENT TO A BANK EXAMINER 18:215 (a)(2)RECEIPT OF A BRIBE BY A BANK OFFICIAL Manner and Means of the Conspiracy and Scheme and Artifice The Banks, Servicers and lawyers lack a legitimate chain of ownership on 15 W. Spring Street, Alexandria Va 22301 and no clear title will ever be established by the courts as no hearing without a Bias Judge is possible. Using forged and fabricated mortgage documents. The lawyers and Servicers have stated Wells Fargo N.A. is the owner of the loan. But, Wells Fargo N.A. Bank states clearly and in a notarized document they have no information on any such alleged loan. Wells Fargo Bank N.A. employee stated clearly that all you had to do was run the address et al through Mers. Mers has no record and has had no record yet documents filed against the home were created by Docx. The examined documents for Spring Street and other properties investigated show a scheme of money laundering, Sec Fraud and many other crimes. That on Feb 24, 2009 and June 18, 2009 put this property on the balance sheet of LaSalle Bank aka Bank of America and Wells Fargo Bank N. A. in a Mortgage Back Security LaSalle Bank National Association , as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, series 2003 -BC6 by American Home Mortgage Servicing, Inc as Attorney in Fact. That on or around April 22, 2013 OCWEN did Affidavit of Lost Assignment putting the home in MBS: Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 The Banks claim no knowledge of any such loan. MERS states no knowledge of any information on any loan on 15 W. Spring Street, Alexandria, VA 22301 - a home foreclosed on March 2018, See attached documents the last Email has the documents of the IRS complaint. That Janice Wolk Grenadier now has a home loan and no home in her name on the Balance Sheets of OCWEN / PHH traded on the stock market as: Ocwen Financial Corp (OCN) and NEW Rez that is traded on the stock market under: New Residential Investment Corp. (NRZ)

Q: Are you having or have you had difficulty getting access to your funds or securities?

A: Unknown

Q: Did you suffer a loss?

A: Yes

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

Q: **Enter amount of loss to nearest dollar without characters (e.g., 15000, not $15,000.00).**
A: 39000000

Q: **When did you become aware of the conduct? (mm/dd/yyyy)**
A: 03/01/2020

Q: **When did the conduct begin? (mm/dd/yyyy)**
A: 02/05/2020

Q: **Is the conduct ongoing?**
A: Unknown

Q: **Has the individual or firm acknowledged the conduct?**
A: No

Q: **How did you learn about the conduct? You may select more than one answer.**
A: Publicly available information; Social media (e.g., Facebook, Twitter, blogs, chat rooms, and electronic communities of interest)

Q: **Have you taken any action regarding your complaint? You may select more than one answer.**
A: Complained to SEC; Other

Q: **Provide details.**
A: That this has to do with Mortgage FRaud - that when trying to settle a situation turned into Leon Cooperman taking by all appearance insider information I gave him and that he was aware of that I was telling the truth from documents I received from OCWEN to going public supporting and promoting the stock.

## Who are you complaining about?

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

Subject # 1

Q: Are you complaining about a person or a firm?
A: Person

Q: Select the title that best describes the person or firm that you are complaining about.
A: Executive officer or director

Q: Where is the person that you are complaining about employed?
A: Omega Advisors Inc

Q: Are you or were you associated with the person or firm when the alleged conduct occurred?
A: Yes

Q: How are you or were you associated with the person or firm you are complaining about?
A: I contacted him after seeing the amount of stock he owned in the company to ask him for help.

