**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 9:17-CV-80495-MARRA-MATTHEWMAN**

CONSUMER FINANCIAL PROTECTION
BUREAU,

                    Plaintiff,

    v.

OCWEN FINANCIAL CORPORATION;
OCWEN MORTGAGE SERVICING, INC.;
OCWEN LOAN SERVICING, LLC; and
PHH MORTGAGE CORPORATION,

                  Defendants.

**PLAINTIFF'S SUPPLEMENTAL POSITION STATEMENT**

Plaintiff Consumer Financial Protection Bureau ("Bureau") files this supplemental position statement in response to the Court's March 4, 2021 Order ("Summary Judgment Order") (DE 764). The Summary Judgment Order directs the Bureau to submit a supplemental position statement detailing whether it intends to pursue claims for loan servicing activity taking place after February 26, 2017 for Counts 1–9.

The Bureau will not be pursuing Counts 1–9 for any conduct that took place from February 26, 2017 through the date of this filing and will be moving to voluntarily dismiss with prejudice these claims for this time period. The Bureau will also move to voluntarily dismiss, with prejudice, Count 10 in its entirety. The Bureau will do so to facilitate entry of a final judgment in the above-captioned matter.

Dated: April 1, 2021          Respectfully submitted,

Attorneys for Plaintiff,
CONSUMER FINANCIAL PROTECTION BUREAU

JOHN C. WELLS
Deputy Enforcement Director
JAMES T. SUGARMAN
Assistant Litigation Deputy

*/s/ Jean M. Healey Dippold*
Jean M. Healey Dippold
Phone: (202) 435-7514
E-mail: jean.healeydippold@cfpb.gov

Atur Desai        atur.desai@cfpb.gov
Michael Posner    michael.posner@cfpb.gov
Shirley Chiu      shirley.chiu@cfpb.gov
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722