# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

## CASE NO. 9:17-CV-80495-MARRA-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU,

                Plaintiff,

   v.

OCWEN FINANCIAL CORPORATION;
OCWEN MORTGAGE SERVICING, INC.;
OCWEN LOAN SERVICING, LLC; and
PHH MORTGAGE CORPORATION,

                Defendants.

## **PLAINTIFF'S NOTICE OF FILING SECOND AMENDED COMPLAINT**

Plaintiff Consumer Financial Protection Bureau ("Bureau") files this notice in response to the Court's April 2, 2021 Order ("Order") (DE 772). The Order provided that the Bureau is "hereby given leave to amend its [First Amended] Complaint under Federal Rule of Civil Procedure 15(a)(2) to eliminate" portions of Counts 1 through 9, and the entirety of Count 10.

Pursuant to the Order and to facilitate the entry of a final judgment in the above-captioned matter, the Bureau is filing a Second Amended Complaint. This Second Amended Complaint only contains allegations of violations for the time period of January 2014 through February 26, 2017.[1]

---

[1] The Second Amended Complaint only alleges violations for the time periods : 1) January 1, 2014 through February 26, 2017 for Counts 1–3, and 6; and 2) January 10, 2014 through February 26, 2017 for Counts 4, 7–9.

Dated: April 19, 2021	Respectfully submitted,

Attorneys for Plaintiff,
CONSUMER FINANCIAL PROTECTION BUREAU

JOHN C. WELLS
Deputy Enforcement Director
JAMES T. SUGARMAN
Assistant Litigation Deputy

/s/ *Jean M. Healey Dippold*
Jean M. Healey Dippold
Phone: (202) 435-7514
E-mail: jean.healeydippold@cfpb.gov

Atur Desai	atur.desai@cfpb.gov
Michael Posner	michael.posner@cfpb.gov
Shirley Chiu	shirley.chiu@cfpb.gov
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722