UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CIV-80495-MARRA

CONSUMER FINANCIAL PROTECTION BUREAU,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION,
OCWEN MORTGAGE SERVICING, INC.,
OCWEN LOAN SERVICING, LLC and
PHH MORTGAGE CORPORATION,

    Defendants.
_____/

### ORDER DENYING JANICE WOLK GRENADIER's RENEWED MOTION TO INTERVENE [DE 767] AND DENYING MOTION FOR HEARING [DE 768]

THIS CAUSE is before the Court on a *pro se* motion to "reopen intervene" submitted by Janice Wolk Grenadier on March 22, 2021 [DE 767]. The parties have filed a joint response in opposition to the motion [DE 769] and the matter is ripe for disposition.

By order entered August 28, 2020, the Court denied Ms. Grenadier's initial motion to intervene, filed April 6, 2020, finding she had not met her burden of meeting the requirements of intervention by right under Rule 24 of the Federal Rules of Civil Procedure. The Court also denied her request for permissive intervention on ground that intervention at that juncture would prejudice the parties and unduly delay the proceedings [DE 689].

Since that time, the Court has entered its Order Granting in Part and Denying in Part the Defendants' Motion for Summary Judgment upon the claims asserted in the Plaintiff's Amended Complaint. The Plaintiff has since filed its Second Amended Complaint, dropping the claims left

open by the Court's partial summary judgment ruling. Final Judgment pursuant to Rule 58 in favor of Defendants on all remaining claims is contemporaneously entered, following that development, and there are no live claims now pending between the named parties to this action.

Accordingly, for reasons previously stated in the Court's earlier order denying Ms. Grenadier's initial motion to intervene, and in light of the intervening resolution of all claims between the named parties to this suit, Ms. Grenadier's renewed motion to intervene is appropriately denied.

It is accordingly **ORDERED AND ADJUDGED**:

The "motion to reopen intervene" filed by Janice Wolk Grenadier on March 22, 2021 [DE 767] is **DENIED.** Ms. Grenadier's request for hearing upon the motion [DE 768] is likewise **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 20th day of April, 2021.

KENNETH A. MARRA
United States District Judge

Copies to:

All parties