UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CIV-80495-MARRA

CONSUMER FINANCIAL PROTECTION BUREAU,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION,
OCWEN MORTGAGE SERVICING, INC.,
OCWEN LOAN SERVICING, LLC and
PHH MORTGAGE CORPORATION,

    Defendants.
_____/

## FINAL JUDGMENT

In accordance with the requirement for filing a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Court's March 4, 2021 Order Granting in Part the Defendants' Motion for Summary Judgment as to Counts 1-9 of the Plaintiff's Amended Complaint, based on *res judicata* [DE 764], and in light of the Plaintiff's subsequently filed Second Amended Complaint, dropping Count 10 in its entirety and limiting the claims set forth in Count 1 through 9 to allegations of violations for the time period of January 2014 through February 26, 2017 [DE 775], the Court now enters Final Judgment in the above-captioned matter in favor of the Defendants.

It is accordingly **ORDERED AND ADJUDGED**:

**FINAL SUMMARY JUDGMENT** is here entered against the Plaintiff, **CONSUMER FINANCIAL PROTECTION BUREAU**, and in favor of all Defendants, **OCWEN**

**FINANCIAL CORPORATION, OCWEN MORTGAGE SERVICING, INC., OCWEN LOAN SERVICING**, **LLC and PHH MORTGAGE CORPORATION,** who shall go hence without day.

The Court reserves jurisdiction to award costs.

The Clerk of Court is directed to **CLOSE** this case. All pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 20th day of April, 2021.

KENNETH A. MARRA
United States District Judge

Copies to:

All parties