# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

| PART I. | TRANSCRIPT ORDER INFORMATION |
|---|---|

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: CONSUMER FINANCIAL PROTECTION BUREAU vs OCWEN FINANCIAL CORPORATION ET AL

District Court No.: 17-80495-CIV-MARRA   Date Notice of Appeal Filed: JUNE 22, 2021   Court of Appeals No.: _____ (If Available)

CHOOSE ONE:  ☐ No hearing  ☒ No transcript is required for appeal purposes  ☐ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Plea | | | |
| ☐ Other | | | |

FILED BY ___CJS___ D.C.
JUN 25 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## METHOD OF PAYMENT:

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: JOHN BURKE AND JOANNA BURKE
Name of Firm: PRO SE INTERVENORS
Street Address/P.O. Box: 46 KINGWOOD GREENS DR
City/State/Zip Code: KINGWOOD, TX 77339   Phone No.: 281 812 9591

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: 22 JUNE 2021   SIGNED: /s/ Joanna Burke   Attorney for: INTERVENOR APPLICANTS BURKE

| PART II. | COURT REPORTER ACKNOWLEDGMENT |
|---|---|

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: _____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days: _____   Estimated no. of transcript pages: _____   Estimated filing date: _____
DATE: _____   SIGNED: _____   Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

| PART III. | NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT |
|---|---|

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: _____   Signature of Court Reporter: _____

Rev. 11/13



**UNITED STATES POSTAL SERVICE**®

PRI
M

:ed delivery date specified for domestic use.

omestic shipments include up to $50 of insurance (rest

Tracking® included for domestic and many international

I international insurance.**

ised internationally, a customs declaration form is requ

does not cover certain items. For details regarding claims exclusion
Aail Manual at *http://pe.usps.com*.

national Mail Manual at *http://pe.usps.com* for availability and limita

**T RATE ENVELOPE**
TE ■ ANY WEIGHT

**CKED ■ INSURED**



S00001000014     EP14F May 2020
                 OD: 12 1/2 x 9 1/2

---

-Ship®

usps.com  9405 5036 9930 0422 9218 52 0079 5000 0053 3401
$7.95
US POSTAGE
Flat Rate Env                    **U.S. POSTAGE PAID**
                                 Click-N-Ship®

06/21/2021         Mailed from 77339

**PRIORITY MAIL 2-DAY**™

JOANNA BURKE
46 KINGWOOD GREENS DR          Expected Delivery Date: 06/24/21
KINGWOOD TX 77339-5339
                                          **0006**

                                          **C028**

SHIP   CLERK OF COURT
TO:    U.S. DISTRICT COURT SOUTHERN DISTRICT OF
       701 CLEMATIS ST
       RM 202
       WEST PALM BCH FL 33401-5113

**USPS TRACKING #**



9405 5036 9930 0422 9218 52

Electronic Rate Approved #038555749

To schedule
USPS.COM/PICKUP