# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

Case No. 9:17-CV-80495- MARRA-MATTHEWMAN

CONSUMER FINANCIAL PROTECTION BUREAU,
    Plaintiff,

vs.

OCWEN FINANCIAL CORPORATION,
OCWEN MORTGAGE SERVICING, INC.,
OCWEN LOAN SERVICING, LLC, and
PHH MORTGAGE CORP.
    Defendants.

_____/

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 11.1(d)(3)(B), Lawrence DeMille-Wagman withdraws his appearance as counsel for plaintiff Consumer Financial Protection Bureau (Bureau) in the above-captioned matter. Attorneys Jean Marie Healey and Atur Ravi Desai, who have already entered their appearances on the Bureau's behalf, will continue to represent the Bureau in this matter.

Dated: March 17, 2022        Respectfully submitted,

                                        Attorney for Plaintiff
                                        CONSUMER FINANCIAL PROTECTION BUREAU

                                        /s/ *Lawrence DeMille-Wagman*
                                        Lawrence DeMille-Wagman
                                        Phone: 202-435-7957
                                        E-mail: Lawrence.DeMille-Wagman@cfpb.gov
                                        Consumer Financial Protection Bureau
                                        1700 G Street, N.W.
                                        Washington, D.C. 20552