UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CIV-80495-MARRA

**CONSUMER FINANCIAL PROTECTION BUREAU,**

    Plaintiff,

vs.

**OCWEN FINANICAL CORPORATION ET AL.,**

    Defendants.
_____/

**ORDER ALLOWING WITHDRAWAL OF
ATTORNEY LAWRENCE DEMILLE-WAGMAN [DE 799]**

**THIS CAUSE** is before the court on the motion of Attorney Lawrence DeMille-Wagman to be removed as counsel of record for Plaintiff Consumer Financial Protection Bureau ("the Bureau") in the above-captioned action [DE 799]. Upon consideration, it is **ORDERED AND ADJUDGED**:

1. Attorney Lawrence DeMille-Wagman's motion to be removed as counsel for Plaintiff [DE 799] is **GRANTED** and Attorney DeMille-Wagman shall be relieved of any further obligations in the representation of Plaintiff in this matter. The Clerk is directed to terminate Attorney DeMille-Wagman as counsel for Plaintiff on the CM/ECF docket sheet accordingly.

2. Attorneys Jean Marie Healey and Atur Ravi Desai, who have previously entered their appearances on the Bureau's behalf, shall remain as counsel of record for Plaintiff.

**DONE AND ORDERED** at West Palm Beach, Florida this 3rd day of May, 2022.

KENNETH A. MARRA
United States District Judge

cc. all counsel