**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 9:17-CV-80495-MARRA-MATTHEWMAN**

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

v.

OCWEN FINANCIAL CORPORATION, OCWEN MORTGAGE SERVICING, INC., and OCWEN LOAN SERVICING, LLC,

Defendants.

**APPENDIX OF EXHIBITS TO OCWEN'S**
**POST-REMAND BRIEF IN FURTHER SUPPORT**
**OF ITS MOTION FOR SUMMARY JUDGMENT (ECF 730)**

**APPENDIX OF EXHIBITS TO OCWEN'S POST-REMAND BRIEF IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (ECF 730)**

| Exhibit # | Description |
|---|---|
| 1. | Ocwen's Motion for Summary Judgment and Incorporated Memorandum of Law ("Ocwen MSJ"), previously filed as ECF 730 |
| 2. | Ocwen's Statement of Material Facts in Support of Its Motion for Summary Judgment ("Ocwen SMF"), previously filed as ECF 731 |
| 3. | Ocwen SMF Ex. 2, National Mortgage Settlement Consent Judgment, ("NMS C.J."), previously filed as ECF 731-3 |
| 4. | Ocwen SMF Ex. 3, National Mortgage Settlement Servicing Standards, ("NMS C.J. Ex. A" or "Servicing Standards"), previously filed as ECF 731-4 |
| 5. | Ocwen SMF Ex. 6, National Mortgage Settlement Enforcement Terms and Metrics, ("NMS C.J. Ex. D" or "Metrics"), previously filed as ECF 731-7 |
| 6. | Ocwen's Reply Memorandum in Support of Defendants' Motion for Summary Judgment ("Ocwen Reply"), previously filed as ECF 753 |
| 7. | Ocwen's Response to Plaintiff's Additional Facts in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment ("Ocwen RAF"), previously filed as ECF 754 |
| 8. | Ocwen RAF Ex. 1, Monitor's Report regarding Compliance by Ocwen Loan Servicing, LLC As Successor by Assignment from Defendants Residential Capital LLC, GMAC Mortgage LLC, and Ally Financial Inc. for the Measurement Periods Ended September 30, 2013 and December 31, 2013 (Dkt. No. 158), previously filed as ECF 754-2 |
| 9. | Ocwen RAF Ex. 2, Monitor's Interim Report regarding Compliance by Ocwen Loan Servicing, LLC as Successor by Assignment from Defendants Residential Capital LLC, GMAC Mortgage LLC, And Ally Financial Inc. For The Measurement Periods Ended March 31, 2014 and June 30, 2014 (Dkt. No. 194), previously filed as ECF 754-3 |
| 10. | Ocwen RAF Ex. 3, OCW-039-0244935, previously filed as ECF 754-4 |
| 11. | Ocwen's Opposition to Plaintiff's Motion for Partial Summary Judgment ("Ocwen Opp. to CFPB MPSJ"), previously filed as ECF 739 |

Dated: September 1, 2022

Respectfully submitted,

*/s/ Catalina E. Azuero*

Bridget Ann Berry (Fla. Bar No. 515639)
Andrew Stuart Wein (Fla. Bar No. 1005238)
**GREENBERG TRAURIG, P.A.**
777 South Flagler Drive, FL 33401
Tel.: 561.650.7900
berryb@gtlaw.com
weina@gtlaw.com

Thomas M. Hefferon (*pro hac vice*)
Sabrina M. Rose-Smith (*pro hac vice*)
Matthew L. Riffee (*pro hac vice*)
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: 202.346.4000
thefferon@goodwinlaw.com
srosesmith@goodwinlaw.com
mriffee@goodwinlaw.com

Laura A. Stoll (*pro hac vice*)
**GOODWIN PROCTER LLP**
601 S. Figueroa Street
Los Angeles, CA 90017
Tel.: 213.426.2500
lstoll@goodwinlaw.com

Catalina E. Azuero (Florida Bar No. 821411)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
cazuero@goodwinlaw.com

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on September 1, 2022 via ECF on all counsel or parties of record

/s/ *Catalina E. Azuero*
CATALINA E. AZUERO