**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:17-CV-80495-MARRA

**CONSUMER FINANCIAL PROTECTION BUREAU,**

 **Plaintiff,**

v.

**OCWEN FINANCIAL CORPORATION,** *et al.***,**

 **Defendants.**

_____/

**JUDGMENT**

 Based on the separately entered Order on Remand granting Defendants Ocwen Financial Corporation, *et al.*'s Motion for Summary Judgment, Judgment is hereby entered in favor of said Defendants and against Plaintiff.  Plaintiff shall take nothing from its complaint.

 The Clerk shall **CLOSE** this case.  All pending motions are denied as moot.

 **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of May, 2023.

*[signature]*

KENNETH A. MARRA
United States District Judge

cc: All counsel of record