Q: Person's Title
A: Mr

Q: First Name
A: Leon

Q: Last Name
A: Cooperman

Q: Street Address
A: New York Plaza

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

**Q: Zip / Postal Code**
A: 10004

**Q: City**
A: NEW YORK

**Q: State / Province**
A: NY

**Q: Country**
A: US

**Q: Mobile Phone**
A: 9179752570

**Q: If the complaint is about an entity or person that has custody or control of your investments, have you had difficulty contacting that entity or person?**
A: Unknown

## Which investment products are involved?

**Q: Select the type of product involved in your complaint.**
A: Real Estate

**Q: Please select the category that best describes the security product.**
A: Real estate investment trusts

**Q: Enter the ticker symbol, if known.**

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

A: OCN

**Q: Enter the product name(s)**
A: OCWEN

## About you

**Submitter # 1**

**Q: Are you filing this tip under the SEC's whistleblower program?**
A: Yes

**Q: Are you an attorney filling out this form on behalf of an anonymous whistleblower client who is seeking an award?**
A: No

**Q: Title**
A: Ms

**Q: First Name**
A: Janice

**Q: Middle Name**
A: Wolk

**Q: Last Name**
A: Grenadier

**Q: Street Address**

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

A: 15 West Spring Street

**Q: Address (Continued)**
A: Ap

**Q: Zip / Postal Code**
A: 22301

**Q: City**
A: ALEXANDRIA

**Q: State / Province**
A: VA

**Q: Country**
A: US

**Q: Home Telephone**
A: 2023687178

**Q: Email Address**
A: jwgrenadier@gmail.com

**Q: What is the best way to reach you?**
A: Email

**Q: Are you represented by an attorney in connection with this matter, or would you like to provide your attorney's contact information?**
A: No



**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally



Q: Select the profession that best represents you.

A: Other


Q: For Other, please specify.

A: Entrepreneur


Q: Have you reported the matter at issue in this submission to your supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism for reporting possible violations at any entity you are complaining about?

A: No


Q: Were you retaliated against for reporting the matter at issue in this submission either internally at the entity or to a regulator?

A: No


Q: Has anyone taken steps to prevent you from reporting this violation to the SEC?

A: No


Q: Are documents or other information being submitted that could potentially identify the whistleblower?

A: No


Q: Does the whistleblower want to be eligible to apply for a whistleblower award?

A: Yes


Q: 1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of the Department of Justice; the Securities and Exchange Commission; the Comptroller of the Currency; the Board of Governors of the Federal Reserve System; the Federal Deposit Insurance Corporation; the Office of Thrift Supervision; the Public Company Accounting Oversight Board; any law enforcement organization; or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?

A: No



**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

Q: 2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. Section 78c(a)(52))?

A: No

Q: 3. Did you acquire the information being submitted to us through the performance of an engagement required under the federal securities laws by an independent public accountant?

A: No

Q: 4. Are you providing this information pursuant to a cooperation agreement with the SEC or another agency or organization?

A: Yes

Q: If the answer to the question is "Yes," please provide details.

A: I am willing to share any and all information to stop these frauds

Q: 5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?

A: No

Q: 6. Have you or anyone representing you received any request, inquiry or demand that relates to the subject matter of your submission (i) from the SEC; (ii) in connection with an investigation, inspection or examination by the Public Company Accounting Oversight Board, or any self-regulatory organization; or (iii) in connection with an investigation by Congress, any other authority of the federal government, or a state Attorney General or securities regulatory authority?

A: No

Q: 7. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?

A: No

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

Q: 8. Did you acquire the information being provided to us from any person described in Questions 1 through 7?

A: No

Q: I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.

A: Agree

# Tips, Complaints, and Referrals
Summary Page - Submitted Externally

## Documents

| Document Name | Document Type |
|---|---|
| IRS 1 EPSON027.PDF | application/pdf |
| 5. IRS Spring EX 6 EPSON007.PDF | application/pdf |
| 4. IRS Spring EX 5 EPSON006.PDF | application/pdf |
| 3. Spring IRS Ex 4 EPSON005.PDF | application/pdf |
| Leon Cooperman - Buy OCWEN February 18, 2020 - V 1 - Google Docs.pdf | application/pdf |
| EPSON036.PDF | application/pdf |
| EPSON035.PDF | application/pdf |
| EPSON034.PDF | application/pdf |
| EPSON033.PDF | application/pdf |
| EPSON032.PDF | application/pdf |
| EPSON031.PDF | application/pdf |

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

EPSON030.PDF                              application/pdf

EPSON029.PDF                              application/pdf

5/11/2020                                        Tips, Complaints and Referrals

U.S. Securities and
Exchange Commission

Print

# Submission Number: 15892-384-569 was submitted successfully on Monday, May 11, 2020 at 09:30:42 AM EDT

Thank you for contacting the United States Securities and Exchange Commission.  This automated response confirms that your submission has been received successfully.  We are always interested in hearing from the public, and your submission will be given careful consideration in view of the Commission's overall responsibilities under the federal securities laws.  Please note, however, that it is the Commission's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process.  Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather, nor can we confirm the existence or non-existence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or the courts.  Therefore, this may be the only response that you receive.  If you want to learn more about how the Commission handles inquiries or complaints, please visit http://www.sec.gov/complaint/info_tipscomplaint.shtml.

## What is your complaint about?

✓  Please select the option that best describes your complaint.

Material misstatement or omission in a company's public filings or financial statements, or a failure to file

✓  Please select the specific category that best describes your complaint.

Conflicts of interest by management

✓  In your own words, describe the conduct or situation you are complaining about.

That OCWEN / PHH are moving assests with the attempt of not owning anything when they go out of business and or declare BankRuptcy. It is also questionable what the NYSE is doing - does it help OCWEN / PHH to pull this scam off

✓  Are you having or have you had difficulty getting access to your funds or securities?

Yes

✓  Did you suffer a loss?

Yes

✓  Enter amount of loss to nearest dollar without characters (e.g., 15000, not $15,000.00).

1000000000

✓  When did you become aware of the conduct? (mm/dd/yyyy)

2/1/2012

✓  When did the conduct begin? (mm/dd/yyyy)

1/1/2006

✓  Is the conduct ongoing?

Yes

✓  Has the individual or firm acknowledged the conduct?

5/11/2020                                          Tips, Complaints and Referrals

Yes

✓ How did you learn about the conduct? You may select more than one answer.

Conversations; Internal business documents; Publicly available information

✓ Have you taken any action regarding your complaint? You may select more than one answer.

Complained to firm; Complained to other regulator; Complained to SEC; Legal action

✓ Provide details.

Several Law suits to prevent a Foreclosure

## Who are you complaining about?

| Subject Name | Type |
|---|---|
| OCWEN ASSET INVESTMENT CORP | Firm |

## Which investment products are involved?

✓ Select the type of product involved in your complaint.

Banking and consumer finance products

✓ Please select the category that best describes the security product.

Traditional Mortgages

✓ Enter the ticker symbol, if known.

OCN

## About you

✓ Are you filing this tip under the SEC's whistleblower program?

Yes

✓ Are you an attorney filling out this form on behalf of an anonymous whistleblower client who is seeking an award?

No

✓ First Name

Janice Wolk

✓ Middle Name

Grenadier

✓ Last Name

Grenadier

✓ Street Address

Tips, Complaints and Referrals

15 W Spring St

Zip / Postal Code

22301

City

ALEXANDRIA

State / Province

VA

Country

US

Home Telephone

2023687178

Email Address

jwgrenadier@gmail.com

What is the best way to reach you?

Email

Are you represented by an attorney in connection with this matter, or would you like to provide your attorney's contact information?

No

Select the profession that best represents you.

Other

For Other, please specify.

Technology

Have you reported the matter at issue in this submission to your supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism for reporting possible violations at any entity you are complaining about?

Yes

If you answered "Yes," please provide details.

I filed a complaint and want to add this information - It was about Leon Cooperman minipulating the prce of the stock for OCWEN

But, I know of the proff that they are moving assests to go out of business and or file bankruptcy - from conversations with insiders and from documents that I have.

My home was forclosed on March 30, 2018 -  I know have a loan in my name under my SS No. with New Rez aka American Investments Corp

Were you retaliated against for reporting the matter at issue in this submission either internally at the entity or to a regulator?

Yes

If you answered "Yes," please provide details.

✓ I am beeing bulled and harrassed and the appearance is the lawyers are trying to say I violated an order gaging me from talking to OCWEN / PHH and Wells Fargo Bank - which I have not done.

✓ Has anyone taken steps to prevent you from reporting this violation to the SEC?

No

✓ Are documents or other information being submitted that could potentially identify the whistleblower?

Yes

✓ Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity.

Letters from OCWEN / PHH and New Rez, Letters, emails from Leon Cooperman, Complaints with the CFPB, et al

✓ Does the whistleblower want to be eligible to apply for a whistleblower award?

Yes

1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of the Department of Justice; the Securities and Exchange Commission; the Comptroller of the Currency; the Board of Governors of the Federal Reserve System; the Federal Deposit Insurance Corporation; the Office of Thrift Supervision; the Public Company Accounting Oversight Board; any law enforcement organization; or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?

Yes

✓ If the answer to the question is "Yes," please provide details.

Have been sending to FBI / DOJ / AG / IG and to the AG of Virginia since 2014

2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. Section 78c(a)(52))?

No

3. Did you acquire the information being submitted to us through the performance of an engagement required under the federal securities laws by an independent public accountant?

No

4. Are you providing this information pursuant to a cooperation agreement with the SEC or another agency or organization?

No

5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?

No

6. Have you or anyone representing you received any request, inquiry or demand that relates to the subject matter of your submission (i) from the SEC; (ii) in connection with an investigation, inspection or examination by the Public Company Accounting Oversight Board, or any self-regulatory organization; or (iii) in connection with an investigation by Congress, any other authority of the federal government, or a state Attorney General or securities regulatory authority?

No

7. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?

No

8. Did you acquire the information being provided to us from any person described in Questions 1 through 7?

No

I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.

Agree

## Uploaded Documents

| Document Name | Size | Actions |
|---|---|---|
| 2. Exhibits 1 - 5 EPSON035.PDF | 9706808 | |
| 1. Letter John Lynch 7May20 .pdf | 870652 | |
| 13 Lynn List of Mortgage Back Securities FAKE FRAUD... | 79409 | |
| 11. 32834908-Affidavit-of-Lynn-e-Szymoniak-Esq-Defen... | 144023 | |
| 9. Lynn List of Mortgage Back Securities FAKE FRAUD ... | 79409 | |

Janice Wolk Grenadier
15 W. Spring Street
Alexandria, VA  22301
202-368-7178
jwgrenadier@gmail.com

March 17, 2021

Angela E. Noble
Clerk of Court / Court Administrator
701 Clematis St # 453 — 202
West Palm Beach, FL 33401
305-523-5100

RE:  JANICE WOLK GRENADIER / INTERVENER Motion to Reopen Intervene with New Evidence   CASE #:
9:17-cv-80495-KAM /  NOTICE TO SCHEDULE HEARING

Dear Ms. Noble,

Please file the enclosed documents to Reopen Intervene to CASE #: 9:17-cv-80495-KAM.  Due to the
**COVID**-19, better known as coronavirus.

Thank you for your help in this matter.  Please let me know when filed
If you have any questions please feel free to contact me.

Warmly,

/s/ *Janice Wolk Grenadier*

Janice Wolk Grenadier

Enclosed:

1.   JANICE WOLK GRENADIER / INTERVENER Motion to Reopen Intervene with new evidence
2.  Certificate of Service
3.  Motion to be Heard

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED





# PRIORITY® MAIL

**FROM:** JD Grenadier
15 W Spring St, Alex Va
22301



**P**

U.S. POSTAGE
$7.95
PM 2-DAY
22314  0006
03/18/21
08
11466432

## PRIORITY MAIL 2-DAY®

EXPECTED DELIVERY DAY: 03/22/21

0006

**SHIP TO:** USDC West Palm Beach  C02B
701 CLEMATIS ST
RM 202
West Palm Beach FL 33401-5113

■ Expected delivery date specified for domestic use.

■ Most domestic shipments include up to $50 of insurance (restrictions apply).*

■ USPS Tracking® included for domestic and many international destinations.

■ Limited international insurance.**

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

### USPS TRACKING® ®



9505 5087 1381 1077 5284 75



PS00001000014

EP14F May 2020
⊕D: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.